UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANATOLIE STATI, GABRIEL STATI,
ASCOM GROUP, S.A. and
TERRA RAF TRANS TRAIDING LTD.,

          Petitioners,

v.

REPUBLIC OF KAZAKHSTAN,

          Respondent.

Civil Action No. 14-cv-1638

## DECLARATION OF CHARLENE C. SUN

Pursuant to 28 U.S.C. § 1746, I, Charlene C. Sun, declare as follows:

1. I am an attorney at law, and am admitted to practice in New York. I have applied simultaneously herewith for admission *pro hac vice* in this matter. I am associated with King & Spalding LLP, counsel to Petitioners Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. in these proceedings.

2. I am over the age of 18 and make this declaration from personal knowledge based on information reviewed and/or referenced herein.

3. This declaration is provided in support of Petitioners' petition to confirm and recognize the final arbitral award (the "Award") captioned as SCC Arbitration V (116/2010) and rendered on December 19, 2013 in an arbitration between Petitioners and Respondent the Republic of Kazakhstan (the "ROK") under the Arbitration Rules of the Arbitration Institute of the Stockholm Chamber of Commerce, pursuant to the United Nations Convention for the Recognition and Enforcement of Foreign Arbitral Awards (June 10, 1958), 21 U.S.T. 2517, 330

U.N.T.S. 38 (the "New York Convention") and Chapter 2 of the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 201 *et seq.*.

4. Attached hereto as Exhibit A is a duly-certified copy of the Award.

5. Attached hereto as Exhibit B is a true and correct copy of the Energy Charter Treaty ("ECT"), Article 26 of which provides that any disputes arising under the ECT may be submitted to arbitration "under the Arbitration Institute of the Stockholm Chamber of Commerce."

6. Attached hereto as Exhibit C is a true and correct copy of the Claimants' Request for Arbitration dated July 26, 2010.

7. Upon information and belief, the ROK and/or its agents and instrumentalities maintain assets in the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 30, 2014

_____
Charlene C. Sun