**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD., )<br>)<br>)<br>)<br>  Petitioners, )<br>)<br>  v. )<br>)<br>REPUBLIC OF KAZAKHSTAN, )<br>)<br>  Respondent. )<br>) | Civil Action No. 1:14-cv-1638-ABJ |

**RESPONDENT REPUBLIC OF KAZAKHSTAN'S
<u>OPPOSITION TO PETITION TO CONFIRM ARBITRAL AWARD</u>**

# EXHIBIT 2



## ARBITRATION INSTITUTE OF THE STOCKHOLM CHAMBER OF COMMERCE
WORLDWIDE DISPUTE RESOLUTION SERVICES

Stockholm, 5 August 2010

**The Republic of Kazakhstan**  *By courier*
Att: Ministry of Justice of the Republic of
Kazakhstan
House of the Ministries
Entrance 13
010000 Astana
Kazakstan

**Arbitration V (116/2010): 1. Anatolie Stati  2. Gabriel Stati  3. Ascom Group S.A  4. Terra Raf Trans Traiding Ltd. ./. The Republic of Kazakhstan**

Anatolie Stati, Gabriel Stati, Ascom Group S.A and Terra Raf Trans Traiding Ltd. have commenced arbitration in accordance with the Arbitration Rules of the Arbitration Institute of the Stockholm Chamber of Commerce (the Arbitration Rules).

In accordance with Article 5 of the SCC Rules, you are requested to submit an Answer to the SCC, by 26 August 2010 at the latest.

Your Answer shall contain comment on the seat of arbitration and on the proposition of the Claimants that the Chairperson be selected by the party-appointed arbitrators.

The Answer may be brief.

Where appropriate, you shall also submit to the SCC a Power of Attorney for your counsel.

Yours sincerely,

ARBITRATION INSTITUTE OF THE
STOCKHOLM CHAMBER OF COMMERCE

Natalia Petrik
Legal Counsel
natalia.petrik@chamber.se

Copy:   Reginald R. Smith
        Kenneth R. Fleuriet
        Adrian Bulboaca

| Mail | Office | Telephone | Telefax | E-mail | Internet: |
|---|---|---|---|---|---|
| P.O.Box 16050 S-103 21 Stockholm Sweden | Jakobs Torg 3 Stockholm Sweden | +46 8 555 100 50 | +46 8 566 316 50 | arbitration@chamber.se | http://www.chamber.se |



## ARBITRATION INSTITUTE OF THE STOCKHOLM CHAMBER OF COMMERCE
WORLDWIDE DISPUTE RESOLUTION SERVICES

Encl:    Request for Arbitration
         Arbitration Rules

| Mail | Office | Telephone | Telefax | E-mail | Internet: |
|---|---|---|---|---|---|
| P.O.Box 16050 | Jakobs Torg 3 | +46 8 555 100 50 | +46 8 566 316 50 | arbitration@chamber.se | http://www.chamber.se |
| S-103 21 Stockholm | Stockholm | | | | |
| Sweden | Sweden | | | | |



## ARBITRATION INSTITUTE OF THE STOCKHOLM CHAMBER OF COMMERCE
WORLDWIDE DISPUTE RESOLUTION SERVICES

Stockholm, 5 August 2010

The case has been registered as

**Arbitration V (116/2010): 1. Anatolie Stati  2. Gabriel Stati  3. Ascom Group S.A  4. terra Raf Trans Traiding Ltd.  ./. The Republic of Kazakhstan**

The following persons at the SCC Secretariat will administer the case.

**Natalia Petrik**
Legal Counsel
natalia.petrik@chamber.se
Dir.tel: +46 8 555 100 58

**Christina Franzén-Papazov**
Assistant
Christina.franzen-papazov@chamber.se
Dir.tel: +46 8 555 100 51

Should you have any questions concerning the case or otherwise regarding the activities of the SCC, please do not hesitate to contact us.

| Mail | Office | Telephone | Telefax | E-mail | Internet: |
|---|---|---|---|---|---|
| P.O.Box 16050 | Jakobs Torg 3 | +46 8 555 100 50 | +46 8 566 316 50 | arbitration@chamber.se | http://www.chamber.se |
| S-103 21 Stockholm | Stockholm | | | | |
| Sweden | Sweden | | | | |