**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD., <br><br> Petitioners, <br><br> v. <br><br> REPUBLIC OF KAZAKHSTAN, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14-cv-1638-ABJ |

**RESPONDENT REPUBLIC OF KAZAKHSTAN'S
<u>OPPOSITION TO PETITION TO CONFIRM ARBITRAL AWARD</u>**

# EXHIBIT 3

# DHL EXPRESS — Shipment Waybill (non negotiable)

Track this shipment: http://www.dhl.com

Waybill number: **29 3137 2452**  
08/09  
ORIGIN: STO  
DESTINATION CODE: TSE

## 1 Payer account number and insurance details
- Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party
- Payer Account No.: —
- Shipment Insurance: ☐ Yes — Insured value (in local currency): —
- CC reference code: —
- Payment: ☐ Cash ☐ Cheque ☐ Credit Card

## 2 From (Shipper)
- Shipper's account number: 200540896
- Shipper's reference: 116/2010
- Company name: STOCKHOLMS HANDELSKAMMARES SERVICE AB JAKOBS TORG 3
- Address: STOCKHOLM
- Postcode/Zip Code: SE-111 53
- SWEDEN
- Contact name: Maria Girlati (?)
- Phone: +46 (0)8 [illegible]

## 3 To (Receiver)
- Company name: The Republic of Kazakhstan
- Delivery address: Att: Ministry of Justice of the Republic of Kazakhstan, House of the Ministries, Entrance 13, 010000 Astana
- Postcode/Zip Code: 010000
- Country: Kazakhstan
- Contact person: —
- Phone: +7 7172 740 737

## 4 Shipment details
- Total number of packages: 1
- Total Weight: 5 kg
- Dimensions in cm: — × — × — (Length × Width × Height)
- Pieces: —

## 5 Full description of contents
Doc.

## 6 Non-Document Shipments Only (Customs Requirement)
- Receiver's VAT/GST or Shipper's EIN/SSN: —
- Shipper's VAT/GST number: —
- Harmonised Commodity Code: —
- Declared Value for Customs: —
- TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
- Destination duties/taxes: ☐ Receiver ☐ Shipper ☐ Other

## 7 Shipper's agreement (Signature required)
Signature: M. Girlati  
Date: 10/08/05

## 8 Products & Services
(checkboxes — none marked clearly)

CHARGES / Services / Insurance / Other — TSE  
CURRENCY / TOTAL — —  
PAYMENT DETAILS (Cheque, Card No.): —  
No.: —  
Type: —  
Expires: —  
Picked up by: [signature]  
Route No.: —  
Date: 5/8  Time: —

Shipper's copy/Receipt

PT08/09 F30 SE MP  
DHL EXPRESS - 07/09 - GLOBAL EU 3pt - Part 3

DHL | Spåra | Svenska                                                                 Sida 1 av 2



Sve

| Express | Logistics | Mail | Press | Karriär | Om DHL |



> DHL Sverige | > Express | **Spåra**

## Spåra DHL Express-försändelser

DHL:s onlineverktyg för godssökning är det snabbaste sättet att ta reda på var din försändelse befinner sig. Du behöver inte ringa kundservice – vi ger dig detaljerad information på webben om var i DHL:s nätverk din försändelse finns på vägen mot destination.

**Express**
  Skicka
  **Spåra**
    Övervaka försändelser
    Vanliga frågor om godssökning
    Spåra med avsändarens referensnummer
    Fler godssökningsverktyg
  Exporttjänster
  Importtjänster
  Inrikestjänster
  Tillvalstjänster
  Industry Solutions
  Infocenter

  Bookmark Us

**Sökresultat**

| | Fraktsedelsnummer: 2931372452 | måndag, Augusti 09, 2010 k |
|---|---|---|
| ✓ | Underskriven av: IIBRAEVA | Avsändarområde: > ARLANI Destinationsområde: > AST/ |

| **måndag, Augusti 09, 2010** | | Ort |
|---|---|---|
| 20 | Försändelsen levererad, mottagen av : IIBRAEVA | ASTANA - KAZAKHSTAN |
| 19 | Ute för leverans med kurir | ASTANA - KAZAKHSTAN |
| 18 | Anlänt till DHLs leveranskontor i ASTANA - KAZAKHSTAN | ASTANA - KAZAKHSTAN |
| **lördag, Augusti 07, 2010** | | Ort |
| 17 | Lämnat DHLs station i ALMATY - KAZAKHSTAN | ALMATY - KAZAKHSTAN |
| 16 | Hanterad i ALMATY - KAZAKHSTAN | ALMATY - KAZAKHSTAN |
| 15 | Tullbehandling klar på ALMATY - KAZAKHSTAN | ALMATY - KAZAKHSTAN |
| 14 | Försenad vid klarering | ALMATY - KAZAKHSTAN |
| 13 | Anlänt till DHLs sortering i ALMATY - KAZAKHSTAN | ALMATY - KAZAKHSTAN |
| **fredag, Augusti 06, 2010** | | Ort |
| 12 | Lämnat DHLs station i AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLAI |
| 11 | Hanterad i AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLAI |
| 10 | Anlänt till DHLs sortering i AMSTERDAM - NETHERLANDS, THE | AMSTERDAM - NETHERLAI |
| 9 | Lämnat DHLs station i LEIPZIG - GERMANY | LEIPZIG - GERMANY |
| 8 | Hanterad i LEIPZIG - GERMANY | LEIPZIG - GERMANY |
| 7 | Anlänt till DHLs sortering i LEIPZIG - GERMANY | LEIPZIG - GERMANY |
| **torsdag, Augusti 05, 2010** | | Ort |
| 6 | Lämnat DHLs station i ARLANDA - SWEDEN | ARLANDA - SWEDEN |
| 5 | Hanterad i ARLANDA - SWEDEN | ARLANDA - SWEDEN |
| 4 | Anlänt till DHLs sortering i ARLANDA - SWEDEN | ARLANDA - SWEDEN |
| 3 | Lämnat DHLs station i STOCKHOLM - SWEDEN | STOCKHOLM - SWEDEN |
| 2 | Hanterad i STOCKHOLM - SWEDEN | STOCKHOLM - SWEDEN |
| 1 | Försändelse hämtad | ARLANDA - SWEDEN |

**Dölj detaljerade uppgifter**

Prova att spåra igen