**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD., <br><br>Petitioners, <br><br>v. <br><br>REPUBLIC OF KAZAKHSTAN, <br><br>Respondent. | Civil Action No. 1:14-cv-1638-ABJ |

**RESPONDENT REPUBLIC OF KAZAKHSTAN'S
<u>OPPOSITION TO PETITION TO CONFIRM ARBITRAL AWARD</u>**

# EXHIBIT 14

# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

| | | | |
|---|---|---|---|
| ALMATY<br>ASTANA<br>DUBAI<br>FRANKFURT<br>HOUSTON<br>ISTANBUL | LONDON<br>MEXICO CITY<br>MILAN<br>MUSCAT<br>PARIS<br>WASHINGTON, D.C. | ATTORNEYS AND COUNSELLORS AT LAW<br><br>101 PARK AVENUE<br>NEW YORK, NEW YORK 10178-0061 | TELEPHONE 212-696-6000<br>FACSIMILE 212-697-1559<br>WWW.CURTIS.COM |

The Arbitration Institute of the
Stockholm Chamber of Commerce

2010 -11- 10

Arbitration No. 116/2010
Doc. No. 20

WRITER'S DIRECT:
TEL.: 212-696-6078
E-MAIL mharwood@curtis.com

November 8, 2010

<u>*Via* Courier and E-mail: arbitration@chamber.se</u>

Ms. Annette Magnusson
Secretary-General
The Arbitration Institute of the
  Stockholm Chamber of Commerce
Jakobs Torg 3
SE-103 21 Stockholm
Sweden

> Re: *Anatolie Stati, Gabriel Stati, Ascom Group S.A., and Terra Raf Trans Traiding Ltd. v. Republic of Kazakhstan, Arbitration No. 116/2010*

Dear Ms. Magnusson:

This is to inform you that, in accordance with a Power of Attorney granted by the Ministry of Justice of the Republic of Kazakhstan (the "Republic") dated November 5, 2010, a copy of which is enclosed, Curtis, Mallet-Prevost, Colt & Mosle LLP will represent the Republic in the above-referenced proceeding (the "Proceeding").

We are in the process of consulting with our client regarding this matter. We would greatly appreciate if you would forward to us a copy of the complete file regarding the Proceeding, including the Request for Arbitration together with all exhibits filed therewith, and copies of all communications to date relating to the Proceeding.

Kindly send all notifications and communications concerning the Proceeding to the following:

> Geoffroy Lyonnet, Esq.
> Curtis, Mallet-Prevost, Colt & Mosle LLP
> 6, Avenue Velasquez
> 75008 Paris, France
> Tel.: +33-1-42-66-30-10
> E-mail: glyonnet@curtis.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELORS AT LAW

Page 2

Ms. Annette Magnusson
November 8, 2010

    Miriam K. Harwood, Esq.
    Curtis, Mallet-Prevost, Colt & Mosle LLP
    101 Park Avenue
    New York, New York 10178, USA
    Tel.: +1 212-696-6078
    E-mail: mharwood@curtis.com

    - and -

    Askar N. Moukhitdinov, Esq.
    Curtis Mallet-Prevost (Kazakhstan) LLP
    2 Dinmukhamed Kunayev St.
    Astana, Kazakhstan 010000
    Tel.: +7 727-311-1187
    E-mail: amoukhitdinov@curtis.com

        The foregoing is subject to, and without prejudice to, the right of the Republic to raise any and all defenses and objections it may have in regard to the Proceeding, including objections to jurisdiction, all of which are hereby expressly reserved.

                                                Very truly yours,

                                                Miriam K. Harwood

Enclosure
cc:  Reginald R. Smith, Esq. (*Via* E-mail: rsmith@kslaw.com)
     Kenneth R. Fleuriet, Esq. (*Via* E-mail: kfleuriet@kslaw.com)
       (King & Spalding)

     Adrian Bulboaca, Esq. (*Via* E-mail: adrian.bulboaca@bulboaca.com)
       (Bulboaca & Asociatii)