**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD., <br><br> Petitioners, <br><br> v. <br><br> REPUBLIC OF KAZAKHSTAN, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14-cv-1638-ABJ |

**RESPONDENT REPUBLIC OF KAZAKHSTAN'S
<u>OPPOSITION TO PETITION TO CONFIRM ARBITRAL AWARD</u>**

# EXHIBIT 16



**ARBITRATION INSTITUTE**
OF THE STOCKHOLM CHAMBER OF COMMERCE

Stockholm, 6 December 2010

Dr Karl-Heinz Böckstiegel
E-mail: kh@khboeckstiegel.com

Mr David R. Haigh, QC
Burnet, Duckworth & Palmer LLP
E-mail: drh@bdplaw.com

Professor Sergei N. Lebedev
E-mail: snlebedev@gmail.com

**Anatolie Stati**
**Gabriel Stati**
**Ascom Group S.A**
**Terra Raf Trans Traiding Ltd.**
Counsel:
Reginald R. Smith
King & Spalding
E-mail: rsmith@kslaw.com

Kenneth R. Fleuriet
King & Spalding
E-mail: kfleuriet@kslaw.com

Adrian Bulboaca
Bulboaca & Asociati
E-mail: adrian.bulboaca@bulboaca.com

**Arbitration V (116/2010): 1. Anatolie Stati  2. Gabriel Stati  3. Ascom Group S.A  4. Terra Raf Trans Traiding Ltd.  ./. The Republic of Kazakhstan**

Please find enclosed a letter from The Republic of Kazakhstan dated 2 December 2010.

You are hereby requested to comment on the above letter. Any comments should be submitted to the SCC by 13 December 2010, at the latest.

| Mailing address | Visiting address | Phone | Fax | E-mail | Website |
|---|---|---|---|---|---|
| Box 16050 SE-103 21 Stockholm Sweden | Jakobs Torg 3 Stockholm Sweden | +46 8 555 100 50 | +46 8 566 316 50 | arbitration@chamber.se | www.sccinstitute.com |



**ARBITRATION INSTITUTE**
OF THE STOCKHOLM CHAMBER OF COMMERCE

Yours sincerely,

ARBITRATION INSTITUTE OF THE
STOCKHOLM CHAMBER OF COMMERCE

Niklas Lindström
Legal Counsel
niklas.lindstrom@chamber.se


Copy *(by e-mail)*:
Geoffroy Lyonnet, Esq.
Miriam K Harwood, Esq.
Askar N Moukhitdinov, Esq.

| Mailing address | Visiting address | Phone | Fax | E-mail | Webbsite |
|---|---|---|---|---|---|
| Box 16050 | Jakobs Torg 3 | +46 8 555 100 50 | +46 8 566 316 50 | arbitration@chamber.se | www.sccinstitute.com |
| SE-103 21 Stockholm | Stockholm | | | | |
| Sweden | Sweden | | | | |