**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD., <br><br>　　　　Petitioners, <br><br>　v. <br><br>REPUBLIC OF KAZAKHSTAN, <br><br>　　　　Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 1:14-cv-1638-ABJ |

**RESPONDENT REPUBLIC OF KAZAKHSTAN'S
OPPOSITION TO PETITION TO CONFIRM ARBITRAL AWARD**

# EXHIBIT 29



**ARBITRATION INSTITUTE**
OF THE STOCKHOLM CHAMBER OF COMMERCE

Stockholm, 5 October 2005

**Republic of Kazakhstan**
Att: Ministry of Finances                        *By courier*
Prospect Pobedi 33
47300 Astana
Kazakhstan

Dear Madam and Sir,

**Arbitration V (069/2005): 1. Sudima Time Ltd  2. Kazakhstan Development Corporation Limited ./. Republic of Kazakhstan**

Sudima Time Ltd and Kazakhstan Development Corporation Limited have requested arbitration in accordance with the Rules of the Arbitration Institute of the Stockholm Chamber of Commerce.

You are, in accordance with article 10 of the SCC Rules, requested to submit a reply to the SCC Institute by 19 October 2005 at the latest. You are also requested to send us information on the arbitrator you have appointed.

Your reply may be brief.

You are kindly asked to submit to the SCC Institute a Power of Attorney for your counsel, if any.

Please also inform the SCC Institute of your registration number of value added tax (VAT).

Yours sincerely,

ARBITRATION INSTITUTE OF THE
STOCKHOLM CHAMBER OF COMMERCE

Natalia Petrik
Legal Counsel
natalia.petrik@chamber.se

Copy:       Mr Ashok Sancheti
            Ms Mythily Hariharan

Encls:      Request for arbitration
            The Rules of the Arbitration Institute of the Stockholm Chamber of Commerce (SCC Rules)
            Information Brochure about the SCC Institute

| Mailing address | Visiting address | Phone | Fax | E-mail | Webbsite |
|---|---|---|---|---|---|
| Box 16050 SE-103 21 Stockholm Sweden | Jakobs Torg 3 Stockholm Sweden | +46 8 555 100 50 | +46 8 566 316 50 | arbitration@chamber.se | www.sccinstitute.com |



**ARBITRATION INSTITUTE**
OF THE STOCKHOLM CHAMBER OF COMMERCE

Stockholm, 5 October 2005

The case has been registered as

**Arbitration V (069/2005): 1. Sudima Time Ltd   2. Kazakhstan Development Corporation Limited ./. Republic of Kazakhstan**

The following persons at the Secretariat of the SCC Institute will administer the case.

**Natalia Petrik**
Legal Counsel
natalia.petrik@chamber.se
Dir.tel: +46 8 555 100 58

**Christina Franzén-Papazov**
Assistant
christina.franzen-papazov@chamber.se
Dir.tel: +46 8 555 100 51

Our faxnummer is +46 8 566 316 50.

Should you have any questions concerning the case or else regarding the activities of the SCC Institute, please do not hesitate to contact us.

Mailing address
Box 16050
SE-103 21 Stockholm
Sweden

Visiting address
Jakobs Torg 3
Stockholm
Sweden

Phone
+46 8 555 100 50

Fax
+46 8 566 316 50

E-mail
arbitration@chamber.se

Webbsite
www.sccinstitute.com