## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANATOLIE STATI, GABRIEL STATI,
ASCOM GROUP, S.A. and
TERRA RAF TRANS TRAIDING LTD.,

               Petitioners,

v.

REPUBLIC OF KAZAKHSTAN,

               Respondent.

No. 14-cv-1638 (ABJ)

## DECLARATION OF CHARLENE C. SUN

Pursuant to 28 U.S.C. § 1746, I, Charlene C. Sun, declare as follows:

      1.     I am an attorney at law, and am admitted to practice in New York.  I have been admitted to practice before this Court on a *pro hac vice* basis.  I am associated with King & Spalding LLP, counsel to Petitioners Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. in these proceedings.

      2.     I am over the age of 18 and make this declaration from personal knowledge based on information reviewed and/or referenced herein.

      3.     A true and correct copy of Petitioners' March 18, 2009 letter to the ROK's Ministry of Energy and Mineral Resources ("MEMR") requesting an amicable resolution regarding the MEMR's retroactive cancellation of its approval of Terra Raf's acquisition of its Kazakh subsidiary (in original Russian and English translation) is attached hereto as Exhibit A.

      4.     A true and correct copy of the meeting minutes memorializing the March 19, 2009 meeting between executives of Terra Raf and Ascom and the Executive Secretary of the

MEMR to discuss amicable resolution of that issue and several others, (in original Russian and English translation) is attached  hereto as Exhibit B.

5.    A true and correct copy of Petitioners' May 7, 2009 letter to President Nazarbayev requesting that he bring an end to the ROK's harassing measures, (in original Russian and English translation) is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
       April 23, 2015

_____
                    Charlene C. Sun