# EXHIBIT C



07 мая 2009 года

Его Превосходительству
Господину Нурсултану Назарбаеву,
Президенту Республики Казахстан

**Уважаемый Нурсултан Абишевич,**

За последний год мы неоднократно обращались к Вам от нашего имени, а также от имени инвесторов, в связи с проблемами, возникшими между нефтяными компаниями с нашим участием – ТОО «Толкыннефтегаз» и ТОО «Казполмунай», с одной стороны, и контролирующими органами Республики Казахстан, в частности Финансовой полицией, с другой стороны. Суть данных проблем, носящих, в большинстве своем, явно надуманный, подстрекательский характер и преследующих цель саботировать нашу деятельность в Казахстане, вплоть до ее полного прикрытия, конкретно изложена в предыдущих обращениях к Вам и к представителям министерств и ведомств, имеющих к ним непосредственное отношение.

Мы Вас проинформировали, уважаемый Нурсултан Абишевич, что на протяжении всех почти 10 лет нашей деятельности в Казахстане мы четко выполняли намеченные инвестиционные программы, в строгом соответствии с условиями контрактов по недропользованию и законодательством Республики Казахстан. Тем не менее, контролирующими органами РК, в частности Финансовой полицией, были выдвинуты по отношению к нефтяным компаниям выдуманные обвинения, основанные на тенденциозном интерпретировании и применении законодательства Республики Казахстан, грубо нарушающие права и обязанности данных компаний и их сотрудников, вплоть до фабрикования уголовных дел против руководителей нефтяных компаний ТОО «Толкыннефтегаз» и ТОО «Казполмунай». Мы глубоко озабочены и возмущены тем, что вместо положительной оценки деятельности этих честных, порядочных руководителей, которые в течение стольких лет работали на благо своих предприятий и в конечном итоге на благо государства, их незаконно задерживают, арестовывают и содержат в заключении, унижают, обращаясь с ними как с обыкновенными преступниками.



Учитывая вышеизложенное, мы еще раз призываем к благоразумию должностных лиц контролирующих органов и правовых структур, допустивших создание такого положения. В то же время мы просим Вас оценить по существу нашу деятельность в РК и лично вмешаться для прекращения такого издевательского отношения к нашим компаниям и их руководителей.

Также хотим проинформировать Вас, что в ситуации, когда ни руководители соответствующих структур, ни правовые и судебные органы не предпримут никаких правомерных действий против таких бесчинств контролирующих органов, у нас не останется иного выхода, кроме как обратиться в Арбитражный институт Торговой палаты г. Стокгольма, Швеция или иную международную судебную/арбитражную организацию.

С уважением,

А.Д. Стати,
Президент „ASCOM-GRUP" S.A.,
единственный участник ТОО «Казполмунай»

Директор «TERRA RAF TRANS TRAIDING LIMITED»,
единственный участник ТОО «Токыннефтегаз»

Копия:   Г-ну Кариму Масимову,
         Премьер-Министру Республики Казахстан

         Г-ну Сауату Мынбаеву,
         Министру Энергетики и Минеральных Ресурсов
         Республики Казахстан

# ASCOM

## GROUP

May 7, 2009

To: **His Excellency**
**Mr. Nursultan Nazarbaev.**
**President of Republic of Kazakhstan**

Stamp:
"ASCOM – GROUP" S.A.
I 10-2009 city of Chişinău, A.Mateevici 75 St.
No. 778
08.05.2009

**Dear Mr. Nursultan Abishevich,**

During the last year, we have personally and on behalf of our investors, informed you about the problems between the oil companies we are shareholders of – "Tolkynneftegaz" LLP and "Kazpolmunai" LLP and the controlling authorities of the Republic of Kazakhstan, especially the Financial Police. These issues, which are mostly invented and aimed at sabotaging and even putting an end to our activity in Kazakhstan, have been previously presented in details to you and to the representatives of the competent ministries and institutions.

We have informed you, Mr. Nursultan Nazarbaevich, that during our 10 years activity in Kazakhstan, we have strictly followed the investment programs in compliance with the provisions of the natural resources exploitation agreements and the laws of the Republic of Kazakhstan. However, the controlling authorities of RK, especially Financial Police brought false accusations against the oil companies, based on the tendentious misinterpreting and application of laws of Republic of Kazakhstan, seriously violating the rights and obligations of these companies add their employees. They went as far as inventing criminal cases against the managers of the oil companies "Tolkynneftegaz" LLP and "Kazpolmunai" LLP . We are deeply concerned and indignant at the fact that instead of being appreciated and respected for their work, these honest and decent managers, who, for many years, have worked for the benefit of their companies and, at the end, for the benefit of the county, are being detained, arrested, imprisoned, humiliated, and treated like ordinary criminals.

In consideration of the above stated facts, we once again appeal to the common sense of the officers and legislative bodies who allowed such situations to occur.  We also ask that you evaluate our activity in RK and personally intervene to put an end to this defiant attitude towards our companies and managers.

We also inform You that if neither the competent authorities nor the legislative or judicial bodies take any action whatsoever against these misdeeds of the controlling bodies, we will have no choice but to address the Arbitration Institute of the Stockholm Chamber of Commerce in Sweden or another international arbitration court.

**Most respectfully,**
**A.D. Stati,** *signature*
**Chief Executive ASCOM-GROUP" S.A.**
**Sole Shareholder of "Kazpolmunai" LLP**

**Manager "TERRA RAF TRANS TRAIDING LIMITED",**
**Sole Shareholder of "Tolkynneftegaz" LLP**


**Copy:  To Mr. Karim Masimov,**
**Prime-minister of Republic of Kazakhstan**

**To Sauat Mînbaev,**
**Minister of the Energetic and Mineral Resources of the Republic of Kazakhstan**