**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD., ) ) ) ) | |
| Petitioners, ) ) | |
| v. ) ) | Civil Action No. 1:14-cv-1638-ABJ |
| REPUBLIC OF KAZAKHSTAN, ) ) | |
| Respondent. ) ) | |

**RESPONDENT REPUBLIC OF KAZAKHSTAN'S**
**MOTION FOR RECONSIDERATION OF MAY 11, 2016 ORDER**

# EXHIBIT 2

**PERKWOOD INVESTMENT LIMITED**

| No. | Agreement | Language | Parties | Scope | Term | Payment Terms | Amount of the Agreement |
|---|---|---|---|---|---|---|---|
| 1. | Sale and Purchase Agreement No. 01/01_TNG_PRK dated February 17, 2006 | Russian | 1.        TNG (Purchaser); 2. PERKWOOD INVESTMENT LIMITED (Seller) | Sale and purchase of technological equipment complex "LPG Unit" | The agreement is subject to termination upon fulfillment of the parties' obligations. | This is a master agreement. Payments under the agreement shall be made on the basis of schedules with respect to each particular parcel of equipment. | According to the agreement and provided supplementary agreements to it, the total amount of the agreement shall be comprised from the amounts of supplementary agreements related to supply of particular parcels of equipment, and shall roughly amount to USD 185,000,000. Schedules to the Agreement provided: 1. Schedule No. 1 dated February 17, 2006. Supply of parts of the technological equipment complex "LPG Unit" for the amount of USD 14,476,272; 2. Schedule No. 2 dated March 27, 2006. Supply of parts of the technological equipment complex "LPG Unit" for the |

**1607**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | amount of USD 93,095,908; |
| | | | | | | | | 3. Schedule No. 3 dated November 20, 2008. Supply of parts of the technological equipment complex "LPG Unit" for the amount of USD 11,262,570. This is amended by addendum agreement number 5 to USD 7,292,694; |
| | | | | | | | | 4. Schedule No. 4 dated September 1, 2007. Supply of steel seamless pipes for the amount of USD 695,391.04; |
| | | | | | | | | 5. Schedule No. 5 dated September 14, 2007. Supply of containers for the amount of USD 9,000; |
| | | | | | | | | 6. Schedule No. 6 dated October 1, 2007. Supply of parts of the technological equipment complex |

1608

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | "LPG Unit" for the amount of USD 8,550,920;<br><br>7. Schedule No. 7 dated October 15, 2007. Supply of parts of the technological equipment complex "LPG Unit" for the amount of USD 6,226,166;<br><br>8. Schedule No. 8 dated November 30, 2007. Supply of parts of the technological equipment complex "LPG Unit" for the amount of USD 5,807,556;<br><br>9. Schedule No. 9 dated February 21, 2008. Supply of parts of the technological equipment complex "LPG Unit" for the amount of USD 1,953,302;<br><br>10. Schedule No. 10 dated April 11, 2008. Supply of parts of the |

1609

| | | | | | | | | technological equipment complex "LPG Unit" for the amount of **USD 818,404**; |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 11. Schedule No. 11 dated June 2, 2008. Supply of parts of the technological equipment complex "LPG Unit" for the amount of **USD 1,675,585**; |
| | | | | | | | | 12. Schedule No. 12 dated August 12, 2008. Supply of parts of the technological equipment complex "LPG Unit" for the amount of **USD 866,385**; |
| | | | | | | | | 13. Schedule No. 13 dated November 17, 2008. Supply of parts of the technological equipment complex "LPG Unit" for the amount of **USD 3,322,655**. This is amended by addendum agreement number 7 to |

**1610**

| | | | | | | | USD 3,258,625; |
|---|---|---|---|---|---|---|---|
| | | | | | | | 14. Schedule No. 14 dated December 2, 2008. Supply of parts of the technological equipment complex "LPG Unit" for the amount of USD 30,899,952; |
| | | | | | | | 15. Schedule No. 15 dated January 12, 2009. Supply of parts of the technological equipment complex "LPG Unit" for the amount of USD 15,103,148; |
| | | | | | | | 16. Schedule No. 16 dated May 18, 2009. Supply of parts of the technological equipment complex "LPG Unit" for the amount of USD 288,792. |
| | | | | | | | Total: USD 191,018,100.04 |

**1611**

Sales and Purchase Agreement No. 01/01_TNG_PRK

Entered into today: 17th of February 2006                    Aktau, Kazakhstan

I. **"PERKWOOD INVESTMENT LIMITED"**, hereafter referred to as the **"Seller"**, represented by the Ozerov E., acting under the General Power of Attorney, on the one hand, and

II. LLP **"Tolkynneftegaz"**, hereafter referred to as the **"Buyer"**, represented by the Director General Kozhin A.A., acting under the Charter, on the other hand, have signed this framework Sales and Purchase Agreement, hereafter referred to as the Agreement, as follows:

## 1. SUBJECT AND TOTAL VALUE OF THE AGREEMENT

1.1. The Seller sells and the Buyer buys the technological machine complex "Liquefied petroleum gas unit" hereafter referred to as the "Goods", in sets according to the Annexes hereto ("Annexes").

1.2. The equipment must meet technical specifications presented by the Buyer.

1.3. Annexes hereto will be in writing, numbered consecutively and be an integral part of the Agreement from the date of signing by the authorized representatives of both Parties.

1.4. The total value hereof consists of the cost of the supplied Goods referred to in the Annexes hereto and makes approximately 115 000 000.00 (one hundred and fifteen million.00) U.S. dollars.

## 2. TERMS AND CONDITIONS OF DELIVERY

2.1. Delivery of Goods is effected by separate lots, in terms and conditions agreed upon by the Parties.

2.2. Dates of delivery of Goods are specified in the Annexes hereto and shall not exceed 24 (twenty-four) months from the date of prepayment.

2.3. Goods are delivered under terms of delivery DDU, Republic of Kazakhstan, Place of delivery (INCOTERMS-2000), unless otherwise specified in the Annexes hereto. Specific terms of delivery and Place of delivery of each lot of Goods under INCOTERMS-2000 will be specified in the Annexes hereto.

## 3. TERMS OF PAYMENT AND PAYMENT DOCUMENTS

3.1. Payment for Goods supplied hereunder will be carried out by the Buyer by a total or partial prepayment, according to the terms specified in the Annexes for the delivery of these Goods, bank transfer on the Seller's account in U.S. dollars or EUR on the basis of documents referred to in paragraph 3.2.

3.2. For the purpose of paying the Goods, the Seller will present to the Buyer the documents as follows:
- Annex hereto with terms of payment;
- Invoice for payment - specifying the cost of Goods in U.S. dollars or EUR.

3.3. Should be the cost of Goods expressed and paid in EUR, the conversion to U.S. dollars is performed by means of the market exchange rate determined in accordance with legislation of the Republic of Kazakhstan on the day of payment.

3.4. If the Seller does not fulfill its contractual obligations - fails to perform the delivery or performs it in part - it must, within 10 days after the date of delivery according to the Annexes, repay to the Buyer funds received for Goods undelivered or short-delivered.

**1612**

## 4. DOCUMENTS RELATING TO GOODS DELIVERED

4.1. After shipment of Goods to the Buyer, within the next 48 (forty-eight) hours, the Seller gives to the Buyer notices by fax or e-mail with the information as follows:
- Year, month, date and place of shipment of Goods;
- Copies of consignment notes;
- Copies of documents accompanying the Goods;
- The estimated time of arrival of Goods to the place of delivery and other information that the Seller deems necessary to convey to the Buyer in pursuance hereof.

4.2. Delivery of Goods is accompanied by the originals of documents as follows:
- Transport documents;
- Certificate of quality;
- Certificate of origin;
- Certificate of conformity;
- Seller's invoices;
- Packing list;
- Technical documentation relating for Goods: certificates and operational manuals drawn up in Russian;

The Seller must hand over the documents above to the Buyer on the date of delivery of Goods.

4.3. The date of delivery is the date of signing of the Statement of transfer and acceptance of Goods by the authorized representatives of both Parties at the Place of delivery.

4.4. Shipment of Goods is effected under details that will be specified in the Annexes hereto.

4.5. After the arrival of Goods to the final point of delivery, the authorized representatives of the Parties will sign the Statement of transfer and acceptance of Goods within 15 (fifteen) days.

## 5. PACKING AND MARKING

5.1. Goods shall be packed. Packaging should match the type of the vehicle.

5.2. Parts of Goods that cannot be packaged because of the size will be provided with protection against corrosion (rust) and damages in such a way that to ensure the delivery of Goods in good condition.

5.3. Each of shipping units will be provided with a detailed packing list specifying the number hereof, name of good, net weight/gross.

5.4. A copy of the packing list, in a sealed package, will be enclosed into each box, and the other copy will be attached to one side of the box and covered with a tin plate nailed to the box.

5.5. Marking shall be applied to three sides of the box: two opposite sides and the box top respectively.

5.6. Marking shall be legible and applied with an indelible ink, in Russian.

## 6. WARRANTY

6.1. The warranty period for the delivered Goods corresponds to the warranty period according to the certificate issued by the manufacturer and presented with Goods.

6.2. Within the warranty period, the Seller is obliged to replace any faulty part, subject to the operation of Goods in accordance with the issued regulations, at the preparation of the relevant Statement by the authorized representatives of the Parties, with the assistance of experts of the required third-party organizations.

## 7. SETTLEMENT OF DISPUTES

7.1. All disputes and discrepancies that may arise in the performance hereof or in connection herewith shall be settled by negotiation if possible.

**1613**

7.2. If the dispute cannot be settled by negotiation, it shall be considered judicially by the Arbitration Chamber of the defendant country. The decision of the Arbitration Chamber shall be final and binding for each of the Parties.

7.3. This Agreement and relations arising in connection herewith are governed by the applicable legislation of the Republic of Kazakhstan.

## 8. PENALTIES

8.1. If, solely through its own fault, the Seller cannot fulfill its contractual obligations, the Buyer has the right to collect, as a penalty, the amount of 0.1% of the value of Goods not delivered in time under the relevant Annex for each day of delay, until obligations are fulfilled, but not more than 5% of the value specified in that Annex.

8.2. If the Buyer does not pay the cost of Goods by invoice at an appointed due date, it has to pay the Seller a penalty of 0.1% of the amount unpaid in time for each day of delay, until obligations are fulfilled, but not more than 5% of the value specified in the relevant Annex.

## 9. FORCE MAJEURE

9.1. In the event one of the Parties does not fulfill its obligations hereunder in full or in part due to fires, wars or other natural disasters, the term of the obligations hereunder will be postponed for a period of force majeure.

9.2. If the force majeure lasts for more than 3 months, the Parties have the right to cancel its obligations hereunder. The Party that is unable to fulfill its obligations hereunder due to force majeure will not be able to claim damages from the other Party.

9.3. The Party that will not be able to fulfill its contractual obligations due to force majeure will immediately report the situation to the other. Delay for more than ten days from the notification of the occurrence of force majeure deprives the Party that accepted the delay of the opportunity to refer thereto in the future.

9.4. The certificate proving the occurrence of force majeure shall be issued by the Chamber of Commerce and shall be considered as sufficient proof for the duration of the force majeure.

9.5. Production difficulties, as well as lack or absence of raw materials, energy, man power shall not be considered force majeure and not exempt the Seller from liability for short-delivery or delay in delivery of Goods (non-fulfillment or improper fulfillment of obligations) hereunder.

## 10. MISCELLANEOUS

10.1. After delivering Goods and signing the Statement of transfer and acceptance of Goods at the Place of delivery, the Seller is obliged, at the Buyer's request, to provide consulting services for the implementation of unit assembly and supervising installation, and commissioning and start-up of the equipment in accordance with the conditions specified in addition in the Annexes.

10.2. All amendments and supplements hereto shall be valid not only signed in writing (in the original), but also by fax.

10.3. Neither Party shall have the right to transfer its rights and obligations hereunder to a third party without written consent of the other Party.

10.4. All correspondence and negotiations that took place earlier in connection herewith become void from the date of signing hereof.

10.5. This Agreement was signed in two original copies in Russian, one for each Party, each copy having equal legal force.

10.6. The official language of correspondence relating hereto is Russian.

**1614**

10.7. This Agreement shall enter into force upon signature and shall be valid until the Parties fulfill their obligations in full.

### 10. LEGAL ADDRESSES, BANK DETAILS AND SIGNATURES OF THE PARTIES:

**"SELLER"**

**"PERKWOOD INVESTMENT LIMITED"**
48, Queen Anne Street,
London W1G9JJ, UK,
Reg. No. 5563754
Rietumu Banka, Riga, Latvija
IBAN = LV59 RTMB 0000 604806340
SWIFT - RTMBLV2X

OZEROV E.     /signature/

/Seal/

**"BUYER"**

**LLP "Tolkynneftegaz"**
building No. 5, 3 "A" district,
Mangystau Province, Aktau
130000, Republic of Kazakhstan
TIN 430600051754
S/a USD 307991, EUR 3070991
in Aktau branch of JSC "Kazkommertsbank"
BIC 192901722

KOZHIN A.A.     /signature/

/Seal/

**1615**

Annex No.1
Agreement No.01/01_TNG_PRK

1. Total value of Goods:
Parts of the technological machine complex "Liquefied petroleum gas unit"

| No. | Name of goods | Unit | Qty | Unit price US dollars | Total value US dollars |
|---|---|---|---|---|---|
| 1 | Building for pumps LHG 1050.70.PCCS.01337 | pc | 1 | $186 308.00 | $186 308.00 |
| 2 | Building for compressors K7001, K7002 1050.70.PCCS.01338 | pc | 1 | $17 721.00 | $17 721.00 |
| 3 | Administrative unit building 1050.70.PCCS.01341 | pc | 1 | $207 363.00 | $207 363.00 |
| 4 | Laboratory facility 1050.70.PCCS.01343 | pc | 1 | $74 935.00 | $74 935.00 |
| 5 | Building for preparation of instrument air 1050.70.PCCS.01345 | pc | 1 | $48 781.00 | $48 781.00 |
| 6 | Checkpoint facility 1050.70.PCCS.01348 | pc | 2 | $7 647.00 | $15 294.00 |
| 7 | Building for pumps of fire control station 1050.70.PCCS.01350 | pc | 1 | $164 099.00 | $164 099.00 |
| 8 | Transformer room FCS 1050.70.PCCS.01351 | pc | 1 | $137 230.00 | $137 230.00 |
| 9 | Warehouse transformer room Opornaya 1050.70.PCCS.01353 | pc | 1 | $133 912.00 | $133 912.00 |
| 10 | Water-pumping facility 1050.70.PCCS.01355 | pc | 1 | $22 889.00 | $22 889.00 |
| 11 | Warehouse for diesel fuel barrels 1050.70.PCCS.01346 | pc | 1 | $18 454.00 | $18 454.00 |
| 12 | Building for nitrogen unit 1050.70.PCCS.01381 | pc | 1 | $50 719.00 | $50 719.00 |
| 13 | Building for weighbridge | pc | 1 | $7 647.00 | $7 647.00 |
| 14 | Building of settler pumping house 1050.70.PCCS.01382 | pc | 1 | $31 357.00 | $31 357.00 |
| 15 | Centrifugal pumps for feeding ends C3, C4, C5+ P7001, P7002, P7003, 1050.00.PTCS.00419/1050.70.PTDG.00052/ 050.70.PTDG.00053/1050.70.PTDG.00054/ | pc | 9 | $90 998.00 | $818 982.00 |
| 16 | Gas compressors K7001, K7002 1050.70. PTCS. 00062/ 1050.70.PTDG.00063/ 1050.70.PTDG.00054/ | pc | 2 | $75 488.00 | $150 976.00 |
| 17 | Flaps with spare parts for mounting in warehouse Gas storage Opornaya, according to the document 1050.70.PTDG.00446 rev1, 1050.70.PTDG.00244, 1050.89.PTDG.00241, 1050.70.PTDG.00244 rev2, 1050.89.PTDG.00232 1 set -1196 pc | Set | 1 | $2 677 634.00 | $2 677 634.00 |
| 18 | Water-pumping unit 1050.70.PICS.00970, 1050.70.PIDG.00971, 1050.70.PIDG.00972, 1050.70.PIDG.00973 | pc | 1 | $14 378.00 | $14 378.00 |
| 19 | Sewage water pumps P1601A/B 1050.98.PIDG.00975 | pc | 2 | $1 877.00 | $3 754.00 |
| 20 | Centrifugal pumps for recuperation of cooling rainwater P9808A.S 1050.98.PIDG.00976 | pc | 2 | $14 596.00 | $29192.00 |
| 21 | Centrifugal pump for recuperation of fire fighting water P9807 1050.98.PIDG.00974 | pc | 1 | $76 052.00 | $76 052.00 |
| 22 | Nitrogen unit 270 m3/h + 1 filling facility | pc | 1 | $317 531.00 | $317 531.00 |
| 23 | Nitrogen unit 120 m3/h | pc | 1 | $171 937.00 | $171 937.00 |
| 24 | Centrifugal pumps for feeding ends P5001, 5002, 5003 C3, C4, C5+ / 1050.00PTCS.00419/1050.00PODG.00700/ 1050.00PODG.00701/ 1050.00PODG.00702/ | pc | 6 | $107 698.00 | $647 388.00 |
| 25 | Building 1050.40.PCCS.01367 | pc | 1 | $76 995.00 | $76 995.00 |
| 26 | Building 1050.00.PCCS.01377 | pc | 1 | $71 932.00 | $71 932.00 |
| 27 | Building 1050.92.PCCS.01376 | pc | 1 | $47 524.00 | $47 524.00 |
| 28 | Building 1050.10.PCCS.01366 | pc | 1 | $76 995.00 | $76 995.00 |
| 29 | Building 1050.15.PCCS.03184 | pc | 1 | $169 529.00 | $169 529.00 |
| 30 | Building 1050.15.PCCS.03185 | pc | 1 | $189 258.00 | $189 258.00 |

**1616**

| 31 | Building 1050.15.PCCS.03186 | pc | 1 | $90 875.00 | $90 875.00 |
|----|------------------------------|-----|-----|------------|------------|
| 32 | Compressors of gas dryer 1050.20.STDG.00002 1050.20.STCS.00001 | pc | 3 | $467 075.00 | $1 401 225.00 |
| 33 | Pipes for propane, butane and mixture, Ф168.3 | tn | 1140.440 | $3 444.00 | $3 927 675.00 |
| 34 | Pipes for propane, butane and mixture, Ф219 | tn | 732.966 | $3 274.00 | $2 399 731.00 |
|    |                              |     |     |            | $14 476 272.00 |

2.  **Conditions of delivery: DDU Opornaya;**
3.  **Terms of delivery: up to 150 days:**
4.  **Terms of payment:**            <u>amount</u>
* prepayment within 10 banking days from the date of       5 864 562.50 Eur
extension of invoice    final settlement net of prepayment,
* final settlement within 10 banking days from the date    recounted in accordance with paragraph 3.3 of the
of receipt of the notice of readiness for shipment    Agreement

**"SELLER"**            **"BUYER"**
**PERKWOOD INVESTMENT LTD**       **LLP "TOLKYNNEFTEGAZ"**

**OZEROV E.** /signature/           **KOZHIN A.** /signature/

**17th of February 2006**          /Seal/

/Seal/

**1617**

Annex No. 2
Agreement No. 01/01_TNG_PRK

## 1. Total value of Goods:

Parts of the technological machine complex "Liquefied petroleum gas unit"

| No. | Name of goods | Unit | Qty | Unit price US dollars | Total value US dollars |
|-----|---------------|------|-----|----------------------|------------------------|
| 1 | Gas de-carbonization and de-sulphurisation Unit | set | 1 | $19 564 267.00 | $19 564 267.00 |
| 2 | LPG Recovery Unit | set | 1 | $38 648 885.00 | $38 648 885.00 |
| 3 | Sales Gas Compression Unit | set | 1 | $34 882 756.00 | $34 882 756.00 |
| | | | | | $93 095 908.00 |

**2**    **Conditions of delivery:** DDU Opornaya;

**3.**    **Terms of delivery:** up to 24 months;

**4.**    **Terms of payment:**

| | |
|---|---|
| Payment No.1 - prepayment up to 31.03.2006 | amount |
| Payment No.2 – up to 14.04.2006 | 8 000 000.00 Eur |
| Payment No.3 – up to 12.05.2006 | 20 000 000.00 Eur |
| Payment No.4 – up to 02.06.2006 | 5 000 000.00 Eur |
| Payment No.5 – up to 07.07.2006 | 5 000 000.00 Eur |
| Payment No.6 – up to 04.08.2006 | 5 000 000.00 Eur |
| Payment No.7 - within 10 days from the date of receipt of the notice of readiness for shipment of each lot of Goods | 6 000 000.00 Eur final settlement net of prepayment, recounted in accordance with paragraph 3.3 of the Agreement |

"SELLER"
PERKWOOD INVESTMENT LTD

OZEROV E. /signature/

27th of March 2006

/Seal/

"BUYER"
LLP "TOLKYNNEFTEGAZ"

KOZHIN A. /signature/

/Seal/

**1618**

## ADDITIONAL AGREEMENT No. 1
### to Sales and Purchase Agreement No. 01/01_TNG_PRK dated February 17, 2006

Entered into today: 16th of October 2006        Aktau, Kazakhstan

J.    **"PERKWOOD INVESTMENT LIMITED"**, hereafter referred to as the **"Seller"**, represented by the Ozerov E., acting under the General Power of Attorney, on the one hand,

and

II.    **LLP "Tolkynneftegaz"**, hereafter referred to as the **"Buyer"**, represented by the Director General Kozhin A.A., acting under the Charter, on the other hand,

**have entered into this Additional Agreement as follows:**

1.    The paragraph 3 of the Annex No. 1 to the Sales and Purchase Agreement No. 01/01_TNG_PRK dated 17.02.2006 (hereinafter Agreement) shall be amended and reworded as follows:

     **3. Terms of delivery:** April - May 2007;

2.    Terms of the Agreement and of the Annex No. 1 thereto are valid considering amendments and supplements provided hereby, the remaining provisions of the Agreement and of the Annex No. 1 thereto remain unchanged and the Parties confirm their obligations thereon.

3.    This Additional Agreement is executed in 2 original copies, one for each Party, and becomes an integral part of the Agreement on the entry into force.

4.    This Additional Agreement shall enter into force upon signature by the authorized representatives of the Parties.

| **"SELLER":** | **"BUYER":** |
|---|---|
| **"PERKWOOD INVESTMENT LIMITED"** | **LLP "Tolkynneftegaz"** |
| **OZEROV E.**    /signature/ | **KOZHIN A.**    /signature/ |
| /Seal/ | /Seal/ |

**1619**

Annex No.3
Agreement No.0101_TNG_PRK

**1. Total value of Goods:**

Parts of the technological machine complex "Liquefied petroleum gas unit"

| No. | Name of goods | Unit | Qty | Unit price US dollars | Total value US dollars |
|---|---|---|---|---|---|
| 1 | Containers for waste Du500 class 300# A/B/C/D/E/F/G/H/i | pc | 9 | $8 578.00 | $77 202.00 |
| 2 | Buffer capacity (V7005A/B) KM7048CS | pc | 2 | $8 468.00 | $16 936.00 |
| 3 | Flare knockout drum skid S8901 / KT7040CS/ KT8030/ KM7040FT/ KM7033FT/ 105089.PTCS.00072/KT6028 | pc | 1 | $203 924.00 | $203 924.00 |
| 4 | Electrical equipment 1050.70PEDG.01015<br>- outdoor and indoor lighting with normal and explosion-proof design<br>- outdoor and indoor sockets with normal and explosion-proof design<br>- control cabinets with normal and explosion-proof design<br>- breakers and switches<br>- indoor and outdoor boards<br>- storage batteries<br>- rectifiers | Set | 1 | $78 814.00 | $78 814.00 |
| 5 | Instrument air system KM7102CS<br>- Buffer capacity of instrument air V9501 KM7117CS<br>- Hand valves for instrument air 1050.70. PTDG.00460<br>- Control instrumentation for instrument air 1050.70PNCS.00370 | Set | 1 | $165 207.00 | $165 207.00 |
| 6 | System and valves for level measurement and accounting of products of spherical tanks 1050.70. PNCS.00327 11050.80.PNCS.00362 | Set | 1 | $667 818.00 | $667 818.00 |
| 7 | Metering equipment 1050.80.PNCS.00362<br>(pressure gauges, pressure controllers, level, temperature, pressure sensors, relief valves) | Set | 1 | $611780.00 | $611780.00 |
| 8 | System of measurement and accounting for loading railway wagons 1050.80.PNCS.00357 | Set | 1 | $673 607.00 | $673 607.00 |
| 9 | Automatic control unit of internal, external cathodic protection of fireproof tanks | Set | 1 | $229 630.00 | $229 630.00 |
| 10 | Centrifugal pumps for pumping house of fire fighting 1050.96.PTCS.00432, 1050.91. PTCS.00433 | Set | 1 | $2 671 400.00 | $2 671 400.00 |
| 11 | Fire and gas detection system 1050.90. PNCS.00347, 1050.96. PNCS.00348 | Set | 1 | $668 004.00 | $668 004.00 |
| 12 | Nitrogen dispersion pipe 1050.70.DMCS.03125 | pc | 1 | $6 530.00 | $6 530.00 |
| 13 | U cleaning filters for LHG pumps 1050.70.PTDG.00512 | pc | 9 | $2 683.00 | $24 147.00 |
| 14 | U cleaning filters for water meter well 1050.70.PIDG.00994 | pc | 1 | $435.00 | $435.00 |
| 15 | Building for settler pumps and recirculation water pumping | pc, | 1 | $31 357.00 | $31 357.00 |
| 16 | Warehouse for diesel fuel barrels | pc | 1 | $18 454.00 | $18 454.00 |
| 17 | Building for pumps of fire control station | pc | 1 | $164 099.00 | $164 099.00 |
| 18 | Fuel gas pack | Set | 1 | $144 592.00 | $144 592.00 |
| 19 | Building 1050.30.PCCS.01369 | pc | 1 | $7 647.00 | $7 647.00 |
| 20 | Process piping of LPG (sulfur and CO2 purification, fractionation, drying) and warehouse Borankol) | Set | 1 | $4 054 710.00 | $4 054 710.00 |
| 21 | Building 1050.20.PCCS 01391 | pc | 1 | , $110692.00 | $110 692.00 |
| 22 | Convector facility | pc | 1 | $23 954.00 | $23 954.00 |
| 23 | Valves | Set | 1 | $132 786.00 | $132 786.00 |
| 24 | Butane drainage tank V5004B KM7023CS | pc | 1 | $8 346.00 | $8 346.00 |
| 25 | Condensate drainage tank V5004C KM7025CS | pc | 1 | $8 346.00 | $8 346.00 |
| 26 | Propane drainage tank V5004A/D KM7027 | pc | 2 | $8 695.00 | $17 390.00 |
| 27 | Tank for storing fraction C4, C5+ 100M3 (V5002, V5003) KM7047CS | pc | 2 | $161 175.00 | $322 350.00 |
| 28 | Metal construction of tank refluxing V5001 A/B | Set | 2 | $7 269.00 | $14 538.00 |
| 29 | Building of LHG pumps 1050.50.PCCS.01372 | pc | 1 | $107 875.00 | $107 875.00 |
| | | | | | $11 262 570.00 |

**1620**

2.   **Conditions of delivery:** DDU Opornaya:          <u>amount</u>
3.   **Terms of delivery:** up to 24 months;      8 675 210.00 eur
4.   **Terms of payment:**      final settlement net of prepayment,
■ prepayment within 10 banking days from the date of extension  recounted in accordance with paragraph 3.3 of
of invoice;  the Agreement
■ 35% - within 10 days from the date of receipt of the notice of
readiness for shipment.


"SELLER"         "BUYER"
**PERKWOOD INVESTMENT LTD**         **LLP "TOLKYNNEFTEGAZ"**

**OZEROV E.** /signature/         **KOZHIN A.** /signature/

4th of September 2006         /Seal/

/Seal/

**1621**

**ADDITIONAL AGREEMENT No. 2**
**to Sales and Purchase Agreement No. 01/01_TNG_PRK dated 17.02.2006**

Entered into today: 27th of July 2007                             Aktau, Kazakhstan

I.   **"PERKWOOD INVESTMENT LIMITED"**, hereafter referred to as the "Seller", represented by the Ozerov E., acting under the General Power of Attorney, on the one hand,

and

II.  LLP **"Tolkynneftegaz"**, hereafter referred to as the "Buyer", represented by the Director General Kozhin A.A., acting under the Charter, on the other hand,

**have entered into this Additional Agreement as follows:**

1.   Paragraph 1.4. of the Sales and Purchase Agreement No. 01/01_TNG_PRK dated 17.02.2006 (hereinafter Agreement) shall be amended and reworded as follows:

     **"1.4. The total value hereof consists of the cost of the supplied Goods referred to in the Annexes hereto and makes approximately $155,000,000.00 (one hundred fifty-five million U.S. dollars, 00 cents."**

2.   Art. 1 of the Agreement shall be complemented with the paragraph 1.5. as follows:

     **"1.5. Regardless of the currency of payment, the cost of Goods hereunder is set in U.S. dollars only.".**

3.   In paragraph 3.2., the syntagm "...or EUR." shall be excluded.

4.   In paragraph 3.3., the syntagm "...expressed and..." shall be excluded.

5.   Terms and conditions of the Agreement are valid considering amendments and supplements provided hereby, the remaining provisions of the Agreement remain unchanged and the Parties confirm their obligations thereon.

6.   This Additional Agreement is executed in 2 original copies, one for each Party, and becomes an integral part of the Agreement on the entry into force.

7.   This Additional Agreement shall enter into force upon signature by the authorized representatives of the Parties.

**"SELLER":**                                          **"BUYER":**
**"PERKWOOD INVESTMENT LIMITED"**              **LLP "Tolkynneftegaz"**
OZEROV E.        /signature/

                                                      KOZHIN A.        /signature/
/Seal/
                                                      /Seal/

**1622**

**ADDITIONAL AGREEMENT No. 3**
to Sales and Purchase Agreement No. 01/01_TNG_PRK dated February 17, 2006

Entered into today: 20th of August 2007                    Aktau, Kazakhstan

I.   **"PERKWOOD INVESTMENT LIMITED"**, hereafter referred to as the "Seller", represented by the Director General Mr. Kasumov E., acting under the Charter of the Company, on the one hand,

and

II.  **LLP "Tolkynneftegaz"**, hereafter referred to as the "Buyer", represented by the Director General Mr. Kozhin A.A., acting under the Charter of the Company, on the other hand,

**taking into account the need to monitor the pre-preparation for the installation of equipment supplied according to the Sales and Purchase Agreement No. 01/01_TNG_PRK dated 17.02.2006 (hereinafter Agreement), under the paragraph 10.1. of the Agreement,**

**have entered into this Additional Agreement as follows:**

1.   The Seller will provide at its own expense the required number of professionals having necessary knowledge and experience to monitor the pre-preparation for the installation of equipment supplied according to the Agreement.

2.   The site of works is the Republic of Kazakhstan, Mangystau Province, Beyneu district.

3.   The exact number of professionals of the Seller, identity, profession, as well as estimated time of arrival is determined by the Parties by the signing of the relevant Annexes hereto.

4.   The Buyer will assist in the execution of formalities required for entry of the Seller's professionals and their residence in the territory of the Republic of Kazakhstan.

5.   This Additional Agreement is executed in 2 original copies, one for each Party, and becomes an integral part of the Agreement on the entry into force.

6.   This Additional Agreement shall enter into force upon signature by the authorized representatives of the Parties.


**"SELLER":**                                  **"BUYER":**
**"PERKWOOD INVESTMENT LIMITED"**              **LLP "Tolkynneftegaz"**
**KASUMOV E.** /signature/
                                               **KOZHIN A.A.**        /signature/
/Seal/
                                               /Seal/


**1623**

Annex No. 1
to Additional Agreement No. 3 dated 20.08.2007
to Agreement No. 01/01_TNG_PRK dated 17.02.2006

### LIST OF PROFESSIONALS

| No. | Name | Identity document, country of citizenship | Scope of works | Specialty | Estimated time of arrival |
|-----|------|-------------------------------------------|----------------|-----------|---------------------------|
| 1. | Virgil Costin | Passport No.04AE09710, France | Pre-preparation for the installation of equipment | Engineer | September 2007 |
| 2. | Taylor Jocelyn Grant | Passport No.093133297, United Kingdom | Pre-preparation for the installation of equipment | Engineer | September 2007 |

**"SELLER":**
**"PERKWOOD INVESTMENT LIMITED"**
**KASUMOV E.** /signature/

/Seal/

**"BUYER":**
**LLP "Tolkynneftegaz"**

**KOZHIN A.A.**      /signature/

/Seal/

**1624**

*Translation from the Russian language*

Annex No. 4

Agreement No. 01/01_TNG_PRK

| No. | Name, size (mm) | Quantity, Tons | Price US Dollars ton | Total US Dollars |
|-----|-----------------|----------------|----------------------|------------------|
| 1. | API 5L, PSL-2, Grade B seamless steel pipes, with three layer outer coating from high density extruded polyethylene, coating thickness 2,5mm  219,I x 7,0 mm | 82,936 | 3.177,00 | 263.487,67 |
| 2. | API 5L, PSL-2, Grade B seamless steel pipes, with three layer outer coating from high density extruded polyethylene, coating thickness 2,5mm  168,3 x 7,1 mm | 129,235 | 3.342,00 | 431.903,37 |
| | TOTAL | | | 695.391,04 |

1. Term of delivery: September 2007.

2. Price of the goods is established in USD per one ton with 0% VAT Rate and is accepted under the terms of DDU Opornaya railway station, ZKJD, Kazakhstan, under INCOTERMS – 2000.

3. Terms of payment – 100% prepayment of the annex cost by 1st October 2007.

4. Terms of delivery DDU Opornaya railway station, ZKJD, Kazakhstan (INCOTERMS – 2000).


"VENDOR"                         "BUYER"
PERKWOOD INVESTMENT LTD          "TOLKYNEFTEGAZ" LLP
KASUMOV E. _____          KOJIN A. _____

September 1, 2007

**1625**

*Translation from the Russian language*

Annex No. 5

Agreement No. 01/01_TNG_PRK

| No. | Description of goods | Unit of measurement | Quantity | Price per Unit of measurement US Dollars | Total cost US Dollars |
|------|------|------|------|------|------|
| 1. | Container 40' No. TRLU 5182522 | Piece | 1 | $ 3 000,00 | $ 3 000,00 |
| 2. | Container 40' No. TRLU 5000910 | Piece | 1 | $ 3 000,00 | $ 3 000,00 |
| 3. | Container 40' No. TRLU 4063088 | Piece | 1 | $ 3 000,00 | $ 3 000,00 |
| | TOTAL | | | | $ 9 000,00 |

1. Terms of delivery: October 2007.

2. Terms of payment - 100% of the annex cost by 31st October 2007.

3. Terms of delivery DDU Opornaya railway station, ZKJD, Kazakhstan (INCOTERMS – 2000).

"VENDOR"  
PERKWOOD INVESTMENT LTD  
KASUMOV E. _____

"BUYER"  
"TOLKYNEFTEGAZ" LLP  
KOJIN A. _____

September 14, 2007

**1626**

*Translation from the Russian language*

**Annex No. 6**

**Agreement No. 01/01_TNG_PRK**

**1. Total cost of "Goods":**
Parts of the technological equipment complex "Installation for liquid gas production"

| No. | Name of goods | Unit of measurement | Quantity | Price for unit of measurement US Dollars | Total cost, US Dollars |
|---|---|---|---|---|---|
| 1 | Electrical equipment 1050.15.PECS.01027 (Borankol warehouse) | Comp. | 1 | $36 622,00 | $36 622,00 |
| 2 | EBDV and ESDV cranes 1050.50.PNCS.00373 1050.14.PNCS.00375 (Borankol warehouse) | Comp. | 1 | $152 452,00 | $152 452,00 |
| 3 | Instruments and controls devices outside the PPB installation skids 1050.96.PNCS.00346 (Opornaya warehouse) | Comp. | 1 | $176 134,00 | $176 134,00 |
| 4 | Gas-measuring station GIS 002 1050.00.PTCS.00445 (Opornaya warehouse) | Comp. | 1 | $54 775, 00 | $54 775, 00 |
| 5 | Compressors automation (Borankol warehouse) | Comp. | 1 | $325 035,00 | $325 035,00 |
| 6 | Water purification plant X1601 1050.16.PTCS.00522 | Comp. | 1 | $196 979,00 | $196 979,00 |
| 7 | LPG treating iron (sulfur and CO2 removal) | Comp. | 1 | $392 038,00 | $392 038,00 |
| 8 | LPG treating iron (fractionation) | Comp. | 1 | $1 290 375,00 | $1 290 375,00 |
| 9 | DC power supply 1050.70.PECS.01013 Low voltage switchgear 1050.70.PECS.01014 Medium voltage switchgear 1050.70.PECS.01011 (Opornaya warehouse) | Comp. | 1 | $797 466,00 | $797 466,00 |
| 10 | DC power supply 1050.15.PECS.01026 Low voltage switchgear 1050.15.PECS.01024 Medium voltage switchgear 1050.15.PECS.01023 (Borankol warehouse) | Comp. | 1 | $983 812,00 | $983 812,00 |
| 11 | Treating iron (Opornaya warehouse) | Comp. | 1 | $2 096 032,00 | $2 096 032,00 |
| 12 | Treating iron (Borankol warehouse) | Comp. | 1 | $199 086,00 | $199 086,00 |
| 13 | LPG treating iron (drying) | Comp. | 1 | $41 543,00 | $41 543,00 |
| 14 | LPG treating iron (sulfur and CO2 | Comp. | 1 | $189 974,00 | $189 974,00 |

**1627**

| | | | | | |
|---|---|---|---|---|---|
| | removal) | | | | |
| 15 | LPG treating iron (spiro metallic and plate gaskets, studs and nuts, weldolets and flanges from carbon steel) (fractionation) | Comp. | 1 | $501 511,00 | $501 511,00 |
| 16 | LPG treating iron (Fittings, pipes and flanges from stainless steel for the SA1E, SB1E, ISC1E piping class) (fractionation) | Comp. | 1 | $1 117 086,00 | $1 117 086,00 |
| | | | | | $8 550 920,00 |

2. Terms of delivery: DDU Opornaya.

3. Delivery time: up to 180 days.

3. Payment terms:

- prepayment within 10 banking days from the date of the invoice for payment
- final payment within 10 banking days from the date of receipt of the readiness for shipment notification

**Amount**
$4 275 460,00 US Dollars
Final payment net of prepayment, restated in accordance with p. 3.3 of the Contract

"VENDOR"
PERKWOOD INVESTMENT LTD
KASUMOV E. _____

"BUYER"
"TOLKYNEFTEGAZ" LLP
KOJIN A. _____

October 1, 2007

**1628**

*Translation from the Russian language*

## Annex No. 7

### Agreement No. 01/01_TNG_PRK

**1. Total cost of "Goods":**
Parts of the technological equipment complex "Installation for liquid gas production"

| No. | Name of goods | Unit of measurement | Quantity | Price for unit of measurement US Dollars | Total cost, US Dollars |
|---|---|---|---|---|---|
| 1 | Safety valves<br>1050.70.PTCS.00229<br>1050.70.PTDG.00230<br>1050.97.PTDG.00152<br>1050.70.PTDG.00568<br>1050.PTCS.00426<br>1050.50.PTDG.00214<br>1050.92.PTDG.00151 | Comp. | 1 | $149 592,00 | $149 592,00 |
| 2 | Sleeves fill fractions<br>1050.80.PTCS.00120<br>1050.80.PTDG.00121 | Comp. | 1 | $943 118,00 | $943 118,00 |
| 3 | Equipment for the flare system<br>1050.89.PTCS.00069 | Comp. | 1 | $375 374,00 | $375 374,00 |
| 4 | Manually operated cranes and valves included (with spare parts)<br>1050.96.PTDG.00438<br>1050.96.PTDG.00452<br>1050.70.PIDG.00985<br>1050.70.PTDG.00494<br>1050.97.PTDG.00567<br>1050.70.PTDG.00579<br>1050.96.PTDG.00581<br>1050.97.PTDG.01708<br>1050.50PTDG.00425<br>1050.91.PTDG.00497<br>1050.91.PTDG.00499<br>1050.91.PTDG.01706<br>1050.14.PTDG.00492<br>1050.92.PTDG.00521<br>1050.PODG.00704 | Comp. | 1 | $1 527 041,00 | $1 527 041,00 |
| 5 | Manually operated cranes, electric and pneumatic drive cranes included (with spare parts)<br>1050.96.PTDG.00438<br>1050.96.PTDG.00452<br>1050.98.PIDG.00980<br>1050.96.PTCS.00457<br>1050.96.PTDG.00453<br>1050.96.PTCS.00457<br>1050.96.PTDG.00451<br>1050.70.PTDG.00494<br>1050.97.PTDG.00567<br>1050.96.PTDG.00581 | Comp. | 1 | $1 532 490,00 | $1 532 490,00 |

**1629**

| | | | | | |
|---|---|---|---|---|---|
| | 1050.70.PTDG.01705<br>1050.50.PTCS.00473<br>1050.50.PTDG.00472<br>1050.50.PTDG.00425<br>1050.50.PTDG.01718<br>1050.91.PTDG.00496<br>1050.91.PTDG.00498<br>1050.91.PTDG.00497<br>1050.91.PTDG.00499<br>1050.91.PIDG.00984<br>1050.14.PTDG.00492<br>1050.18.PTDG.00556<br>1050.92.PTDG.00521<br>01960/TH35/TSP/3551/0001<br>01960/TH35/TSP/3556/0002 | | | | |
| 6 | Centrifugal pumps for chilled water recovery<br>1050.98.PIDG.00981 | pieces | 2 | $46 162,00 | $92 324,00 |
| 7 | Centrifugal pumps for fire water recovery<br>1050.98.PIDG.00892 | pieces | 1 | $104 040,00 | $104 040,00 |
| 8 | Waste water pumps<br>1050.98.PIDG.00983 | pieces | 1 | $3 317,00 | $3 317,00 |
| 9 | Furnace exhaust pipes for heating the coolant | Comp. | 1 | $137 928,00 | $137 928,00 |
| 10 | Furnace Coolant Heat<br>1050.18.PTCS.00474 | pieces | 4 | $224 788,00 | $899 152,00 |
| 11 | Pneumatic control safety valves<br>(with spare parts)<br>1050.20.PNCS.00390<br>1050.20.PNDG.00391 | pieces | 7 | $65 970,00 | $461 790,00 |
| | | | | | $6 226 166,00 |

2. Terms of delivery: DDU Opornaya.

3. Delivery time: up to 180 days.

3. Payment terms:

| | |
|---|---|
| o  prepayment within 10 banking days from the date of the invoice for payment | **Amount**<br>$3 113 083,00 US Dollars |
| o  final payment within 10 banking days from the date of receipt of the readiness for shipment notification | Final payment net of prepayment, restated in accordance with p. 3.3 of the Contract |

"VENDOR"                                    "BUYER"
PERKWOOD INVESTMENT LTD      "TOLKYNEFTEGAZ" LLP
KASUMOV E. _____          KOJIN A. _____

October 15, 2007

**1630**

*Translation from the Russian language*

· **Annex No. 8**

**Agreement No. 01/01_TNG_PRK**

**1. Total cost of "Goods":**

Parts of the technological equipment complex "Installation for liquid gas production"

| No. | Name of goods | Unit of measurement | Quantity | Price for unit of measurement US Dollars | Total cost, US Dollars |
|---|---|---|---|---|---|
| 1 | Command and control system of the LPG Storage and railway loading dock 1050.70.PNCS.00368 | Comp. | 1 | $920 386,00 | $920 386,00 |
| 2 | Equipment for fire extinguishing pump station (Opornaya) 1050.91.PTCS.00161 1050.96.PTDG.00163 1050.96.PTDG.00165 1050.96.PTDG.00167 1050.96.PTDG.00169 1050.96.PTDG.00171 1050.96.PTDG.00173 1050.96.PTDG.00175 1050.96.PTDG.00177 1050.96.PTDG.00179 1050.96.PTDG.00181 1050.96.PTDG.01707 | Comp. | 1 | $324 788,00 | $324 788,00 |
| 3 | Treating iron (fixing and connecting elements) of the LPG Storage and Opornaya railway loading dock | Comp. | 1 | $129 968,00 | $129 968,00 |
| 4 | Treating iron (fittings, weldolets, nipolets, sockolets, blind subs) of the LPG Storage and Opornaya railway loading dock | Comp. | 1 | $99 106,00 | $99 106,00 |
| 5 | Cables for automation system Borankol and Opornaya warehouses 1050.70.PNCS.00369 1050.00.PNCS.00400 KT8132 | Comp. | 1 | $1 135 966,00 | $1 135 966,00 |
| 6 | Linear heat system 1050.70.PTCS.00594 (Opornaya warehouse) | Comp. | 1 | $113 866,00 | $113 866,00 |
| 7 | Treating iron (fittings and connecting elements) buildings for firefighting purposes and fire protection tanks (Borankol warehouse) | Comp. | 1 | $126 620,00 | $126 620,00 |
| 8 | Treating iron (fixing and connecting elements) Borankol warehouse | Comp. | 1 | $39 192,00 | $39 192,00 |
| 9 | Treating iron (fittings, weldolets, nipolets, sockolets, blind subs) Borankol warehouse | Comp. | 1 | $12 255,00 | $12 255,00 |

**1631**

| | | | | | |
|---|---|---|---|---|---|
| 10 | Equipment for fire extinguishing pump station (Borankol)<br>1050.91.PTCS.00161<br>1050.91.PTDG.00162<br>1050.91.PTDG.00164<br>1050.91.PTDG.00166<br>1050.91.PTDG.00168<br>1050.91.PTDG.00170<br>1050.91.PTDG.00172<br>1050.91.PTDG.00174<br>1050.91.PTDG.00176<br>1050.91.PTDG.00178<br>1050.91.PTDG.00180<br>1050.91.PTDG.00523<br>1050.91.PTDG.00524 | Comp. | 1 | $368 018,00 | $368 018,00 |
| 11 | Linear heat system<br>1050.91.PTCS.01714 (Borankol warehouse) | Comp. | 1 | $121 951,00 | $121 951,00 |
| 12 | Electrical equipment outside the technological buildings<br>1050.15. PEDG.01027(Borankol warehouse) | Comp. | 1 | $143 567,00 | $143 567,00 |
| 13 | Electrical equipment outside the technological buildings<br>1050.15. PEDG.01015 (Opornaya warehouse) | Comp. | 1 | $158 518,00 | $158 518,00 |
| 14 | LPG Treating iron (fittings, pipes, flanges) sulfur and CO2 removal | Comp. | 1 | $807 249,00 | $807 249,00 |
| 15 | Power and control cables<br>1050.70.PECS.01017 (Opornaya warehouse) | Comp. | 1 | $641 735,00 | $641 735,00 |
| 16 | Power and control cables<br>1050.70.PECS.01028 (Borankol warehouse) | Comp. | 1 | $646 371,00 | $646 371,00 |
| | | | | | $5 807 556,00 |

2. Terms of delivery: DDU Opornaya.

3. Delivery time: up to 180 days.

3. Payment terms:

| | |
|---|---|
| • prepayment within 10 banking days from the date of the invoice for payment<br>• final payment within 10 banking days from the date of receipt of the readiness for shipment notification | **Amount**<br>$2 903 778,00 US Dollars<br>Final payment net of prepayment, restated in accordance with p. 3.3 of the Contract |

"VENDOR"     "BUYER"
PERKWOOD INVESTMENT LTD  "TOLKYNEFTEGAZ" LLP
KASUMOV E. _____   KOJIN A. _____

November 30, 2007

**1632**

**ADDITIONAL AGREEMENT No. 4**
**to Sales and Purchase Agreement No. 01/01_TNG_PRK dated February 17, 2006**

Entered into today: 15th of February 2008 in Aktau, Kazakhstan

I.    **"PERKWOOD INVESTMENT LIMITED"**, hereafter referred to as the "Seller", represented by the Director General Mr. Kasumov E., acting under the Charter of the Company, on the one hand,

and

II.   **LLP "Tolkynneftegaz"**, hereafter referred to as the "Buyer", represented by the Director General Mr. Kozhin A.A., acting under the Charter of the Company, on the other hand,

**have entered into this Additional Agreement as follows:**

1.    The Seller and the Buyer have agreed that the shipper of the Charger for accumulator batteries and Pipe assembly being integral part of Goods delivered by the Seller under the Annex No.2 to the Sales and Purchase Agreement No. 01/01_TNG_PRK dated 17.02.2006 (hereinafter Agreement), will be the Company SOLAR TURBINES INCORPORATED (WAREHOUSE, 4200 RUFFIN ROAD, SAN DIEGO, CA 921231826).

2.    The remaining provisions of the Agreement unconcerned hereby are unchanged.

3. This Additional Agreement is executed in 2 original copies, one for each Party, and becomes an integral part of the Agreement on the entry into force.

4. This Additional Agreement shall enter into force upon signature by the authorized representatives of the Parties.

**SIGNATURES OF THE PARTIES**

|  |  |
|---|---|
| **SELLER** | **BUYER** |
| Director General | Director General |
| **"PERKWOOD INVESTMENT LIMITED"** | **LLP "Tolkynneftegaz"** |
| | |
| Kasumov E.   /signature/ | Kozhin A.A.   /signature/ |
| | |
| /Seal/ | /Seal/ |

**1633**

*Translation from the Russian language*

## Annex No. 9

### Agreement No. 01/01_TNG_PRK

**1. Total cost of "Goods":**
Parts of the technological equipment complex "Installation for liquid gas production"

| No. | Name of goods | Unit of measurement | Quantity | Price for unit of measurement US Dollars | Total cost, US Dollars |
|---|---|---|---|---|---|
| 1 | Equipment and materials for instrumental air 01960/TH34/HUD/3200/0001 | Comp. | 1 | $48 095,00 | $48 095,00 |
| 2 | Materials for treating iron (Borankol warehouse) | Comp. | 1 | $1 085 668,00 | $1 085 668,00 |
| 3 | Materials and equipment for treating iron of the installation for water treatment including technological building for installation for water treatment 1050.16.DTLT.01743 rev.0 | Comp. | 1 | $59 480,00 | $59 480,00 |
| 4 | Materials for main electrical trestles for fractionation module, allocation of liquefied gas; compression unit 01960/TH34/ADW/3200/0100 rev.1 | Comp. | 1 | $158 895,00 | $158 895,00 |
| 5 | Materials for main electrical trestles for modules of gas decarbonization and desulfuring 01960/TH34/ADW/3200/0100 rev.1 | Comp. | 1 | $114 011,00 | $114 011,00 |
| 6 | Spare parts (spiro metallic gaskets) for equipment and treating iron of equipment complex "Installation for liquid gas production" | Comp. | 1 | $82 910,00 | $82 910,00 |
| 7 | Instruments and controls devices outside the furnace for heating the diathermic coolant 1050.183.PNCS.00388 | Comp. | 1 | $56 910,00 | $56 910,00 |
| 8 | Protective wrap and cable tray for electric cables, including bearing pad for electrical equipment, power distribution board, instruments and control devices and automatics outside skids for modules of gas decarbonization and desulfuring 09160/TH34/ADW/3200/0004 rev.2 | Comp. | 1 | $17 934,00 | $17 934,00 |
| 9 | Protective wrap and cable tray for electric cables, including bearing pad for electrical equipment, power distribution board, instruments and control devices and automatics outside skids for modules of gas decarbonization and desulfuring; | Comp. | 1 | $47 554,00 | $47 554,00 |

**1634**

| | | | | | |
|---|---|---|---|---|---|
| | compression unit 09160/TH34/ADW/3200/0004 rev.2 | | | | |
| 10 | Clutches and bolts for the installation of the column C1002, module of gas decarbonization and desulfation | Comp. | 1 | $2 025,00 | $2 025,00 |
| 11 | Materials and equipment for compression units 1KA2001, 1KA2001S, 2KA2001 | Comp. | 1 | $132 762,00 | $132 762,00 |
| 12 | Connection boxes for pumping equipment | Comp. | 1 | $5 961,00 | $5 961,00 |
| 13 | Cables for automation system subject to requirement specification 1050.70.PNCS.00369 1050.00.PNCS.00400 KT8132 | Comp. | 1 | $22 374,00 | $22 374,00 |
| 14 | Power and control cables subject to requirement specification 1050.70.PECS.01017 (Opornaya) | Comp. | 1 | $118 723,00 | $118 723,00 |
| | | | | | $1 953 302,00 |

2. Terms of delivery: DDU Opornaya.

3. Delivery time: up to 180 days.

3. Payment terms:

| | |
|---|---|
| • prepayment within 10 banking days from the date of the invoice for payment | **Amount** $976 651,00 US Dollars |
| • final payment within 10 banking days from the date of receipt of the readiness for shipment notification | Final payment net of prepayment, restated in accordance with p. 3.3 of the Contract |

"VENDOR"                                  "BUYER"
**PERKWOOD INVESTMENT LTD**      **"TOLKYNEFTEGAZ" LLP**
**KASUMOV E.** _____        **KOJIN A.** _____

**February 21, 2008**

**1635**

*Translation from the Russian language*

### Annex No. 10

### Agreement No. 01/01_TNG_PRK

**1. Total cost of "Goods":**
Parts of the technological equipment complex "Installation for liquid gas production"

| No. | Name of goods | Unit of measurement | Quantity | Price for unit of measurement US Dollars | Total cost, US Dollars |
|---|---|---|---|---|---|
| 1 | Flanges, reducers, studs, nuts, spiro metallic gaskets | Comp. | 1 | $12 211,00 | $12 211,00 |
| 2 | Connection boxes for cables of instruments and control devices | Comp. | 1 | $22 418,00 | $22 418,00 |
| 3 | Connection adaptation crossovers to the reservoirs V5001A/B, V5002, V5003 for installation of instruments and control devices and automatics (Borankol warehouse) | Comp. | 1 | $7 228,00 | $7 228,00 |
| 4 | Cables for automation system (warehouse and Opornaya railway loading dock) | Comp. | 1 | $5 252,00 | $5 252,00 |
| 5 | Position sensors of the control valves (gas dehydration installation) | Comp. | 1 | $10 474,00 | $10 474,00 |
| 6 | Power cables TCS 001-004 (Opornaya, Borankol) | Comp. | 1 | $5 236,00 | $5 236,00 |
| 7 | Measuring gauges 1050.50.POCS.00707 1050.80.PNCS.00362 (Borankol warehouse) | Comp. | 1 | $111 259,00 | $111 259,00 |
| 8 | Treating iron of the instrumental air line and for the connection to the technological process of the differential pressure gauges (warehouse and Opornaya railway loading dock) | Comp. | 1 | $18 226,00 | $18 226,00 |
| 9 | Treating iron (Borankol warehouse) | Comp. | 1 | $83 682,00 | $83 682,00 |
| 10 | Container 40' HC No. 1EAU 9005590 | pieces | 1 | $4 000,00 | $4 000,00 |
| 11 | Power plant building (Borankol) | Comp. | 1 | $535 423,00 | $535 423,00 |
| 12 | Treating iron (warehouse and Opornaya railway loading dock) | Comp. | 1 | $2 995,00 | $2 995,00 |
| | | | | | $818 404,00 |

2. Terms of delivery: DDU Opornaya.

3. Delivery time: up to 180 days.

3. Payment terms:

**1636**

- prepayment within 10 banking days from the date of the invoice for payment
- final payment within 10 banking days from the date of receipt of the readiness for shipment notification

Amount
$409 202,00 US Dollars
Final payment net of prepayment, restated in accordance with p. 3.3 of the Contract


"VENDOR"                          "BUYER"
PERKWOOD INVESTMENT LTD           "TOLKYNEFTEGAZ" LLP
KASUMOV E. _____          KOJIN A. _____

April 11, 2008

**1637**

*Translation from the Russian language*

## Annex No. 11

### Agreement No. 01/01_TNG_PRK

1. **Total cost of "goods":**

| No. | Name of goods | Unit of measurement | Quantity | Price for unit of measurement, US Dollars | Total cost, US Dollars |
|-----|---------------|---------------------|----------|-------------------------------------------|------------------------|
| 1 | Instruments and controls included for:<br>- water pump station 1050.70.PNCS.00361<br>- pumping room depositing tank for the circulating water pumping 1050.98.PNCS.00372<br>- outside the installation of nitrogen 1050.70.PNCS.00394<br>- domestic water supply system from the main pipeline 1050.98.PNDG.00399<br>- water supply of the fire fighting reservoirs 1050.96.PNDG.00398 | Comp. | 1 | $112 785,00 | $112 785,00 |
| 2 | Installation for reservoirs cooling V5001 A/B, V5002, V5003<br>Draft No. KM 7147.01-03; KM 7148.01-03; KM 7047.03.01-03 | Comp. | 1 | $30 468,00 | $30 468,00 |
| 3 | Equipment for treating iron (LPG)<br>Draft No. 01960/TH32/MTO/3600/0001/ rev.3; 01960/TH32/ISO/3700/3010 rev.7; 01960/TH32/ISO/3700/3510 rev.6; 01960/TH32/ISO/3700/4010 rev.4; 01960/TH32/TSP/3600/0001 rev.3 | Comp. | 1 | $51 023,00 | $51 023,00 |

**1638**

| 4 | Equipment for treating iron (sulfur and CO2 cleaning) Draft No. 01960/TH32/MTO/3600/0003 rev.2; 01960/TH32/ISO/3700/1010 rev.4; 01960/TH32/ISO/3700/1020 rev.3; 01960/TH32/ISO/3700/1030 rev.1; 01960/TH32/TSP/3600/0001 rev.3 | Comp | 1 | $24 186,00 | $24 186,00 |
| 5 | Consumer units for the electrical cables | Comp | 1 | $50 146,00 | $50 146,00 |
| 6 | Treating iron of the instrumental air (Borankol) | Comp. | 1 | $54 309,00 | $54 309,00 |
| 7 | Electrical equipment outside the technological buildings Draft No. 1050.15.PEDG.01027 rev.0; 1050.15.PEDG.01015 rev.2 | Comp. | 1 | $16 345,00 | $16 345,00 |
| 8 | Flare stack F8901 KM7055CS Draft No. KM-7206.BD rev.0; KM-7206 rev.0; KM-7207 rev.0; KM-7208 rev.0; KM-7206CS rev.0; 1050.DMCS.03177 rev.0 | Comp. | 1 | $182 274,00 | $182 274,00 |
| 9 | Power and control cables | Comp. | 1 | $503 133,00 | $503 133,00 |
| 10 | Cables for the automation system | Comp. | 1 | $620 448,00 | $620 448,00 |
| | | | | | $1 675 585,00 |

Parts of the technological equipment complex "Installation for liquid gas production"

2. Delivery terms: DDU Opornaya;
3. Delivery time: up to 180 days;
4. Payment terms:
   - prepayment within 10 banking days from the date of the invoice for payment

Amount
$837 792,50 US Dollars
Final payment net of prepayment, restated in

**1639**

- final payment within 10 banking days from the date of receipt of the readiness for shipment notification

accordance with p. 3.3 of the Contract

"VENDOR"
**PERKWOOD INVESTMENT LTD**

"BUYER"
**"TOLKYNNEFTEGAZ" LLP**

COJIN A. _____

KASUMOV E._____
June 2, 2008

**1640**

*Translation from the Russian language*

Annex No. 12

Agreement No. 01/01_TNG_PRK

### 1. Total cost of "goods":
Parts of the technological equipment complex "Installation for liquid gas production"

| No. | Name of goods | Unit of measurement | Quantity | Price for unit of measurement, US Dollars | Total cost, US Dollars |
|---|---|---|---|---|---|
| 1 | Additional equipment for treating iron of the Borankol intermediate warehouse, Warehouse and railway loading dock, Decarbonization Installation and Escape of the Liquefied Gas | Comp. | 1 | $15 422,00 | $15 422,00 |
| 2 | Equipment for pipeline electrical coil heater System. 01960/TN07/COR/0001 | Comp. | 1 | $31 683,00 | $31 683,00 |
| 3 | Equipment for treating iron of the cold flare System | Comp. | 1 | $323 659,00 | $323 659,00 |
| 4 | Flame arresters for: vapor recovery hose pipe 1050.80.PTDG.00598 reservoir V1 102 1050.11.PMSP.03158 | Comp | 1 | $98 173,00 | $98 173,00 |
| 5 | Consumer units for instruments and controls cables for the Borankol intermediate warehouse, Warehouse and railway loading dock KT-6303 rev. 6, KT-8132 rev. 2 | Comp | 1 | $21 978,00 | $21 978,00 |
| 6 | Equipment for treating iron (Warehouse and Opornaya railway loading dock) | Comp. | 1 | $123 374,00 | $123 374,00 |
| 7 | Additional equipment for the fire fighting system (Opornaya, Borankol) 1050.90.PNCS.00347, 1050.96.PNCS.00348 | Comp. | 1 | $4 071,00 | $4 071,00 |

**1641**

| 8 | Equipment for the Warehouse and Opornaya railway loading dock 1050.DTLT.01704 rev.0, KT-8392 rev.0, KT-8393 rev.0, KT-8394 rev.0, KT-8306 rev.1 | Comp. | 1 | $228 740,00 | $228 740,00 |
|---|---|---|---|---|---|
| 9 | Electrical equipment (Opornaya, Borankol) | Comp. | 1 | $8 424,00 | $8 424,00 |
| 10 | Flanges and pipes included (Warehouse and Opornaya railway loading dock) | Comp. | 1 | $10 861,00 | $10 861,00 |
| | | | | | $866 385,00 |

2. Delivery terms: DDU Opornaya;
3. Delivery time: up to 180 days;
4. Payment terms:
   - prepayment within 10 banking days from the date of the invoice for payment
   - final payment within 10 banking days from the date of receipt of the readiness for shipment notification

Amount
$433 192,50 US Dollars
Final payment net of prepayment, restated in accordance with p. 3.3 of the Contract

**"VENDOR"**          **"BUYER"**
**PERKWOOD INVESTMENT**   **"TOLKYNNEFTEGAZ" LLP**
**LTD**

                      **COJIN A. _____**

**KASUMOV E._____**
**August 12, 2008**

**1642**

*Translation from the Russian language*

Annex No. 13

Agreement No. 01/01_TNG_PRK

## 1. Total cost of "goods":

Parts of the technological equipment complex "Installation for liquid gas production"

| No. | Name of goods | Unit of measurement | Quantity | Price for unit of measurement, US Dollars | Total cost, US Dollars |
|-----|---------------|---------------------|----------|-------------------------------------------|------------------------|
| 1 | Control and distribution system for central control room 1050.00.PNCS.00379 rev2 | Comp. | 1 | $1 394 876,00 | $1 394 876,00 |
| 2 | Flanges, connection pipes, reductors, locking pins, nuts KT8334-KT8337, fire safety rules | Comp. | 1 | $92 551,00 | $92 551,00 |
| 3 | Connection details and tubes | Comp. | 1 | $17 557,00 | $17 557,00 |
| 4 | Equipment for treating iron (Borankol) | Comp | 1 | $129 055,00 | $129 055,00 |
| 5 | Flanges, pipes, reductors, locking pins, nuts for connection of the installations blocks | Comp | 1 | $115 608,00 | $115 608,00 |
| 6 | Flexible pipes with quick hitch 1050.70.PTCS00454 | Comp. | 1 | $25 349,00 | $25 349,00 |
| 7 | Flanges, connection pipes, reductors, locking pins, nuts for central diametric agent | Comp. | 1 | $28 055,00 | $28 055,00 |
| 8 | Spare parts for desulfurization installations and loading railway with gas metering unit (optional) | Comp. | 1 | $977 991,00 | $977 991,00 |
| 9 | Spare parts for decarbonization and fractionation equipment (optional) | Comp. | 1 | $130 737,00 | $130 737,00 |
| 10 | Cranes, sliding valves, globe valves | Comp. | 1 | $5 945,00 | $5 945,00 |
| 11 | Amine solution | Comp. | 1 | $64 030,00 | $64 030,00 |

**1643**

| 12 | Cables for the linear heating system | Comp. | 1 | $30 761,00 | $30 761,00 |
| 13 | Equipment for pumping fire fighting (Borankol) | Comp. | 1 | $116 987,00 | $116 987,00 |
| 14 | Equipment for treating iron (Borankol and Opornaya railway loading dock) | Comp. | 1 | $40 970,00 | $40 970,00 |
| 15 | Equipment for the flaring system | Comp. | 1 | $152 183,00 | $152 183,00 |
| | | | | | $3 322 655,00 |

2. Delivery terms: DDU Opornaya;
3. Delivery time: up to 180 days;  .
4. Payment terms:
   - prepayment within 10 banking days from the date of the invoice for payment
   - final payment within 10 banking days from the date of receipt of the readiness for shipment notification

Amount
$2 824 256,75 US Dollars
Final payment net of prepayment, restated in accordance with p. 3.3 of the Contract

"VENDOR"                    "BUYER"
PERKWOOD INVESTMENT        "TOLKYNNEFTEGAZ" LLP
LTD
                           COJIN A. _____

KASUMOV E._____
November 17, 2008

**1644**

## ADDITIONAL AGREEMENT No. 5
### to Sales and Purchase Agreement No. 01/01_TNG_PRK dated February 17, 2006

Entered into today: 20th of November 2008      in Aktau, Kazakhstan

I.    **"PERKWOOD INVESTMENT LIMITED"**, hereafter referred to as the "Seller", represented by the Director General Mr. Kasumov E., acting under the Charter of the Company, on the one hand,

and

II.    **LLP "Tolkynneftegaz"**, hereafter referred to as the "Buyer", represented by the Director General Mr. Kozhin A.A., acting under the Charter of the Company, on the other hand,

**have entered into this Additional Agreement as follows:**

1. The Seller and the Buyer have agreed to reduce the total amount of the Annex No. 3 dated 4th of September 2006 for supply of equipment "Liquefied petroleum gas unit" to 7,292,694.00 (seven million two hundred ninety-two thousand six hundred ninety-four) U.S. dollars. Thus, there is reduced the amount of the item No. 20 "Process piping of LPG (sulfur and CO2 purification, fractionation, drying) and warehouse Borankol" to 84,834.00 (eighty-four thousand eight hundred thirty-four) U.S. dollars.

2. The remaining provisions of the Agreement unconcerned hereby are unchanged.

3. This Additional Agreement is executed in 2 original copies, one for each Party, and becomes an integral part of the Agreement on the entry into force.

4. This Additional Agreement shall enter into force upon signature by the authorized representatives of the Parties.


## SIGNATURES OF THE PARTIES


| SELLER | BUYER |
|---|---|
| Director General | Director General |
| **"PERKWOOD INVESTMENT LIMITED"** | **LLP "Tolkynneftegaz"** |
| Kasumov E.   /signature/ | Kozhin A.A.   /signature/ |
| /Seal/ | /Seal/ |

**1645**

**ADDITIONAL AGREEMENT**
to Sales and Purchase Agreement No. 01/01_TNG_PRK dated February 17, 2006

Entered into today: 1st of December 2008 in Aktau, Kazakhstan

**"PERKWOOD INVESTMENT LIMITED"**, hereafter referred to as the "Seller", represented by the Director General Mr. Kasumov E., acting under the Charter of the Company, on the one hand, and

**LLP "Tolkynneftegaz"**, hereafter referred to as the "Buyer", represented by the Director General Mr. Kozhin A.A., acting under the Charter of the Company, on the other hand,

**have entered into this Additional Agreement as follows:**

1. The Seller and the Buyer have agreed to amend the paragraph 1.4. of the Sales and Purchase Agreement No.01/01_TNG_PRK dated 17.02.2006 (hereinafter Agreement) and to reword as follows:
"1.4. The total value hereof consists of the cost of the supplied Goods referred to in the Annexes hereto and makes approximately 185 000 000 (one hundred eighty-five million) U.S. dollars".

2.   The remaining provisions of the Agreement unconcerned hereby are unchanged.

3. This Additional Agreement is executed in 2 original copies, one for each Party, and becomes an integral part of the Agreement on the entry into force.

4. This Additional Agreement shall enter into force upon signature by the authorized representatives of the Parties.


**SIGNATURES OF THE PARTIES**

| SELLER | BUYER |
|---|---|
| Director General | Director General |
| **"PERKWOOD INVESTMENT LIMITED"** | **LLP "Tolkynneftegaz"** |
| Kasumov E.  /signature/ | Kozhin A.A.  /signature/ |
| /Seal/ | /Seal/ |

**1646**

*Translation from the Russian language*

Annex No. 14

Agreement No. 01/01_TNG_PRK

1.  **Total cost of "goods":**
    Parts of the technological equipment complex "Installation for liquid gas production"

| No. | Name of goods | Unit of measurement | Quantity | Price for unit of measurement, US Dollars | Total cost, US Dollars |
|---|---|---|---|---|---|
| 1 | Heat exchangers (coolers) of stainless steel cold arca | Comp. | 1 | $12 076 370,00 | $12 076 370,00 |
| 2 | Gas turbo compressors SOLAR | Comp. | 1 | $6 713 446,00 | $6 713 446,00 |
| 3 | Turboexpander Mafi-Trench | Comp. | 1 | $3 095 173,00 | $3 095 173,00 |
| 4 | Electrical and instrument and control and A equipment; treating iron, electrical and instrument and control and A harness | Comp | 1 | $2 366 486,00 | $2 366 486,00 |
| 5 | Generator units | Comp | 1 | $6 648 477,00 | $6 648 477,00 |
| | | | | | $30 899 952,00 |

2.  Delivery terms: DDU Opornaya;
3.  Delivery time: up to 180 days;
4.  Payment terms:
    - prepayment within 10 banking days from the date of the invoice for payment
    - final payment within 10 banking days from the date of receipt of the readiness for shipment notification

Amount
$26 264 959,20 US Dollars
Final payment net of prepayment, restated in accordance with p. 3.3 of the Contract

**"VENDOR"**      **"BUYER"**
PERKWOOD INVESTMENT LTD      "TOLKYNNEFTEGAZ" LLP

COJIN A. _____

KASUMOV E._____
December 2, 2008

**1647**

*Translation from the Russian language*

### Annex No. 15

### Agreement No. 01/01_TNG_PRK

1. Total cost of "goods":
   Parts of the technological equipment complex "Installation for liquid gas production"

| No. | Name of goods | Unit of measurement | Quantity | Price for unit of measurement, US Dollars | Total cost, US Dollars |
|-----|---------------|---------------------|----------|-------------------------------------------|------------------------|
| 1 | Materials for treating iron execution (pipe, cranes, elbow pipe, tee pipes, flanges, etc.) | Comp. | 1 | $5 978 654,00 | $5 978 654,00 |
| 2 | Materials for isolating works execution (cold and warm) | Comp. | 1 | $4 101 368,00 | $4 101 368,00 |
| 3 | Technological buildings, transformer, ventilation systems of the technological buildings and centralized power system. | Comp. | 1 | $5 023 126,00 | $5 023 126,00 |
| | | | | | $15 103 148,00 |

2. Delivery terms: DDU Opornaya;
3. Delivery time: up to 180 days;
4. Payment terms:
   - prepayment within 10 banking days from the date of the invoice for payment
   - final payment within 10 banking days from the date of receipt of the readiness for shipment notification

   Amount
   $12 837 675,80 US Dollars
   Final payment net of prepayment, restated in accordance with p. 3.3 of the Contract

"VENDOR"                          "BUYER"
PERKWOOD INVESTMENT LTD           "TOLKYNNEFTEGAZ" LLP

KASUMOV E._____            COJIN A. _____
January 12, 2009

**1648**

**ADDITIONAL AGREEMENT No. 7**
**to Sales and Purchase Agreement No. 01/01_TNG_PRK dated February 17,  2006**


Entered into today 18th of May 2009 Aktau, Kazakhstan


**"PERKWOOD INVESTMENT LIMITED"**, hereafter referred to as the "Seller", represented by the Director General Mr. Kasumov E., acting under the Charter of the Company, on the one hand, and

**LLP "TOLKYNNEFTEGAZ"**, hereafter referred to as the "Buyer", represented by the Director General Mr. Kozhin A.A., acting under the Charter of the Company, on the other hand,

**Have entered into this Additional Agreement as follows:**

1. The Seller and the Buyer have agreed to delete the item No.11 "Amine solution" of the Annex No.13 dated 17th of November 2008 for supply of equipment "Liquefied petroleum gas unit". Consequently, amount of the Annex No.13 dated 17th of November 2008 is decreased by the amount of the item No.11 and makes 3,258,625.00 (three million two hundred fifty-eight thousand six hundred twenty-five) U.S. dollars.

2. The remaining provisions of the Agreement unconcerned hereby are unchanged.

3. This Additional Agreement is executed in 2 original copies, one for each Party, and becomes an integral part of the Agreement on the entry into force.

4. This Additional Agreement shall enter into force upon signature by the authorized representatives of the Parties.


**SIGNATURES OF THE PARTIES**

| SELLER | BUYER |
|---|---|
| Director General | Director General |
| **"PERKWOOD INVESTMENT LIMITED"** | **LLP "Tolkynneftegaz"** |
| Kasumov E.  /signature/ | Kozhin A.A.  /signature/ |
| /Seal/ | /Seal/ |

**1649**

*Translation from the Russian language*

**Annex No. 16**

**Agreement No. 01/01_TNG_PRK**

1. **Total cost of "goods":**
Parts of the technological equipment complex "Installation for liquid gas production"

| No. | Name of goods | Kind of packing | Unit of measurement | Quantity | Price for unit of measurement, US Dollars | Total cost, US Dollars |
|-----|---------------|-----------------|---------------------|----------|-------------------------------------------|------------------------|
| 1 | Methyldiethan olamine (sMDEA), producer - chemical company BASF Aktlengesellsch aft, Ludwigshafen, Germany | Barrel 210 kg | kg | 50 400 | 5,73 | 288 792,00 |
| | | | | | | 288 792,00 |

2. Delivery terms: DDU Opornaya;
3. Delivery time: up to 180 days;
4. Payment terms:
Total cost of goods ($288 792,00 US Dollars) is paid within 10 banking days after completion of the delivery of goods under the terms of DDU Opornaya.

| | |
|---|---|
| **"VENDOR"** | **"BUYER"** |
| **PERKWOOD INVESTMENT LTD** | **"TOLKYNNEFTEGAZ" LLP** |
| **KASUMOV E.**_____ | **COJIN A.** _____ |
| " __ "_____200_ | May "18", 2009 |

**1650**

**ADDITIONAL AGREEMENT No.8**
to Sales and Purchase Agreement No.01/01_TNG_PRK dated February 17, 2006

Aktau                                                    2nd of July 2009

"**PERKWOOD INVESTMENT LIMITED**", hereafter referred to as the "**Seller**", represented by the Director General Kasumov E., acting under the Charter, on the one hand, and

**LLP "Tolkynneftegaz"**, hereafter referred to as the "**Buyer**", represented by the Director General Kiselev A.L., acting under the Charter, on the other hand, collectively referred to as the "Parties",

have entered into this Additional Agreement as follows:

1. The paragraph 3 of the Annex No.14 and of the Annex No.15 to the Sales and Purchase Agreement No.01/01_TNG_PRK dated 17.02.2006 (hereinafter Agreement) shall be amended and reworded as follows:

"*3. Terms of delivery: up to 360 days;*"

2. Terms and conditions of the Agreement and Annexes No.No.14,15 thereto are valid considering amendments and supplements provided hereby, the remaining provisions of the Agreement and Annexes No.No.14,15 thereto remain unchanged and the Parties confirm their obligations thereon.

3. This Additional Agreement is executed in 2 original copies, one for each Party, and becomes an integral part of the Agreement on the entry into force.

4. This Additional Agreement shall enter into force upon signature.

**SIGNATURES OF THE PARTIES:**

"**SELLER**"                                     "**BUYER**"

"**PERKWOOD INVESTMENT LIMITED**"    LLP "Tolkynneftegaz"

Kasumov E.   /signature/                         Kiselev A.L.   /signature/

/Seal/                                           /Seal/

**1651**

ADDITIONAL AGREEMENT No. 9
to Sales and Purchase Agreement No.01/01_TNG_PRK dated February 17, 2006

Aktau, Kazakhstan                                                                    25th of
August 2009

"PERKWOOD INVESTMENT LIMITED", hereafter referred to as the "Seller", represented by the Director General Kasumov E., acting under the Charter, on the one hand, and

LLP "Tolkynneftegaz", hereafter referred to as the "Buyer", represented by the Director General Kiselev A.L., acting under the Charter, on the other hand,

have entered into this Additional Agreement as follows:

I.   The Buyer is obliged to return and the Seller is obliged to accept containers (210 kg barrels), in which Goods will be delivered under the Annex No. 16 to the Sales and Purchase Agreement No.01/01_TNG_PRK dated 17.02.2006, (hereinafter Agreement). The return of containers will be carried out by shipment by the Buyer to the Seller according to the specified shipping details.

II.   Terms and conditions of the Agreement are valid considering amendments and supplements provided hereby, the remaining provisions of the Agreement remain unchanged and the Parties confirm their obligations thereon.

III.   This Additional Agreement is executed in 2 original copies, one for each Party, and becomes an integral part of the Agreement on the entry into force.

IV.   This Additional Agreement shall enter into force upon signature by the authorized representatives of the Parties.

SIGNATURES OF THE PARTIES:
"Seller":                                                    "Buyer":

"PERKWOOD INVESTMENT LIMITED"        LLP "Tolkynneftegaz"

Kasumov E.  /signature/                        Kiselev A.L.  /signature/

/Seal/                                                        /Seal/

**1652**

**ADDITIONAL AGREEMENT No. 10**
**to Sales and Purchase Agreement No. 01/01_TNG_PRK dated February 17, 2006**

Aktau, Kazakhstan                                                                 15th of December
2009

      "**PERKWOOD INVESTMENT LIMITED**", hereafter referred to as the "Seller",
represented by the Director General Kasumov E., acting under the Charter, on the one hand,
and

      **LLP "Tolkynneftegaz"**, hereafter referred to as the "**Buyer**", represented by the
Director General Calancea E.V., acting under the Charter, on the other hand,

      **have entered into this Additional Agreement as follows:**

1. The paragraph 2.2. of the Sales and Purchase Agreement No. 01/01_TNG_PRK
   dated 17.02.2006 (hereinafter Agreement) shall be amended and reworded as
   follows:

   "**2.2. Delivery of Goods according to the Annexes hereto signed by the Parties
   till 15th of December 2009 (through) shall be performed by the Buyer no later
   than on 31st of March 2010.**"

2. Article 2 of the Agreement shall be complemented with the paragraph 2.4. as
   follows:

   "**2.4. Terms of delivery of Goods according to the Annexes hereto signed by
   the Parties after 15th of December 2009 are specified in these Annexes, but
   shall not exceed 24 (twenty-four) months from the date of prepayment.**"

3. The paragraph 3.4. of the Agreement shall be amended and reworded as follows:

   If the Seller does not fulfill its contractual obligations - fails to perform the delivery or
   performs it in part - it must, within 10 days after the date of delivery according to the
   Annexes, repay to the Buyer funds received for Goods undelivered or short-delivered

   "**3.4. If the Seller does not fulfill its contractual obligations - fails to perform
   the delivery or performs it in part - it must, within 10 banking days after the
   expiry of the term of delivery specified in paragraph 2.2. hereof, and in cases
   provided in paragraph 2.4. hereof after the expiry of the term of delivery
   according to the Annexes, repay to the Buyer funds received for Goods
   undelivered or short-delivered.**"

4. Terms and conditions of the Agreement are valid considering amendments and
   supplements provided hereby, the remaining provisions of the Agreement remain
   unchanged and the Parties confirm their obligations thereon.

5. This Additional Agreement is executed in 2 original copies, one for each Party,
   and becomes an integral part of the Agreement on the entry into force.

**1653**

6. This Additional Agreement shall enter into force upon signature by the authorized representatives of the Parties.

**"SELLER":**                                          **"BUYER":**

**"PERKWOOD INVESTMENT LIMITED"**        **LLP "Tolkynneftegaz"**

Kasumov E.   /signature/                      Calancea E.V.         /signature/

/Seal/                                                 /Seal/

**1654**

**ADDITIONAL AGREEMENT No. 11**
**to Sales and Purchase Agreement No. 01/01_TNG_PRK dated February 17, 2006**

Aktau, Kazakhstan                                    1st of February 2010

"**PERKWOOD INVESTMENT LIMITED**", hereafter referred to as the "Seller", represented by the Director General Kasumov E., acting under the Charter, on the one hand, and

LLP "**Tolkynneftegaz**", hereafter referred to as the "**Buyer**", represented by the Director General Calancea E.V., acting under the Charter, on the other hand,

Whereas, under the Sales and Purchase Agreement No. 01/01_TNG_PRK dated 17.02.2006 (hereinafter Agreement), equipment for the construction of Borankol gas processing plant was supplied,

Since the Buyer had suspended the construction of Borankol gas processing plant due to termination of funding, whereupon is not interested in further supply of the Equipment ordered for it,

As the Buyer made prepayment presently, but the Seller had not supplied Goods under Agreement totaling 36 800 211. 56 (thirty-six million eight hundred thousand two hundred and eleven. 56) U.S. dollars,

Taking into account that the original terms of delivery of Goods were changed and renewed repeatedly due to the fault of the Seller,

have entered into this **Additional Agreement** as follows:

1. The Buyer refuses delivery of all Goods paid but not delivered on the date of signing hereof.

2. The Seller agrees with the Buyer's refuse to deliver Goods and is obliged, within 30 calendar days upon signature hereof, to repay advance payments made by the Buyer amounting to 36 800 211. 56 (thirty-six million eight hundred thousand two hundred and eleven. 56) U.S. dollars.

3. Terms and conditions of the Agreement are valid considering amendments and supplements provided hereby, the remaining provisions of the Agreement remain unchanged and the Parties confirm their obligations thereon.

4. This Additional Agreement is executed in 2 original copies, one for each Party, and becomes an integral part of the Agreement on the entry into force.

5. This Additional Agreement shall enter into force upon signature by the authorized representatives of the Parties.

**1655**

| "SELLER": | "BUYER": |
|---|---|
| "PERKWOOD INVESTMENT LIMITED" | LLP "Tolkynneftegaz" |
| Kasumov E.   /signature/ | Calancea E.V.        /signature/ |
| /Seal/ | /Seal/ |

**1656**