**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD., )<br><br>Petitioners, )<br><br>v. )<br><br>REPUBLIC OF KAZAKHSTAN, )<br><br>Respondent. ) | Civil Action No. 1:14-cv-1638-ABJ |

**RESPONDENT REPUBLIC OF KAZAKHSTAN'S
<u>MOTION FOR RECONSIDERATION OF MAY 11, 2016 ORDER</u>**

# EXHIBIT 5

# Project Zenith

## Confidential Information Memorandum

  

# Renaissance
## Capital

Copy for: _____

**August 2008**

## Disclaimer

This confidential information memorandum (the "**Information Memorandum**") is being furnished to a limited number of parties who have expressed an interest in obtaining further information in relation to and submitting proposals to acquire the Assets (as defined in the "Transaction summary" below) and who have signed and returned a confidentiality agreement with Kazpolmunay LLP ("**KPM**") and Tolkynneftegaz LLP ("**TNG**," and together with KPM, the "**Companies**"). Accordingly, if you have received this Information Memorandum, but are not the addressee or have not signed a confidentiality agreement, please return it immediately to Renaissance Capital – Financial Consultants Limited ("Renaissance").

The owner of the Companies has retained Renaissance to act as its financial adviser. This Information has been assembled by the management of the Companies with the assistance of Renaissance. The sole purpose of this Information Memorandum is to assist the recipient in evaluating the Assets.

This Information Memorandum is highly confidential and may not be distributed, reproduced, or used without the express prior written consent of Renaissance for any purpose other than the evaluation of the Assets by the person to whom this Information Memorandum has been delivered. This Information Memorandum does not constitute an offer or invitation or solicitation to make an offer by or on behalf of the Companies or Renaissance or any of their respective affiliates, directors, officers, employees or shareholders to buy, sell or enter into an agreement for the sale or purchase of securities or any of the businesses or assets described in it. The recipients accept this Information Memorandum on the understanding that it does not form the basis of any contract.

This Information Memorandum, which does not purport to be comprehensive, has been provided by the management of the Companies and has not been independently verified. While this Information Memorandum is believed to be accurate and reliable, no representation or warranty, express or implied, is or will be made and no responsibility or liability is or will be accepted by the Companies or Renaissance or by any of their respective affiliates, directors, officers, employees, agents, affiliates or advisers in relation to the fairness, accuracy, sufficiency or completeness of this Information Memorandum.

Neither the receipt of this Information Memorandum by any person, nor any information contained herein or supplied herewith or subsequently communicated in written, electronic or oral form to any person in connection with the proposed sale of the Assets constitutes, or shall be relied upon as constituting, the giving of investment advice by Renaissance to any such person. Each recipient should make its own independent assessment of the merits of acquiring the Assets and should consult their own professional advisers.

This Information Memorandum is being issued solely to and directed at persons having professional experience in matters relating to investments and on the basis that each person in the United Kingdom to whom it is issued is reasonably believed to be such a person as is described in Article 19 (Investment professionals) or Article 49 (High net worth companies, unincorporated associations etc.) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 ("Exempt Persons" and each an "Exempt Person"), or is a person to whom this Information Memorandum may otherwise lawfully be distributed. In addition to the foregoing restrictions, in relation to persons who are in the United Kingdom this Information Memorandum is made and directed only at persons falling within the meaning of



1

"qualified investors" as defined in Section 86 of the Financial Services and Markets Act 2000 ("**FSMA**"). Any other person should not act upon this Information Memorandum and should return it immediately to Renaissance.

Any securities to which this Information Memorandum relates have not been and will not be registered under the U.S. Securities Act of 1933, as amended (the "1933 Act"), or the securities laws of any state of the United States, and there is no intention to offer such securities to the public in the United States. Any such securities will not be offered or sold within the United States, except to persons who are institutional "accredited investors" as such term is defined by Rule 501 of Regulation D promulgated under the 1933 Act. Any securities being offered outside the United States to non-U.S. persons shall be in reliance on the exemption from registration provided by Regulation S of the 1933 Act.

The Assets are not treated as securities under Russian law.  This Information Memorandum is not an offer to (or an invitation to make offers to) sell, purchase, exchange or transfer the Interests or any securities in (or for the benefit of any person resident, incorporated, established or having usual residence in) the Russian Federation, and does not constitute an advertisement of the Assets or any securities in the Russian Federation. This Information Memorandum does not constitute an offering of services or advice on the securities market in the Russian Federation. This Information Memorandum must not be made publicly available or publicly distributed in or into the Russian Federation.

It is a condition of your receiving this Information Memorandum and not immediately returning it to Renaissance that by your action you warrant, represent and acknowledge to the Companies and Renaissance that, if you are in the United Kingdom, you are an Exempt Person and you fall within the category of persons described in either Article 19(5) or Article 49(2) of the Financial Promotions Order and that you are a "qualified investor" as defined in section 86 of FSMA; or, if you are elsewhere in the European Union, you are a "qualified investor" as defined under the Prospectus Directive (European Union Directive 2003/71/EC of November 4, 2003) and provided in each of the foregoing cases or otherwise you are able to receive this Information Memorandum without contravention of any applicable laws or unfulfilled registration rights or other legal restrictions in jurisdictions in which you may reside or conduct business (including, but not limited to, the United Kingdom, United States of America, Canada or Switzerland).

Neither this Information Memorandum, nor any copy of it, may be taken or transmitted in or into Australia, New Zealand, the Republic of Ireland, Italy, South Africa or Japan or into any jurisdiction where it would be unlawful to do so. Any persons into whose possession this Information comes should inform themselves about, and observe any such restrictions. Any failure to comply with such restrictions may constitute a violation of relevant local securities laws.

This Information Memorandum contains certain statements, estimates and projections provided by management of the Companies and their affiliates with respect to the anticipated future performance of the Assets. These statements, estimates and projections were prepared based upon certain assumptions and management's analysis of information available at the time this Information Memorandum was prepared, and may or may not prove to be correct. There is no representation, warranty or assurance of any kind, express or implied, that the projections will be realised.



## Project Zenith – Information Memorandum (confidential copy for _____)

Under no circumstances should the management or employees of the Companies be contacted and any unauthorised contact may result in termination of discussions and negotiations. All enquiries (including in relation to transaction procedure) or requests for additional information and management meetings should be submitted or directed to the individuals at Renaissance listed below:

| Contacts | |
|---|---|
| **Vladimir Rusinov**<br>Director<br>Oil & Gas Group<br>Investment Banking and Finance<br>Renaissance Capital<br>T:  +7 495 258 7711<br>M: +44 7768 817 563<br>M: +7 919 105 1206<br>Fax: +7 495 258 7922<br>E-mail: VRusinov@rencap.com | **Patrick Vosgimorukian**<br>Managing Director<br>Head of Investment Banking and Finance,<br>Central Asia and Caucasus<br>Renaissance Capital<br>T:  +7 727 244 15 76<br>M: +7 701 222 4878<br>M: +44 7730 986 277<br>Fax: +7 727 244 1545<br>E-mail: PVosgimorukian@rencap.com |
| **Denis Khromov**<br>Associate<br>Investment Banking and Finance<br>Renaissance Capital<br>T:  +7 495 783 5677<br>M: +7 916 350 0472<br>E-mail: DKhromov@rencap.com | **Azamat Sagatov**<br>Associate<br>Investment Banking and Finance<br>Renaissance Capital<br>T:  +7 727 244 1573<br>M: +7 701 218 8101<br>E-mail: ASagatov@rencap.com |



3

## Presentation of Financial Information

The financial information presented in this Information Memorandum is derived from the unaudited interim combined balance sheets and statements of income, cash flows and changes in shareholders' equity of KPM, TNG and Tristan Oil, as of and for the six months ended 30 June 2007 and 2008, and the audited combined balance sheets and statements of income, cash flows and changes in shareholders' equity of KPM, TNG and, with effect from its incorporation on 24 October 2006 and Tristan Oil, as of 31 December 2005, 2006 and 2007.

In addition, financial information presented in this Information Memorandum is derived from the individual interim unaudited balance sheets and statements of income, cash flows and changes in shareholders' equity of KPM, TNG and, Tristan Oil, as of and for the six months ended 30 June 2007 and 2008, and the audited individual balance sheets and  statements of income, cash flows and changes in shareholders' equity of KPM, TNG and, with effect from its incorporation on 24 October 2006, Tristan Oil for the years ended 31 December 2005, 2006 and 2007 KPM and TNG are in the process of restating their financials for the years ended 31 December 2005 and 2006 and Tristan Oil, with effect from its incorporation on 24 October 2006, for the year ended 31 December 2006.

The reason for the restatement is that it was determined that the Companies did not fully recognised deferred taxes relating to the effect of excess  profits tax and had not correctly reflected the declaration of a dividend in 2006. The effect of the correction of the excess profits tax is a decrease in retained earnings and respective increase in deferred tax liabilities of US$23.5 million as at 1 January 2006 and an increase of US$13.4 million in the income tax charge and respective decrease in net income for the year ended 31 December 2006. The effect of the correction of the declaration of dividend in 2006 is a decrease in retained earnings and respective increase in trade and other payables of US$25.0 million as of 31 December 2006.

These adjustments do not affect EBITDA or cash flow for the year ended 31 December 2006.

The restated financials are expected to be ready by the end of August 2008.

The financial information presented in this Information Memorandum does not give effect to any restatement Accordingly, once the financials are restated, certain financial information presented in this Information Memorandum, on a restated basis, will be different.



# Table of contents

Index of tables, charts and maps ................................................................................................. 6

1. Transaction summary ................................................................................................................. 8

2. Investment highlights ................................................................................................................. 9

3. Key figures and facts about the Companies ......................................................................... 11

4. Companies overview ................................................................................................................ 17

4.1    Overview ............................................................................................................................ 17

4.2    History and development .................................................................................................. 18

4.3    Group structure and ownership ....................................................................................... 19

4.4    Board of directors and executive officers of Tristan Oil ................................................ 19

4.5    Management of the Companies ........................................................................................ 21

4.6    Offices and personnel ...................................................................................................... 22

4.7    Health and safety ............................................................................................................. 23

4.8    Marketing and sales ......................................................................................................... 23

5. Assets overview ....................................................................................................................... 25

5.1    Overview ............................................................................................................................ 25

5.2    Borankol field .................................................................................................................... 32

5.3    Tolkyn field ....................................................................................................................... 45

5.4    LPG plant ........................................................................................................................... 54

6. Financial overview ................................................................................................................... 59

6.1    Overview ............................................................................................................................ 59

6.2    Combined financial statements........................................................................................ 59

6.3    Kazpolmunay financial statements .................................................................................. 61

6.4    Tolkynneftegaz financial statements............................................................................... 63

6.5    Debt .................................................................................................................................... 65

7. Kazakh oil and gas industry overview .................................................................................... 68

8. Kazakh economy overview ...................................................................................................... 72

9. Other publicly available information........................................................................................ 74

Appendices ................................................................................................................................... 75

A    Financial statements (US$) ................................................................................................ 75

B    Upcoming Changes in Oil and Gas Taxation in Kazakhstan........................................... 80

C    Glossary of terms ............................................................................................................... 81

D    Conversion rates ................................................................................................................ 82



# Index of tables, charts and maps

**Index of tables**

Table 1: Summary of License Terms ......................................................................................... 11
Table 2: Summary of Companies' reserves as of 1 January 2008 ......................................... 11
Table 3: Combined balance sheet summary, US$ million ...................................................... 15
Table 4: Combined income statement summary, US$ million ............................................... 16
Table 5: Combined income statement - analysis per boe ...................................................... 16
Table 6: Companies' Licenses Summary ............................................................................... 17
Table 7: List of Tristan Oil board members and executive officers ....................................... 20
Table 8: CV's of Tristan Oil board members and executive officers ..................................... 20
Table 9: KPM management .................................................................................................... 21
Table 10: TNG management ................................................................................................... 22
Table 11: Personnel Overview ............................................................................................... 22
Table 12: Marketing of hydrocarbons .................................................................................... 24
Table 13: Netback prices for LPG plant's products, US$/tonne ............................................ 24
Table 14: Summary of Companies' Reserves as of 1 January 2008 ..................................... 26
Table 15: Well Stock .............................................................................................................. 28
Table 16: KPM Production horizons ....................................................................................... 33
Table 17: Crude oil quality for JVII ........................................................................................ 38
Table 18: Borankol reserves as of 1 January 2008 ............................................................... 38
Table 19: Borankol Well  Stock ............................................................................................. 39
Table 20: KPM Tax Regime ................................................................................................... 41
Table 21: Excess Profit Tax Rate Scenarios ......................................................................... 42
Table 22: Royalty Tax Scenarios ........................................................................................... 42
Table 23: Production Horizons ............................................................................................... 45
Table 24: Tolkyn's Reserves as of 1 January 2008 .............................................................. 48
Table 25: Key Property of Fluids ........................................................................................... 48
Table 26: Tolkyn Well Stock on 1 July  2008 ........................................................................ 49
Table 27: TNG tax regime ...................................................................................................... 50
Table 28: TNG EPT Tax Scenarios ....................................................................................... 51
Table 29: Gas Specifications ................................................................................................. 55
Table 30: Production of LPG products .................................................................................... 56
Table 31: Forecast LPG Production Profile Based on Gas Reserves from the Tolkyn Field (2P numbers) ................................................................................................................... 57
Table 32: Combined Balance Sheet Summary, US$ million .................................................. 59
Table 33: Combined Income Statement Summary, US$ million ............................................ 60
Table 34: Combined Income Statement – Analysis per boe .................................................. 61
Table 35: KPM Balance Sheet Summary, US$ million .......................................................... 61
Table 36: KPM Income Statement Summary, US$ million ..................................................... 62
Table 37: KPM Cost of Sales, US$ million ............................................................................ 62
Table 38: KPM Income Statement – Analysis per boe .......................................................... 63
Table 39: TNG Balance Sheet Summary, US$ million. .......................................................... 63
Table 40: TNG income statement summary, US$ million ...................................................... 64
Table 41: TNG Cost of Sales, US$ million ............................................................................ 64
Table 42: TNG Income Statement Analysis per boe .............................................................. 65
Table 43: Covenants and Consequences of Breach ............................................................. 66
Table 44: Redemption Price ................................................................................................... 66
Table 45: Debt of the Companies as of 30 June 2008 .......................................................... 67



## Project Zenith – Information Memorandum (confidential copy for _____)

### Index of charts

Chart 1: Group Structure and Ownership ........................................................................... 8
Chart 2: Reserves by Hydrocarbons (2P case) .................................................................. 12
Chart 3: Reserves by Company (2P case) ......................................................................... 12
Chart 4: KPM Reserves (2P case) .................................................................................... 12
Chart 5 TNG Reserves (2P case) ..................................................................................... 12
Chart 6: Companies' Historical Production ........................................................................ 13
Chart 7: Companies' Production Forecast .......................................................................... 13
Chart 8: Companies' OPEX Forecast ................................................................................ 14
Chart 9: Forecast Companies CAPEX ............................................................................... 14
Chart 10: History and development .................................................................................... 18
Chart 11: Group structure and ownership .......................................................................... 19
Chart 12: Tristan Oil's operations snapshot ....................................................................... 25
Chart 13: Reserves by Hydrocarbons (2P case) ................................................................ 26
Chart 14: Reserves by Company (2P case) ....................................................................... 26
Chart 15: KPM Reserves (2P case) ................................................................................... 27
Chart 16 TNG Reserves (2P case) .................................................................................... 27
Chart 17: Companies Historical Production ........................................................................ 27
Chart 18: Companies' Production Forecast (2P case) ......................................................... 30
Chart 19: Companies' OPEX Forecast (2P case) ............................................................... 30
Chart 20: Companies' CAPEX Forecast (2P case) ............................................................. 31
Chart 21: KPM Historical Production in 2000-2008 ............................................................ 39
Chart 22: Forecast Production from the Borankol Field in 2008-2024 (2P case) .................. 43
Chart 23: OPEX Forecast at the Borankol Field in 2008-2024 (2P case) ............................ 43
Chart 24: CAPEX Forecast at the Borankol field in 2008-2024 (2P case) ........................... 44
Chart 25: Historical Production in 2000-2008 ..................................................................... 49
Chart 26: Forecast Production in the Tolkyn Field in 2008-2024 (2P case) ......................... 52
Chart 27: OPEX Forecast in the Tolkyn Field in 2008-2024 (2P case) ................................ 52
Chart 28: CAPEX Forecast in the Tolkyn field in 2008-2024, US$ million ........................... 53
Chart 29: LPG Production Process .................................................................................... 54
Chart 30: LPG OPEX Forecast .......................................................................................... 57
Chart 31: Total Non-OPEC Oil Reserves (bln bbls) ........................................................... 68
Chart 32: Kazakhstan's Oil Production Outlook (mmboed) ................................................. 68
Chart 33: Oil Reserves Breakdown by Oilfields ('06) .......................................................... 69
Chart 34: Oil Production Breakdown by Oilfields ('06) ........................................................ 69
Chart 35: Kazakhstan Real GDP Dynamics ....................................................................... 72
Chart 36: Kazakhstan Real GDP per Capita ...................................................................... 72
Chart 37: GDP Relative Size and Growth ........................................................................... 73
Chart 38: Kazakhstan's FDI Dynamics ............................................................................... 73

### Index of maps

Map 1: Production horizons vertical structure ..................................................................... 34
Map 2: KPM's J1-A production horizon ............................................................................... 35
Map 3: KPM's J2-A production horizon ............................................................................... 35
Map 4: KPM's J3-A production horizon ............................................................................... 36
Map 5: KPM's J4 production horizon ................................................................................... 36
Map 6: KPM's J-B production horizon ................................................................................. 37
Map 7: KPM's J6 production horizon ................................................................................... 37
Map 8: KPM's J7-B production horizon ............................................................................... 38
Map 9: TNG production horizons vertical structure ............................................................. 46
Map 10: TNG's KT-I horizon structure ................................................................................ 46
Map 11: TNG's KT-IIB horizon structure ............................................................................ 47
Map 12: TNG's T-IA horizon structure ................................................................................ 47
Map 13: TNG's J-VIIB horizon structure ............................................................................. 48
Map 14: Export-oriented Oil Sector .................................................................................... 70
Map 15: Development of Export Infrastructure .................................................................... 70



# 1. Transaction summary

Kazpolmunay LLP ("KPM") and Tolkynneftegaz LLP ("TNG," and together with KPM, the "Companies") are engaged in the exploration and development of oil and gas fields and the production of oil, condensate and gas in the Pre-Caspian Basin in Western Kazakhstan. KPM operates on the Borankol field. TNG operates on the Tolkyn field and is building a new LPG processing facility. KPM and TNG are limited liability partnerships formed in Kazakhstan. Ascom S.A. ("Ascom") and Terra Raf Trans Traiding Ltd ("Terra Raf") are the sole beneficial owners of KPM and TNG, respectively. Ascom is a company incorporated in the Republic of Moldova and Terra Raf is a company incorporated in Gibraltar (Ascom and Terra Raf are together referred to as the "Selling Shareholders"). Mr. Anatol Stati and members of his family are the owners of Terra Raf and Ascom.

The Selling Shareholders are considering the possibility of selling up to 100% of the equity in KPM and TNG (the equity is sometimes referred to herein as the "Assets"). In addition to the Tolkyn field and the LPG plant, TNG currently owns certain assets relating to the Tabyl block (the "Tabyl Assets"). Terra Raf is not considering selling the Tabyl Assets. The Tabyl Assets will be removed from TNG prior to consummating any transaction.

KPM and TNG are guarantors of the 10½% Senior Secured Notes due 2012 (the "Notes") issued under the Indenture among Tristan Oil Ltd. ("Tristan Oil"), KPM, TNG and Wells Fargo Bank, N.A., as Trustee, dated December 20, 2006 (the "Indenture"). There are currently US$420 million principal amount of Notes outstanding under the Indenture.  This amount may increase by up to US$300 million prior to the closing of any sale of Assets.

Tristan Oil, a British Virgin Islands company that was formed for the purpose of issuing the Notes, is wholly owned by Mr. Stati. Assets, as defined above, may also include up to 100% of the equity in Tristan Oil.

Potential buyers should carefully read "Indenture" sub-section on p. 67 in order to understand the implications of an acquisition of the Assets under the Indenture.

Renaissance Capital has been chosen as the exclusive financial adviser to the Selling Shareholders for the proposed transaction. The purpose of this Information Memorandum is to provide potential buyers with detailed information about the investment opportunity and the Companies. A process letter outlining further detailed procedures regarding the transaction is sent to potential buyers alongside this Information Memorandum.

**Chart 1: Group Structure and Ownership**



[1] Excluding the Tabyl block owned by TNG
Source: Companies



Project Zenith – Information Memorandum (confidential copy for _____)

# 2. Investment highlights

| | |
|---|---|
| **Sizeable reserve base confirmed by independent reserve engineers** | • The Companies have an asset base with sizeable reserves as confirmed in a reserve report prepared by Miller and Lents, Ltd., independent oil and gas consultants<br>• As of 1 January 2008 the total proved reserves were 117.5 mmboe, of which 36.2% was liquids and 63.8% was gas. Probable reserves were 23.8 mmboe (55.4% liquids, 44.6% gas) and possible reserves were 24 mmboe (51.7% liquids, 48.3% gas) |
| **Significant growing hydrocarbon production** | • Total production from both Borankol and Tolkyn fields for the first half of 2008 was running at c. 54.9 mboed (oil: c. 5.60 mboed, condensate: c. 7.92 mboed, gas: c. 41.35 mboed), which represents a significant increase over the production level of 31.5 mboed achieved in 2007 (oil: 5.8 mboed, condensate: 4.6 mboed, gas: 21.1 mboed) |
| **Low-cost production** | • Management of KPM and TNG has succeeded in managing production costs efficiently through maintaining operational control of exploration and development. In the first half of 2008, average production costs were US$7.4 per boe (a decrease of just 0.9% compared to the first half of 2007 and a decrease of 14.4% compared to the year ended 31 December 2007)<br>• TNG owns two F100 workover rigs which are used at the fields. In addition, KASKO, an affiliated entity and a key supplier of drilling services to the Companies, has deployed its own eight drilling rigs at the fields, thereby minimizing transportation costs |
| **Successful drilling history** | • The Companies follow a rigorous formal process prior to granting approvals on drilling wells, which entails thorough geological and financial analysis. Many of KPM and TNG's drilling locations are in close proximity to areas that have generated significant oil, condensate and gas production<br>• As of 1 July 2008, 124 wells have been drilled (including the Tabyl Block) with a 93.64% success rate |
| **Proximity to transportation and other related infrastructure** | • Opornaya (15 km from Borankol) is crossed by main oil pipeline, gas pipeline, a power grid, a railroad and a motor road |
| **World-class oil and gas infrastructure able to support future production levels** | • The Companies own and operate a world-class oil and gas infrastructure which was built primarily within the last 5 years and is capable of accommodating anticipated future production levels<br>• In 2001 an oil treatment facility was constructed on the Borankol field and in 2003 a gas and condensate processing facility of 3 mmcm of gas per day was constructed (which is now used for condensate stabilization)<br>• To accommodate anticipated growth in gas production capacity, in October 2007 TNG put into operation an additional gas and condensate processing facility increasing the overall processing capacity up to 10 mmcm of gas per day and up to 1,500 tonnes of condensate per day<br>• In addition, the Companies own two pipelines connecting the Tolkyn field to the production facilities located on the Borankol field. They also own pipelines and related infrastructure allowing the Companies to transport oil, condensate and gas to the pipelines and railways through which they ultimately deliver their output to third-party buyers<br>• The Companies' facilities operate as a single production complex enhancing efficiency and minimising production costs |



## Project Zenith – Information Memorandum (confidential copy for _____)

| | |
|---|---|
| **LPG plant project – potentially one of the largest liquefied petroleum gas plants in Western Kazakhstan** | • TNG is currently building a new LPG processing facility, which is expected to be operational in the 2nd quarter 2009. As of 1 July 2008, TNG had invested US$193 mln in the construction of the LPG plant out of a total anticipated CAPEX of US$233 mln for this facility<br>• The LPG facility is expected to provide increased distribution options and the opportunity to increase sales and improve the profitability of gas operations |
| **Potential growth in gas prices through export beginning in 2009** | • TNG is the largest gas producer in the Mangystau region of Kazakhstan<br>• Historically, TNG sold its gas to local consumers in Kazakhstan at prices significantly lower than those on international markets<br>• TNG has had a series of negotiations with KazTransGas and KazAzot, which could result in a binding agreement, allowing TNG to export 7 bcm of gas starting in 2009 through 2018 and realize netbacks significantly higher than those available domestically |
| **High anticipated oil and condensate prices in the future** | • Despite the recent volatility in the energy markets, international oil prices remain high. Many industry analysts believe that this trend will continue in the foreseeable future<br>• With their significant and stable production of oil and condensate, the Companies are well positioned to benefit from the high oil prices fuelled by global and regional demand |
| **Favourable long-term arrangements for sale of oil, condensate and LPG products** | • The Companies have entered into a series of arrangements with Vitol, one of the world's largest oil traders, to sell most of the oil and condensate the Companies will produce through December 2012<br>• The netback prices to be realized by the Companies are linked to the market prices of Urals (for oil) and Brent (for condensate)<br>• Vitol has also agreed to buy all of the products from the LPG plant at prices linked to the market prices of the respective products |
| **Strong financial performance** | • According to the financial statements of Tristan Oil and the Companies for the year ended 31 December 2007 sales were US$286 mln and EBITDA was US$229 mln<br>• In the first half of 2008 the combined sales were US$312 million and EBITDA was US$260 million, more than respective results for the whole year of 2007<br>• From 2003 to the end of 2007, EBITDA had grown at a CAGR of c. 61% |
| **Highly experienced management team** | • The Companies have highly competent management and financial teams with a proven record of value creation and operational excellence. The oil and gas engineers and geologists working for the Companies are world class |



# 3. Key figures and facts about the Companies

KPM and TNG explore and develop oil and gas fields and produce oil, condensate and gas in the Pre Caspian basin of Western Kazakhstan.

KPM and TNG are required to maintain minimum annual work programs. KPM operates on the Borankol field and TNG operates on the Tolkyn field, each pursuant to subsoil use contracts with the government of Kazakhstan and appropriate licenses obtained in 1997 for different terms. TNG also has an exploration license for the Tabyl block and is currently constructing an LPG plant. The terms of the licenses are set out in the table below.

**Table 1: Summary of License Terms**

| Company | Oil Field | License Number | Date license granted | Type of License | Date license expires |
|---------|-----------|----------------|----------------------|-----------------|----------------------|
| KPM | Borankol | 309 | 23 May 1997 | Oil & Gas exploration and production | 23 May 2022 with an option to extend |
| TNG | Tolkyn | 242 | 04 Dec 1997 | Oil & Gas exploration and production | 04 Dec 2018 with an option to extend |
| TNG | Tabyl[(1)] | 243 | 04 Dec 1997 | Oil & Gas exploration | 30 March 2009 with an option to extend |

[(1)] *The Tabyl block falls outside the scope of the proposed transaction as described on p. 8*

*Source: Companies*

As of 1 January 2008 total proved reserves of the Companies amounted to 117.5 mmboe with probable and possible reserves at 23.8 mmboe and 24.0 mmboe, respectively. Of the proved reserves, 63.8% are gas, while liquids account for the remaining 36.2%.

A detailed split of the reserves between the Companies and breakdown by type of hydrocarbons are summarized in the table and charts below.

**Table 2: Summary of Companies' reserves as of 1 January 2008**

| | Total | | | Tolkyn Field | | Borankol Field | | LPG Plant | |
|---|---|---|---|---|---|---|---|---|---|
| | Liquids [(1)] mln tonnes | Gas, bcm | Total, mmboe | Liquids [(2)] mln tonnes | Gas, bcm | Liquids [(2)] mln tonnes | Gas, bcm | Liquids [(3)] mln tonnes | Gas, bcm |
| Proved Developed Producing | 2.3 | 8.1 | 64.3 | 1.5 | 8.1 | 0.80 | 0.04 | 0.0 | - |
| Proved Developed Non-producing | 1.4 | 2.9 | 27.2 | 1.1 | 2.7 | 0.28 | 0.19 | 0.0 | - |
| Proved undeveloped | 2.2 | 1.7 | 26.0 | 0.4 | 1.5 | 0.76 | 0.20 | 1.0 | - |
| **Total Proved (1P)** | **5.8** | **12.7** | **117.5** | **3.0** | **12.3** | **1.84** | **0.43** | **1.0** | **-** |
| Probable | 1.8 | 1.8 | 23.8 | 0.6 | 1.7 | 1.06 | 0.15 | 0.2 | - |
| **Proved + Probable (2P)** | **7.6** | **14.5** | **141.4** | **3.6** | **14.0** | **2.90** | **0.58** | **1.2** | **-** |
| Possible | 1.7 | 2.0 | 24.0 | 1.0 | 1.9 | 0.48 | 0.09 | 0.2 | - |
| **Proved + Probable + Possible (3P)** | **9.3** | **16.5** | **165.4** | **4.6** | **15.8** | **3.38** | **0.67** | **1.3** | **-** |

[(1)] – Liquids include oil, condensate and liquefied gas products C3, C4 and C5
[(2)] – Liquids include oil and condensate
[(3)] – Liquids include liquefied gas products C3, C4 and C5+
*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*



## Project Zenith – Information Memorandum (confidential copy for _____)

**Chart 2: Reserves by Hydrocarbons (2P case)**



*Source: Companies*

**Chart 3: Reserves by Company (2P case)**



*Source: Companies*

**Chart 4: KPM Reserves (2P case)**



*Source: Companies*

**Chart 5: TNG Reserves (2P case)**



*Source: Companies*

*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*

In the first 6 months of 2008 the Companies' production reached 54.9 mboed, up from 31.5 mboed in 2007. From 2005 through the end of 2007 TNG accounted for approximately 80% of the total production while in the first six months of 2008 its share increased to 89% due to development of its gas reserves.



12

**Chart 6: Companies' Historical Production**



*Source: Companies*

Miller and Lents Ltd.'s reserve report estimates that the development of reserves will result in peak production of 19.9 mmboe (for 2P reserves) in 2010. Around 2010-2011 production will enter a smooth downward trend based on currently explored reserves.

**Chart 7: Companies' Production Forecast**



*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*

The OPEX profile is expected to naturally follow the production trend, topping US$80.4 million in 2010 (US$4 per boe produced) and starting to decrease in absolute terms thereafter.

Forecast OPEX and CAPEX profiles are described in more detail in the charts below.

**Renaissance**
Capital

13

**Project Zenith – Information Memorandum (confidential copy for _____)**

**Chart 8: Companies' OPEX Forecast**



*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*

The highest level of CAPEX outlay is estimated by Miller and Lents Ltd. for 2008 (US$128.6 million), with almost half of it related to construction of the Liquefied Petroleum Gas (LPG) plant. From 2011 and going forward CAPEX is expected to be approximately US$25.4 million per year in real terms.

**Chart 9: Forecast Companies CAPEX**



*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*

Since the issuance of the Miller &Lents Ltd. reserve report in early 2008, the Companies have updated their 2008 CAPEX projection for the LPG plant from US$56.3 million to US$74.4 million.

Renaissance
Capital

14

## Project Zenith – Information Memorandum (confidential copy for _____)

The Companies have financial statements prepared per IFRS on a combined basis (including KPM, TNG and Tristan Oil). The combined balance sheet and income statement are given in the tables below.

**Table 3: Combined balance sheet summary, US$ million**

| US$million | As of 31 December | | | As of 30 June |
| | 2005 (audited) | 2006 (audited) | 2007 (audited) | 2008 (unaudited) |
| --- | --- | --- | --- | --- |
| Cash | 1 | 276 | 21 | 13 |
| Trade and other receivables | 105 | 240 | 214 | 291 |
| PP&E | 206 | 318 | 540 | 602 |
| Other assets | 26 | 28 | 135 | 132 |
| **Total assets** | **338** | **862** | **910** | **1,038** |
| Equity | 107 | 169 | 204 | 323 |
| Debt | 132 | 521 | 471 | 412 |
| Deferred tax liability | 61 | 98 | 183 | 189 |
| Other liabilities | 38 | 74 | 52 | 114 |
| **Total liabilities and equity** | **338** | **862** | **910** | **1,038** |

*Source: Combined IFRS financial statements*

In 2007 sales increased by 21% compared to 2006. Performance in 2008 is expected to be strong, with first-half 2008 revenue increasing near three fold year-on-year.

Higher hydrocarbon prices have resulted in increased profitability, bringing the operating margin to 71% in the first half of 2008. The net income margin for the same period reached 38%.



Project Zenith – Information Memorandum (confidential copy for _____)

**Table 4: Combined income statement summary, US$ million**

| US$ million | For the year ended 31 December | | | For the six months ended 30 June | |
|---|---|---|---|---|---|
| | 2005 (audited) | 2006 (audited) | 2007 (audited) | 2007 (unaudited) | 2008 (unaudited) |
| Average daily production (mboed) | 31.1 | 30.8 | 31.5 | 27.0 | 54.9 |
| **Sales** | **210** | **236** | **286** | **106** | **312** |
| Crude oil and condensate | 182 | 206 | 240 | 88 | 253 |
| Natural gas | 27 | 30 | 46 | 17 | 59 |
| Cost of Sales | 60 | 65 | 96 | 35 | 73 |
| **Gross Profit** | **149** | **172** | **190** | **71** | **239** |
| *Gross margin* | *71%* | *73%* | *66%* | *67%* | *76%* |
| Distribution expenses | 10 | 11 | 11 | 5 | 7 |
| Administrative expenses | 3 | 11 | 21 | 9 | 13 |
| **Operating profit** | **133** | **138** | **154** | **59** | **220** |
| *Operating margin* | *63%* | *59%* | *54%* | *56%* | *71%* |
| **Net income** | **72** | **58** | **100** | **16** | **119** |
| *Net margin* | *35%* | *25%* | *35%* | *15%* | *38%* |
| **EBITDA[1]** | **161** | **155** | **229** | **76** | **260** |
| *EBITDA margin* | *77%* | *66%* | *80%* | *72%* | *83%* |
| **Adjusted EBITDA[2]** | **161** | **188** | **212** | **81** | **268** |
| *Adjusted EBITDA margin* | *77%* | *80%* | *74%* | *77%* | *86%* |

*Source: Combined IFRS financial statements*

**Table 5: Combined income statement - analysis per boe**

| | For the year ended 31 December | | | For the six months ended 30 June | |
|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2007 | 2008 |
| Sales, $/bbl | 19.4 | 22.0 | 25.7 | 22.7 | 31.6 |
| Oil and condensate, $/bbl | 44.5 | 53.7 | 64.5 | 52.4 | 101.0 |
| Gas, $/mcf | 0.7 | 0.7 | 1.0 | 1.0 | 1.3 |
| Avg. production cost, $/boe | 5.6 | 6.0 | 8.7 | 7.5 | 7.4 |
| Adjusted EBITDA, $/bbl | 14.9 | 17.5 | 19.1 | 17.4 | 27.1 |

*Source: Combined IFRS financial statements*

---

[1] Earnings before interest, tax, depreciation and amortization
[2] EBITDA plus other adjustments related to(i) expense for the offering of the Notes (as defined in the "Financial overview" section on p. 61, (ii) expenses related to a prepayment penalty and cancellation fees paid as a result of the prepayment of the TNG's credit facility with Kazkommerzbank and (iii) the valuation of the Notes at fair value, which is above their principal value



16

# 4. Overview of the Companies

## 4.1   Overview

Kazpolmunay LLP ("**KPM**") and Tolkynneftegaz LLP ("**TNG**") are limited liability partnerships formed in the Republic of Kazakhstan. The address of their registered office is Building 5, Micro-district 3-A, Aktau, Mangystau region, 130000, Republic of Kazakhstan.

KPM and TNG were originally formed as Joint Stock Corporations. Following the introduction of legislation in Kazakhstan that significantly increased the minimum share capital of JSCs, in May 2005, KPM and TNG changed their legal form from JSCs to limited liability partnerships ("**LLP**"). This change had no impact on the Companies' tax position.

The Companies carry out exploration, development and production activities in Kazakhstan based on licenses with the following terms.

**Table 6: Companies' Licenses Summary**

| Company | Oil Field | License Number | Date license granted | Type of License | Date license expires |
|---------|-----------|----------------|----------------------|-----------------|----------------------|
| KPM | Borankol | 309 | 23 May 1997 | Oil & Gas exploration and production | 23 May 2022 with an option to extend |
| TNG | Tolkyn | 242 | 04 Dec 1997 | Oil & Gas exploration and production | 04 Dec. 2018 with an option to extend |
| TNG | Tabyl[(1)] | 243 | 04 Dec 1997 | Oil & Gas exploration | 30 March 2009 with an option to extend |

[(1)] *The Tabyl block falls outside the scope of the proposed transaction as described on p. 8*

*Source: Companies*

For more information on the Companies' assets please refer to the "Assets overview" section on p. 25.



## 4.2   History and development

Key milestones in the Companies' development are given in the chart below.

**Chart 10: History and development**



*Source: Companies*

KPM and TNG began exploration on the Borankol and Tolkyn fields in 2000 and 2001, respectively; production testing began on the Borankol and Tolkyn fields in 2001 and 2003, respectively.

Entities controlled by Mr. Stati and members of his family acquired a 62% interest in KPM in 1999 and a 75% interest in TNG in 2000, acquiring the remaining interests in KPM and TNG in 2004 and 2002, respectively.

The first gas processing facility was put into operation in 2003. By 2006 a modern infrastructure was established to service the oil and gas exploration and production activities. In October 2007 a second gas processing facility was put into operation.

In 2006, the construction of an LPG plant was launched. Exploration of the Munaibay structure of Tabyl block began in 2008.

Renaissance
Capital

18

## 4.3   Group structure and ownership

The Group structure is shown in the chart below.

**Chart 11: Group structure and ownership**



(1) *Excluding the Tabyl block owned by TNG*
*Source: Companies*

KPM is wholly-owned by Ascom and TNG is wholly-owned by Terra Raf.

Ascom, a company registered in the Republic of Moldova, is wholly-owned by Mr. Stati. Terra Raf, a company registered in Gibraltar, is wholly owned by Mr. Stati and certain members of his family.

Tristan Oil Ltd. is wholly-owned by Mr. Stati and is organized under the laws of the British Virgin Islands. Tristan Oil was incorporated in 2006 solely for the purpose of issuing the Notes. Proceeds from the Notes were used to repay the Companies' existing debt and for working capital and general corporate purposes of the Companies, including capital expenditures.

## 4.4   Board of directors and executive officers of Tristan Oil

Strategic decisions regarding KPM and TNG are made by the board of directors and executive officers of Tristan Oil.

The following table gives the name, age and certain other information concerning Tristan Oil's current directors and executive officers. Each director and executive officer has held their position as such since October 2006. Each of Tristan Oil's directors holds office until a successor is elected and qualified or until such director's earlier resignation or removal.



Project Zenith – Information Memorandum (confidential copy for _____)

**Table 7: List of Tristan Oil board members and executive officers**

| Name | Age | Position |
|---|---|---|
| Anatol Stati | 55 | President, CEO and Chairman of the Board |
| Artur Lungu | 35 | Executive Vice President and Chief Financial Officer |
| Constantine Popescu | 74 | Executive Vice President and Chief Operating Officer |
| Traian Orfescu | 74 | Executive Vice President for Exploration |
| Grigore Pisica | 42 | Executive Vice President and General Counsel |
| Svetlana Bran | 46 | Director, Group Vice President for Finance |
| Eduard Calancea | 36 | Director, Group Chief Economist |
| Ion Popa* | 56 | Director |
| Ennio Sganzerla* | 62 | Director |

*independent directors*
*Source: Tristan Oil*

Short CVs of Tristan Oil's board members and executive officers are provided in the table below.

**Table 8: CV's of Tristan Oil board members and executive officers**

| | |
|---|---|
| **Anatol Stati**<br><br>**Founder, President, CEO and Chairman of the Board (since 1994)** | • Director of Decebal, a Moldovan consumer goods trading company (1989-1994)<br>• Construction Equipment Operation Engineer, Large-Panel House Building Plant in Moldova (before joining Decebal in 1979)<br>• Operations Engineer, Directorate for Building and Assembly in Chisinau, Moldova<br>• Bachelor of Science degree in Mechanical Engineering, College of Construction Engineering; Bachelor of Science degree in Economics, Ulim University of Moldova |
| **Artur Lungu**<br><br>Executive Vice President and Chief Financial Officer (since 2005) | • Assistant Director of a USAID Contractor to the Romanian government from 2003 to 2005 where he was responsible for strategic planning and budgeting<br>• Various senior positions with the Municipality of Chisinau where he was responsible for managing the Municipality's foreign government relationships, including the foreign direct investment program from 1995 to 2001<br>• Degree from the Academy of Economic Studies, Chisinau, Moldova and a Masters degree in Public Administration from the University of Delaware. |
| **Constantine Popescu**<br><br>Executive Vice President and Chief Operating Officer | • General Manager of the Commercial Department at the Ministry of Oil in Romania prior to joining Ascom in 1996<br>• Served in various capacities at several companies including Campina Petroleum Institute, Rompetrol, and Ploiesti Drilling Company<br>• Over 47 years of relevant industry experience<br>• Degree from Technical Petroleum College as well as a Doctorate in Economics. |
| **Traian Orfescu**<br><br>Executive Vice President for Exploration (since 2002) | • Joined Tristan Oil in 2001 as Chief Geologist<br>• Held various positions within the industry including Chief Geologist, Head of Reservoir Engineering and most recently Director of Exploration and later Advisor to the General Director of SNP Petrom S.A. in Romania<br>• Over 44 years of industry experience<br>• Holds a degree in Geological Engineering from the Institute of Petroleum and Gas in Bucharest, Romania |
| **Grigore Pisica**<br><br>Executive Vice President and General Counsel | • Served in the legal department of the Parliament of the Republic of Moldova until 1996. In his role as Senior Consultant, Mr. Pisica focused exclusively on economic legislation<br>• Law degree with an emphasis in economics from the University of Moldova |


Renaissance
Capital

20

Project Zenith – Information Memorandum (confidential copy for _____)

| Ion Popa<br><br>Director | • General Director of the Exploration and Production Division, Petromservice S.A.<br>• Vice President of Ascom (May 2005 – April 2006)<br>• State counsellor to the Romanian Prime Minster (2003 – 2005)<br>• Various senior executive roles at PETROM S.A. (1991 – 2003) |
|---|---|
| Ennio Sganzerla<br><br>Director | • Senior Vice President of Exploration and Production in the North Sea, Americas, Australasia and Russia, Agip, an Eni S.p.A. subsidiary (until 2006).<br>• Several executive level positions including Managing Director, Agip<br>• Degree in Mechanical Engineering, Padova University; Masters degree in Petroleum Engineering, Eni Corporate University |
| Svetlana Bran<br><br>Director, Group Vice President for Finance | • Group Vice President, Chief Accountant and Adviser on Taxation, Ascom (since 1995)<br>• Over 25 years of experience in accounting and financial management<br>• Bachelors degree in General Accounting and Auditing, State University of Moldova; post-university degree, Academy of Economic Studies of Lasi, Romania in Accounting and Audit |
| Eduard Calancea<br><br>Director, Chief Economist | • Finance analyst, ARIA, a public consulting company<br>• Finance analyst, ASITO, the largest Moldavian insurance company<br>• Bachelor degree and PhD, Academy of Economic Studies of Moldova |

*Source: Tristan Oil*

## 4.5   Management of the Companies

The Companies have succeeded in building a team of seasoned professionals who manage day-to-day operations for the Companies.

Below is a brief summary of the CVs of the CEO and other key employees of KPM.

**Table 9: KPM management**

| Serghei Cornegruta<br><br>General Director and Chief Executive Officer | • General Director of KPM since 2007<br>• CEO of CASKO LLP since 2000<br>• Held senior positions with "Monolit Stroi" Construction Trust Company beginning in 1979<br>• Holds a degree in Industrial and Civil Construction from the Technical University of Moldova |
|---|---|
| Gaziz Nurlibekov<br><br>Deputy CEO | • Various senior positions at Mangystaugeologiya, Karakudukmunay, KRAMDS-Mangystau<br>• Various positions with the Mangystau Governor's Office, Novii Uzen municipality, Uzneft, Mangyshlak Gas Production Administration<br>• Engineering degrees from Novosibirsk Elektrotechnical University and Kazakh Polytechnical University |
| Dmitry Goryunov<br><br>Production Director, also Deputy CEO for Production at TNG | • Advisor to the CEOs of KPM and TNG<br>• Various positions at oil companies: Shagyrly, Shmyshty, Mangystaumunaygaz, Komsomolskneft, Mangyshlakneft, Zhetybaineft, Uzneft, Kungurneft, Polazneft<br>• Degree from Grozny Oil University |
| Alexander Nemerenko<br><br>Head of Financial Control and Internal Audit, same position at TNG | • Chief Accountant at KPM and ASCOM-Interoil<br>• Accountant positions at BalkanASCOM Group, Termogazservice, Oglyndir<br>• Economics degree from the Academy of Economics, Chisinau<br>• Holds the Certified Accounting Practitioner qualification |

*Source: KPM*



**Project Zenith – Information Memorandum (confidential copy for _____)**

Below is a brief summary of the CVs of the CEO and other key employees of TNG.

**Table 10: TNG management**

| | |
|---|---|
| **Alexander Cojin**<br><br>**General Director and Chief Executive Offcier of TNG** | • General Director of TNG since 2002<br>• Served as Deputy Director of the Industrial and Finance Group of Ascom for 12 years<br>• Worked as a Team Leader at Decebal Cooperative Society until 1990<br>• Holds an Engineering degree from the Forestry Engineering Academy of Saint-Petersburg |
| **Vyacheslav Stejar**<br><br>**CFO** | • Various senior positions in Economics and Finance at TNG<br>• CFO of BSCC Moldova<br>• Various finance & accounting positions at the Law Institute and Law Academy, Fibu-Olimp LLC, Ministry of Economics and the Ministry of External Economic Affairs, Ambalaz, Chisinau Municipality |
| **Roman Rolbin**<br><br>**Deputy CEO for Geology and Development, same position at KPM** | • Chief Geologist and Head of Workovers and oil and gas production at CapBalkan Ascom Group in Turkmenistan<br>• CEO of Burproekt (exploration and drilling research)<br>• Engineering positions at Nebigad Drilling administration (Turkmenistan)<br>• Degree from Moscow's Gubkin University |

*Source: TNG*

## 4.6   Offices and personnel

Tristan Oil's head office is located in Chisinau, Moldova. The premises in which the office is located are leased by Ascom.

The Companies have two administrative offices in Kazakhstan. The first is a 540-square meter facility located in Opornaya, and the second facility is located in Astana, with a total area of approximately 112 square meters. The Companies also lease an administrative office in Aktau, where they have 290 square meters of office space.

Other than its executive officers, Tristan Oil has no employees. All of the executive officers of Tristan Oil are also employees of Ascom.

As of 1 July 2008, the Companies together employed 839 people. One-third of the total staff works at the head office; the rest are technical personnel. Of the employees, 46% are engineers and administrative personnel, and 54% are field workers. Foreigners represent close to 10% of the total employees. The breakdown of personnel is given in the table below.

**Table 11: Personnel Overview**

| Company | Total | Locals | Foreigners | Head Office | Technical personnel | Engineers and admin. | Field workers |
|---|---|---|---|---|---|---|---|
| **TNG** | **506** | 455 | 51 | 151 | 355 | 230 | 276 |
| **KPM** | **333** | 302 | 31 | 131 | 202 | 156 | 177 |
| **Total** | **839** | **757** | **82** | **282** | **557** | **386** | **453** |

*Source: Companies, data as of 1 July 2008*



22

## 4.7   Health and safety

Achieving production safety is a priority of the Companies. In order to achieve this, the Companies:

- conduct regular training on accident prevention for their personnel;
- raise the level of industrial safety and discipline awareness by having management participating in training and close on-site supervision of production;
- extend all policy requirements and principles of production safety and labour and health protection to their contractors and suppliers; and
- have created and successfully implemented management systems of industrial and environmental safety and labour protection which are in full compliance with existing Kazakh and international laws and in line with the best domestic and foreign practices for the industry.

The Companies also attach paramount importance to environmental protection, aspiring to become leaders in ensuring the ecological safety of the residential areas and preservation of the natural environment in which they operate.

The Companies attempt to comply with all legal requirements in conducting their operations and employ business practices which they consider to be prudent under the circumstances in which they operate.

## 4.8   Marketing and sales

### 4.8.1 Oil and Condensate Sales

Sales of oil and condensate represented approximately 83.8% of the Companies' combined sales for 2007. The Companies export the majority of oil and condensate they produce through sale arrangements with Vitol, one of the world's largest oil traders. The Companies entered into the contracts with Vitol through Montvale Invest Ltd., an affiliate of the Companies. For the six months ended 30 June 2008, 99.9% of the Companies' oil and condensate production was sold to Vitol.

The price of oil under the Vitol contracts is benchmarked against the international market price for Urals, while the condensate price is benchmarked against the international market price for Brent (see the respective formulas in Table 12 below).

The Companies deliver oil FOB Odessa through a pipeline network traversing Kazakhstan, Russia and Ukraine, and deliver condensate FCA Opornaya, where condensate is further routed by Vitol by railway to Caspian Sea ports, Finland and Port Kavkaz. Opornaya station is located 15 km from the Borankol facilities.

In 2008, the contract with Vitol was extended through 2012 on the same terms as prior.

### 4.8.2 Gas Sales

The only major network of gas pipelines servicing the region in which the Companies' fields are located is the Central Asia-Center pipeline network. A limited number of parties have rights to access the Central Asia-Center pipeline network in Kazakhstan, including AktauGazServis, KazRosGaz, MAEK and Kemikal.

As a consequence, all of the Companies' gas production has historically been sold through agreements with the parties mentioned above, or to local Kazakhstan end users, at prices well below those available on the international markets. During the six months ended 30 June 2008, the majority of the



23

## Project Zenith – Information Memorandum (confidential copy for _____)

Companies' gas production was sold under supply and purchase agreements with AktauGazServis, MAEK and Kemikal while the Companies' remaining gas production was sold to local Kazakhstan end users.

The Companies deliver gas to Kemikal, MAEK and AktauGazService FCA Opornaya with the gas being transported through the Central Asia-Center pipeline thereafter. The table below summarizes the terms and conditions of the Companies' current sales arrangements.

**Table 12: Marketing of hydrocarbons**

| Hydrocarbon | Buyers | Route | Pipeline operator | Expiry | Terms |
|---|---|---|---|---|---|
| Oil | Vitol (99.9%) | FOB Odessa (through Samara, Russia) | KazTransOil (in Kazakhstan); Transneft (in Russia) | Till 2012 | Urals RCMB – $4.0[1] – $5.0[2] |
| | Kazakhstan end users (0.1%) | | | n/a | Varies |
| Condensate | Vitol (99.9%) | FCA Opornaya to Caspian Sea ports and Finland by railway | n/a (transported by rail) | Till 2012 | Brent DDT – $12[3] |
| | Kazakhstan end users (0.01%) | | | n/a | Varies |
| Gas | AktauGazServis | FCA Opornaya to Central-Asia Center pipeline | KazTransGas (in Kazakhstan) | 31 March 2008 | |
| | MAEK | | | 31 December 2008 | $1.27 per mcf |
| | Kemikal | | | 30 September 2008 | $1.50 per mcf |
| | Kazakhstan end users (minor share) | | | n/a | Varies |

[1] discount to Urals RCMB
[2] pipeline transportation expenses
[3] discount to Brent

*Source: Companies*

### 4.8.3 Gas sales – 2009 and beyond

TNG has had a series of negotiations with KazAzot and KazTransGas, an entity responsible for gas transportation in Kazakhstan, which could result in a binding agreement, allowing TNG to export 7 bcm of gas starting in 2009 through 2018 realizing netbacks significantly higher than those available domestically

### 4.8.4 Liquefied Petroleum Gas (LPG) Plant

TNG, its affiliates and Vitol FSU B.V. have entered into an agreement pursuant to which the parties will jointly operate an LPG plant where a portion of the Companies' gas production will be converted into LPG. Unlike gas, LPG may be transported by rail. Under the agreement, Vitol will be responsible for the sale of all products produced at the LPG plant. The pricing mechanism is to be linked to market prices of the respective products less transportation expenses and Vitol's marketing fee; the exact formula is to be agreed separately.

As of 5 August 2008, TNG estimated the netback prices for LPG products at FCA Opornaya as follows:

**Table 13: Netback prices for LPG plant's products, US$/tonne**

| US$/tonne | C3 and C4 products | C5+ products |
|---|---|---|
| Price (DAF-Brest) | 1,020 | 994[1] |
| Transportation costs – Opornaya-Brest | 190 | 100 |
| Netback (FCA Opornaya)[2] | 830 | 894 |

[1] – 121.2 US$/bbl multiplied by a factor of 8.2 bbl/tonne
[2] – before accounting for Vitol's marketing fee
*Source: Argus, TNG*



# 5. Assets overview

## 5.1   Overview

The Companies operate on the Tolkyn and Borankol fields in the Pre-Caspian basin of Kazakhstan. Total proved reserves as of 1 January 2008 were 117.5 mmboe (36.2% liquids, 63.8% gas). Average daily production for the first half of 2008 was c. 54.9 mboed, representing a significant production increase compared to 2007's average daily production of 31.5 mboed. TNG also is constructing an LPG plant and is actively engaged in further exploration activities.

**Chart 12: Tristan Oil's operations snapshot**



*Note: Reserves as of 1 January, 2008, production for the first half of 2008*

*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*



**Project Zenith – Information Memorandum (confidential copy for _____)**

### 5.1.1 Reserves

Total proved reserves of the Companies amounted to 117.5 mmboe as of 1 January 2008 with probable and possible reserves of 23.8 mmboe and 24.0 mmboe, respectively. Proved reserves increased by 24.3% over December 31, 2006, when such reserves were estimated at 94.5 mmboe. Of the proved reserves, 63.8% are gas, while liquids account for the remaining 36.2%. The Tolkyn field holds 68.4% of all liquids and 97% of the proved gas reserves.

A detailed split of the Companies' reserves and breakdown by type are summarized in the table below.

**Table 14: Summary of Companies' Reserves as of 1 January 2008**

| | Total | | | Tolkyn Field | | Borankol Field | | LPG Plant | |
|---|---|---|---|---|---|---|---|---|---|
| | Liquids [1] mln tonnes | Gas, bcm | Total, mmboe | Liquids [2] mln tonnes | Gas, bcm | Liquids [2] mln tonnes | Gas, bcm | Liquids [3] mln tonnes | Gas, bcm |
| Proved Developed Producing | 2.3 | 8.1 | 64.3 | 1.5 | 8.1 | 0.80 | 0.04 | 0.0 | - |
| Proved Developed Non-producing | 1.4 | 2.9 | 27.2 | 1.1 | 2.7 | 0.28 | 0.19 | 0.0 | - |
| Proved undeveloped | 2.2 | 1.7 | 26.0 | 0.4 | 1.5 | 0.76 | 0.20 | 1.0 | - |
| **Total Proved (1P)** | **5.8** | **12.7** | **117.5** | **3.0** | **12.3** | **1.84** | **0.43** | **1.0** | **-** |
| Probable | 1.8 | 1.8 | 23.8 | 0.6 | 1.7 | 1.06 | 0.15 | 0.2 | - |
| **Proved + Probable (2P)** | **7.6** | **14.5** | **141.4** | **3.6** | **14.0** | **2.90** | **0.58** | **1.2** | **-** |
| Possible | 1.7 | 2.0 | 24.0 | 1.0 | 1.9 | 0.48 | 0.09 | 0.2 | - |
| **Proved + Probable + Possible (3P)** | **9.3** | **16.5** | **165.4** | **4.6** | **15.8** | **3.38** | **0.67** | **1.3** | **-** |

[1] – *Liquids include oil, condensate and liquefied gas products C3, C4 and C5*
[2] – *Liquids include oil and condensate*
[3] – *Liquids include liquefied gas products C3, C4 and C5+*
*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*

**Chart 13: Reserves by Hydrocarbons (2P case)**



Total 2P reserves: 141.3 mmboe

Liquids 55.7 mmboe (39%)

Gas 85.6 mmboe (61%)

*Source: Companies*

**Chart 14: Reserves by Company (2P case)**



Total 2P reserves: 141.3 mmboe

TNG 116.7 mmboe 82.6%

KPM 24.6 mmboe 17.4%

*Source: Companies*

Renaissance
Capital

26

**Project Zenith – Information Memorandum (confidential copy for _____)**

**Chart 15: KPM Reserves (2P case)**

**Chart 16: TNG Reserves (2P case)**





*Source: Companies*

*Source: Companies*

*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*

#### 5.1.2 Production

In 2007, the Companies produced a total of over 11.5 mmboe of oil, condensate and gas (31.5 mboed). In 2008, production has grown significantly, with daily production reaching 54.9 mboe in the first six months of 2008. From 2005 through the end of 2007, TNG accounted for approximately 80% of total production, while in the first six months of 2008 its share of production increased to 89% due to further development of its gas reserves.

**Chart 17: Companies Historical Production**



*Source: Companies*



27

## Project Zenith – Information Memorandum (confidential copy for _____)

### 5.1.3 Well Stock

As of 1 July 2008, the Companies had a total of 124 producing wells, of which 86 were operating.

**Table 15: Well Stock**

| | Producing | | | Idle | Total Producing Well Stock | Suspended | Special Purpose Wells* | Liquidated | Drilled but not producing | Total Well Stock | In drilling |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flowing | Gaslift | Pumping | | | | | | | | |
| **Borankol** | | | | | | | | | | | |
| Oil | 6 | 24 | 18 | 10 | 58 | - | 6 | 8 | 3 | 75 | 1 |
| Gas | 7 | - | - | 1 | 8 | - | - | - | - | 8 | - |
| Water flooding | - | - | - | - | - | - | 3 | - | - | 3 | - |
| **Total Borankol** | **13** | **24** | **18** | **11** | **66** | **-** | **9** | **8** | **3** | **86** | **1** |
| **Tolkyn** | | | | | | | | | | | |
| Oil | 4 | - | - | 2 | 6 | - | - | - | 11 | 17 | 2 |
| Gas | 12 | - | - | 2 | 14 | 1 | 1 | - | 1 | 17 | - |
| Water flooding | - | - | - | - | - | - | 2 | - | - | 2 | - |
| **Total Tolkyn** | **16** | **-** | **-** | **4** | **20** | **1** | **3** | **-** | **12** | **36** | **2** |
| **Total Borankol and Tolkyn** | **29** | **24** | **18** | **15** | **86** | **1** | **12** | **8** | **15** | **122** | **3** |

*\* Special purpose wells include injection wells, control wells and wells producing technical water*

*Source: Companies*

The Companies follow a disciplined formal process prior to drilling a well, which entails thorough geological and financial analysis. Many of KPM and TNG's drilling locations are in close proximity to areas that have a track record of significant oil, condensate and gas production.

As of 1 July 2008, 124 producing wells had been drilled (including 2 wells at the Tabyl Block), achieving a 93.64% success rate.



### 5.1.4 Infrastructure

The Companies' facilities operate as a single production complex. Most of infrastructure is located at the Borankol field, Hydrocarbons from the Tolkyn field are transported to the Borankol field by pipelines.



[1] *UKPG – gas processing facility*

*Source: TNG*

The total capacity of the gas processing facilities (UKPGs) is 10 mmcm of gas per day and 1,500 tonnes of condensate per day.

Other infrastructure shared by KPM and TNG:

- long-term leased land plot at Opornaya where settlement of workers locate;
- Ө 523mm Tolkyn-Borankol gas pipeline;
- Ө 324mm Tolkyn-Borankol oil pipeline;
- Ө 159mm Borankol-Opornaya oil pipeline;
- Ө 426mm Borankol-Opornaya gas pipeline;
- Ө 530mm Borankol-Opornaya gas pipeline;
- oil terminal with a capacity of 20,000 t of oil and condensate (Opornaya);
- loading rack for 14 oil-car tanks (Opornaya); and
- 6 km of rail road and 3 locomotives (Opornaya).

### 5.1.5 Forecasts

#### Production

The Miller and Lents, Ltd. reserve report as of 1 January 2008, assumes that further development of 2P reserves will result in an additional production increase up to 19.9 mmboe in 2010 when it will reach its peak and enter a downward trend thereafter.

**Renaissance**
Capital

29

**Chart 18: Companies' Production Forecast (2P case)**



*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*

Actual production may be different from that estimated by Miller and Lents Ltd.

***OPEX and CAPEX***

The OPEX profile is expected to naturally follow the production trend, reaching US$80.4 million in 2010 (US$4 per boe produced) and starting to decrease thereafter.

The highest level of CAPEX outlay is estimated for 2008, with almost half of it being related to construction of the Liquefied Petroleum Gas (LPG) plant. From 2011 and going forward CAPEX is expected to be approximately US$25.4 million per year.

OPEX and CAPEX profiles are described in more detail in the charts below.

**Chart 19: Companies' OPEX Forecast (2P case)**



*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*



30

**Chart 20: Companies' CAPEX Forecast (2P case)**



*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*

Since the issuance of the Miller &Lents Ltd. reserve report in early 2008, the Company has updated its 2008 CAPEX projection for the LPG plant from US$56.3 million to US$74.4 million.

Renaissance
Capital

31

## 5.2   Borankol Field

### 5.2.1 Overview

KPM operates on the Borankol field pursuant to an exploration and production license issued to KPM on 23 May 1997 and a Contract for Exploration and Production of Hydrocarbons, dated 30 March 1999, by and between the Kazakh State Agency on Investments and KPM. The term of the KPM subsoil use contract is through 23 May 2022, subject to an extension upon mutual agreement by the parties.

The field covers approximately 16,610 gross acres (62.2 million square km) and has a proved reserve base of 16 mmboe (as of 1 January 2008), 84% of which is oil and condensate and 16% of which is gas. Approximately $220 mln has been invested in the exploration and development of the Borankol field as of 1 July 2008. The exploitation of the reserves was licensed by the Kazakh Authorities in 2007.

### 5.2.2 Geology

The relief of the area represents flat gentle terrain complicated by hilly ridges, barchans sand, wet sors and takyrs reaching 20-30 meters below sea level. The climate is sharply continental with low rainfall (130-150 mm a year) and low relative humidity. The temperature varies from a maximum 40–45°C to negative 30°C at minimum. Drinking water is supplied to Opornaya by the Kigach-Mangystau water Company. Oil-field water is used for technical purposes.

The structure was discovered in 1959 and surveillance drilling was finalized in 1973. The maximum thickness of the geological deposits opened by wells is 14,801 feet (4,379 metres).

The main oil and gas reservoirs are located in:

- **Upper Triassic**, with layers made up of sandstones and cemented sands, at an average depth of 2,730 meters; and

- **Medium and Upper Jurassic**, with layers made up of consolidated sands alternating with sandstones, containing many oil and gas reservoirs located at depths ranging from 1948 to 2459 meters.

The structure is oriented Southwest – Northeast and there are two prominences identified within its limits: one in the Southwestern zone and the other in the Northeastern zone. The oil and gas reservoirs are characterized by good and very good storing and flowing properties and as such, are important to the Companies.

Three of the reservoirs (Triassic, Jurassic VII – both with oil and gas, Jurassic III – zone with free gas) have their own network of wells and are considered to be the main objectives for KPM.



32

**Project Zenith – Information Memorandum (confidential copy for _____)**

**Table 16: KPM Production horizons**

| Horizon | Depth, m | Geological age | | Average thickness, meters | Content |
|---------|----------|----------------|--|---------------------------|---------|
| J-I | 1,948 – 2,036 | J2 cl | Medium Jurassic Callovian stage | 82-115 | clays with inclusion of sands, sandstones, siltstones, clay marls, and nods of siderite |
| J-II | 2,009 – 2,046 | | | | |
| J-III | 2,030 – 2,111 | J2 bt | Medium Jurassic Bathonian stage | 195-330 | lower suite (210-220 meters): sands with inclusion of siltstones and clays upper suite: clays with inclusion of siltstones and sands |
| J-IV | 2,086 – 2,144 | | | | |
| J-V | 2,117 – 2,179 | | | | |
| J-VI | 2,161 – 2,228 | | | | |
| J-VII | 2,360 – 2,459 | J2 bj | Medium Jurassic Bajocian stage | 129-320 | lower suite (150 meters): sands and clays upper suite (60-75 meters): organic rich clays with inclusion of sands and carbon bearings |
| T-I | 2,688 – 2,728 | T3 | Upper Triassic | 57-99 | lower: strong conglomerates, gravelstones, high grained sandstones with inclusion of loose sands upper: sands, sandstones, siltstones, and clays |
| T-II | 2,729 – 2,764 | | | | |

*Source: KPM*



The chart below presents the structure of the production horizons.

**Map 1: Production horizons vertical structure**



*Source: KPM*

Maps of Borankol's most production horizons are presented below. A legend with explanatory notes is to the right of Map 2.

Renaissance
Capital

34

**Project Zenith – Information Memorandum (confidential copy for _____)**

**Map 2: KPM's J1-A production horizon**



*Source: KPM*

**Map 3: KPM's J2-A production horizon**



*Source: KPM*



35

**Map 4: KPM's J3-A production horizon**



*Source: KPM*

**Map 5: KPM's J4 production horizon**



*Source: KPM*

**Renaissance**
Capital

36

**Map 6: KPM's J-B production horizon**



*Source: KPM*

**Map 7: KPM's J6 production horizon**



*Source: KPM*



37

**Map 8: KPM's J7-B production horizon**



*Source: KPM*

### 5.2.3 Oil quality

Key characteristics of crude oil from the Borankol field (JVII horizon) are presented in the table below.

**Table 17: Crude oil quality for JVII**

| Parameter | Unit | Value |
|---|---|---|
| Density @20°C | g/cm | 0.8734 |
| Wax content | %vol. | 2.69 |
| Viscosity @50°C | mPa.s | 8.96 |
| Pour point | °C | -19 |
| Sulphur | % | 0.5 |

*Source: KPM*

### 5.2.4 Reserves

Information on Borankol reserves as of 1 January 2008 is given in the table below.

**Table 18: Borankol reserves as of 1 January 2008**

| Reserves Category | Liquids, mln tonnes | Gas, bcm | Total, mmboe |
|---|---|---|---|
| Proved Developed Producing | 0.80 | 0.04 | 6.1 |
| Proved Developed Nonproducing | 0.28 | 0.19 | 3.2 |
| Proved Undeveloped | 0.76 | 0.20 | 6.7 |
| **Total Proved** | **1.84** | **0.43** | **16.0** |
| Probable | 1.06 | 0.15 | 8.6 |
| Possible | 0.48 | 0.09 | 4.0 |

*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*



38

### 5.2.5 Well Stock

Information on the well stock for the Borankol field as of 1 July 2008 is given in the table below.

**Table 19: Borankol Well Stock**

| | | Producing | | | Idle | Total Producing Well Stock | Suspended | Special Purpose Wells* | Liquidated | Drilled but not producing | Total Well Stock | In drilling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Flowing | Gaslift | Pumping | | | | | | | | |
| **Borankol** | | | | | | | | | | | | |
| | Oil | 6 | 24 | 18 | 10 | 58 | - | 6 | 8 | 3 | 75 | 1 |
| | Gas | 7 | - | - | 1 | 8 | - | - | - | - | 8 | - |
| | Water flooding | - | - | - | - | - | - | 3 | - | - | 3 | - |
| **Total Borankol** | | 13 | 24 | 18 | 11 | 66 | - | 9 | 8 | 3 | 86 | 1 |

*\* - Special purpose wells include injection wells, control wells and wells producing technical water*

*Source: KPM*

By the end of 2008 KPM plans to put into operation 4 new oil wells.

### 5.2.6 Production

Production testing started in 2000, peaked in 2004 at 10.2 mboed, and has been gradually declining ever since. Current production is approximately 6.3 mboed, with oil representing most of the production.

**Chart 21: KPM Historical Production in 2000-2008**



*Source: KPM*

Since 2005 gas has actively been used in gas lift for oil production, thereby substantially reducing gas output.



**5.2.7 Infrastructure**

The Borankol field is located in the Beineu district of the Mangystau region close to the border with the Atyrau region. The nearest settlements are Opornaya (15 km), Sarakamys (50 km), and Tengys (70 km). The regional centres Aktau and Atyrau are 400 km and 380 km, respectively, from the Borankol field. Opornaya is crossed by main oil pipeline, gas pipeline, a power grid, a rail road, and motor roads.

Key infrastructure at the Borankol field include:
- oil and gas well stock with heads for 350 bar pressure;
- flow lines from wells to oil treatment plant;
- metering system;
- oil and gas gathering stations;
- oil treatment plant with capacity of over 1000 tonnes of oil per day;
- gas lift equipment for production;
- helicoidal and Canadian down-hole pumps;
- reservoir pressure maintenance system;
- compression plant for associated gas utilization with capacity of 300 mcm per day; and
- 6 KV power lines with transformers.

KPM has no power generating capacity and use electricity generated by TNG. The facilities and equipment are automated for management and control. The facilities and equipment are supplied with fire alarm and fire extinguishing systems.

KPM is working on two projects at the moment.

- Twofold capacity expansion for the gas compression plant. Gas compressed to 80 bar will go to the TNG's gas drying unit and then to the LPG plant. The equipment already is installed. Operations are expected to start in August 2008.

- Construction of a modular compression unit for low-pressure gas utilization. After the separation unit the gas will be compressed to 6 bars and then transported with associated gas to the main compression plant. Operations start in August 2008.



40

### 5.2.8 Subsoil Contract

*License*

KPM operates on the Borankol field pursuant to an exploration and production license issued to KPM on 23 May 1997 with a term of twenty-five years and a Contract for Exploration and Production of Hydrocarbons, dated 30 March 1999 (the "**KPM subsoil use contract**"), between the Kazakh State Agency on Investments and KPM, with a term through 23 May 2022, with an option to extend. KPM explores and develops the Borankol field and produces oil, condensate and gas at the field. In August 2007, KPM made a formal declaration of commercial discovery, which was acknowledged by the Ministry of Energy and Mineral Resources.

*Taxation*

Under the terms of the subsoil use contracts, KPM is required to pay corporate income tax, excess profit tax, royalty tax and certain other taxes at rates and using calculations that vary according to the contract. The taxation terms of these contracts are fixed for the duration of the contract. The contract may be amended upon mutual agreement and in such a way that the economic interests of both parties measured in total cash flows will not change.

The tax regime applicable to KPM as of 5 August 2008 is given in table below.

**Table 20: KPM Tax Regime**

| Tax | Rate | Base |
| --- | --- | --- |
| Corporate tax | 30% | Taxable income |
| Royalty tax | 7.4% | Sales |
| Excess profit tax | 30% | Income after corporate tax paid |
| Withholding tax | 15%<br>5-20% | - interest expenses<br>- other payments |
| Social tax | 21% for Kazakh nationals / 11% of for expatriates | Payroll |
| Property tax | 1% | Residual value of tangible and intangible assets |
| VAT | 13% or 15% for domestic purchases and sales respectively / 0% for export | Sales |
| Excise tax | According to tax code / 0% for oil, gas and condensate | Sales |
| Signing bonus | 0.05% | Value of newly discovered recoverable reserves |
| Transport tax | depends on total displacement, but not more than US$1,150 per vehicle in 2007 | n/a |

*Source: KPM*

Pursuant to its subsoil use contracts, KPM is required to calculate and pay excess profit tax if the defined internal rate of return exceeds 20%. For the purpose of calculating the excess profit tax rate, the internal rate of return is calculated on the basis of certain cash flows adjusted for the rate of inflation. The taxable base for the excess profit tax is calculated as corporate taxable income less corporate income tax for the year. The internal rate of return from the Borankol field exceeded the relevant threshold for the year ended 31 December 2006 and 31 December 2007 which resulted in KPM paying a 30% rate of excess profit tax in both years.



**Table 21: Excess Profit Tax Rate Scenarios**

| IRR, % | Excess profit tax rate, % |
|---|---|
| <=20% | 0% |
| >20% and <=22% | 4% |
| >22% and <=24% | 8% |
| >24% and <=26% | 12% |
| >26% and <=28% | 18% |
| >28% and <=30% | 24% |
| >30% | 30% |

*Source: KPM*

KPM's operations at the Borankol field are currently subject to the royalty tax on a sliding scale, ranging from 2.0% to 7.4% based on cumulative production. In 2007 a part of KPM's sales on the Borankol field was taxed at 5.3% while the remaining part was subject to 7.4% tax since the cumulative production threshold of 1,750 thousand tonnes was exceeded in 2007.

**Table 22: Royalty Tax Scenarios**

| Cumulative production, thousand tonnes | Royalty tax rate, % |
|---|---|
| < 500 | 2.0% |
| 500 – 1,000 | 3.3% |
| 1,000 – 1,750 | 5.3% |
| 1,750 – 2,500 | 7.4% |
| > 2,500 | 5.4% |

*Source: KPM*

As of 1 July 2008 cumulative production at the Borankol field amounted to 2.11 million tonnes.

On 3 July 2008 the Customs Department of the Republic of Kazakhstan submitted a formal letter to KPM, requesting KPM to pay oil export duty on the oil and condensate it exports starting on 18 August 2008. The amount of the export duty is US$109.91 per tonne.  On 15 July 2008, KPM initiated legal proceedings against the Kazakh Customs Department, as the submitted request to pay the oil export duty contravenes the terms of the subsoil use contract between KPM and the Kazakh State Agency on Investments, which stipulates that KPM is not subject to any oil export duty. Moreover, KPM was not included in the list of companies that would be required to pay oil export duty, released by the Kazakh government on 1 May 2008.

If KPM is required to pay the oil export duty, it estimates that it will cost approximate US$2.5 million per month, based on current forecasts of oil and condensate exports.

**5.2.9 Forecasts**

The forecasts of production and related OPEX and CAPEX, as estimated by Miller and Lents Ltd., are given in the charts below. Actual results may be different from those forecasted by Miller and Lents Ltd.

**Project Zenith – Information Memorandum (confidential copy for _____)**

**Chart 22: Forecast Production from the Borankol Field in 2008-2024 (2P case)**



*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*

**Chart 23: OPEX Forecast at the Borankol Field in 2008-2024 (2P case)**



*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*



**Chart 24: CAPEX Forecast at the Borankol field in 2008-2024 (2P case)**



*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*

Renaissance
Capital

44

## 5.3   Tolkyn Field

TNG operates at the Tolkyn field pursuant to an exploration and production license granted on 4 December, 1997 and a Contract for Exploration and Production of Hydrocarbons, dated 12 August 1998, by and between the Kazakh State Agency on Investments and TNG. The term of the TNG subsoil use contract is through 4 December, 2018, with an option to extend. TNG also operates at the Tabyl exploration block pursuant to the license No 243 that expires March 30, 2009, subject to extension upon mutual agreement by the parties.

The field covers approximately 8,928 gross acres (36.1 square kilometers) and has a proved reserve base of 101.5 mmboe (as of 1 January 2008), 29% of which is liquids and 71% of which is gas. Approximately $616 million has been invested in the exploration and development of the Tolkyn field.

### 5.3.1 Geology

The Tolkyn gas – condensate field is located in the Mangystau region of the Republic of Kazakhstan, 90 km southeast of Karaton. The structure was discovered in 1992 and an exploration drilling program commenced the same year.

The geological section through the structure down to the depth of 3,997 meters is represented by layers made up of sandstones and carbonate rocks of the Carboniferous, Permian and Triassic and by terrigenous formations of the Jurassic, Cretaceous and later ages. Oil reserves have been identified and produced in the Permian – Asselian and Triassic, and recently in the Jurassic formation, as well as an important gas-condensate reservoir in the Permian-Artinskian dolomite formation.

**Table 23: Production Horizons**

| Horizon | Depth, meters | Geological age | Average thickness, meters | Content |
|---|---|---|---|---|
| KT-II (Asselian) | 3,997-3,878 | Lower Permian | 30 | Limestones, dolomites, and shales |
| KT-I (Artinskian) | 3,937-3,650 | Lower Permian | 110 | Dolomites, limestones |
| TI + TII | 3,530-3,400 | Triassic | 90 | Sandstones, shales, clays |
| JVIIIA + JVIIIB | 3,320-3,195 | Jurassic | 60 | Sandstones, shales, clays |
| JVIIA | 3,215-3,182 | Jurassic | 30 | Sandstones, shales, clays |

*Source: TNG*

The average depth of the gas – condensate and oil reservoirs of the Permian is 3,823 meters, and the gas and oil reservoirs of the Jurassic are located at a depth of 3,182 – 3,320 meters).

The Kazakh authorities have issued an exploitation license for the condensate and oil reservoirs of the Permian deposits, as well as a preliminary industrial exploitation license for the reservoirs of the Jurassic.

Renaissance
Capital

45

**Map 9: TNG production horizons vertical structure**



*Source: TNG*

Information on Tolkyn's most production horizons is given in the maps below. A legend with explanatory notes is to the right of Map 10.

**Map 10: TNG's KT-I horizon structure**



*Source: TNG*

Renaissance
Capital

46

Project Zenith – Information Memorandum (confidential copy for _____)

**Map 11: TNG's KT-IIB horizon structure**



*Source: TNG*

**Map 12: TNG's T-IA horizon structure**



*Source: TNG*

Renaissance
Capital

47

**Map 13: TNG's J-VIIB horizon structure**



*Source: TNG*

### 5.3.2 Reserves

Information on Tolkyn's reserves as of 1 January 2008 is given in the table below. It does not include reserves attributed to the LPG plant which are discussed separately on p. 56 below.

**Table 24: Tolkyn's Reserves as of 1 January 2008**

| Reserves Category | Liquids, mln. tonnes | Gas, bcm | Total, MMboe |
|---|---|---|---|
| Proved Developed Producing | 1.5 | 8.1 | 58.1 |
| Proved Developed Nonproducing | 1.1 | 2.7 | 24.1 |
| Proved Undeveloped | 0.4 | 1.5 | 12.0 |
| **Total Proved** | **3.0** | **12.3** | **94.2** |
| Probable | 0.6 | 1.7 | 14.0 |
| Possible | 1.0 | 1.9 | 18.7 |

*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*

Information on key properties of fluids from the Tolkyn field is given in the table below.

**Table 25: Key Property of Fluids**

| Parameter | | Average values for | | | | |
|---|---|---|---|---|---|---|
| | | Gas condensate reservoirs | | | Oil reservoirs | |
| | Unit | KT-I | JVIII | JVII | KT-II | T1+TII |
| Density of condensate @ 20° C | t/cm | 0.79 | 0.79 | 0.79 | -- | -- |
| Density of oil @ 20° C | t/cm | -- | -- | -- | 0.840 | 0.900 |
| Initial content of condensate in gas | g\cm | 228.5 | 179.3 | 179.3 | -- | -- |
| Wax content | % vol. | 0.90 | 2.02 | 2.02 | 1.60 | 1.43 |
| Viscosity @ 50° C | mPa.s | 1.04 | 3.92 | 3.92 | 1.46 | 9.68 |
| Pour point | oC | <-20 | <-20 | <-20 | <-20 | -20 |
| Sulfur | % | -- | -- | -- | 0.13 | |

*Source: TNG*



### 5.3.3 Well Stock

Information on the well stock for the Tolkyn field as of 1 July 2008 is given in the table below.

**Table 26: Tolkyn Well Stock on 1 July  2008**

| | | Producing | | | Idle | Total Producing Well Stock | Suspended | Special Purpose Wells* | Liquidated | Drilled but not producing | Total Well Stock | In drilling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Flowing | Gaslift | Pumping | | | | | | | | |
| **Tolkyn** | | | | | | | | | | | | |
| | Oil | 4 | - | - | 2 | 6 | - | - | - | 11 | 17 | 2 |
| | Gas | 12 | - | - | 2 | 14 | 1 | 1 | - | 1 | 17 | - |
| | Water flooding | - | - | - | - | - | - | 2 | - | - | 2 | - |
| **Total Tolkyn** | | **16** | **-** | **-** | **4** | **20** | **1** | **3** | **-** | **12** | **36** | **2** |

*\* Special-purpose wells include injection wells, control wells and wells producing water*
*Source: TNG*

Kazakh legislation prohibits oil production without the utilization of associated gas. Due to the absence of the required infrastructure, TNG closed most of its oil wells on 1 July 2007 until a gas collecting system is installed (which is expected to be completed in 4Q 2008).

By the end of 2008 TNG plans to put into operation 4 new wells.

### 5.3.4 Production

Production testing began in 2001 and has steadily increased since to 48.6 mboed in the 1st half of 2008, with the largest share coming from gas.

**Chart 25: Historical Production in 2001-2008**



*Source: TNG*



### 5.3.5 Infrastructure

The Tolkyn field is located in the Beineu district of the Mangystau region close to the border with the Atyrau region. The nearest settlements are Sarakamys (35 km), Opornaya (68 km), and Beineu (105 km). The regional centre of Aktau is located more than 500km from the Tolkyn field. Opornaya is crossed by main oil pipe-line, gas pipeline, power grids, railroads, and motor roads.

Key field infrastructure includes:
- gas well stock with heads for 700 bar pressure;
- flow lines from wells to gas and oil gathering stations;
- gas gathering station with high-pressure separator and intake-manifolds for 20 wells;
- 3MW power plant (3 generators of 1MW capacity each).

TNG's plans for development of its oil reserves include construction of the following:
- flow lines and other facilities for 16 oil and gas wells;
- oil treatment plant for 400 t per day;
- compression plant for associated gas utilization with capacity of 300 mcm per day;
- residual water evacuation unit; and
- new power generation capacity (3x860 kW).

### 5.3.6 Subsoil Contract

*License*

TNG operates on the Tolkyn field pursuant to an exploration and production license granted on 4 December 1997, with a term of twelve years and a Contract for Exploration and Production of Hydrocarbons, dated 12 August 1998 (the "TNG subsoil use contract"), by and between the Kazakh State Agency on Investments and TNG, with a term through 4 December 2018, with an option to extend. TNG explores and develops the Tolkyn field and produces oil, condensate and gas at the field. TNG was required to maintain a minimum annual work program at the Tolkyn field. In February 2007, TNG made a formal declaration of commercial discovery, which was acknowledged by Ministry of Energy and Mineral Resources.

*Taxation*

Under the terms of the subsoil use contracts, KPM and TNG are required to pay corporate income tax, excess profit tax, royalty tax and certain other taxes at rates and using calculations that vary according to the contract. The taxation terms of these contracts are fixed for the duration of the contract.

The tax regime applicable to TNG as of 5 August, 2008 is given in the table below.

**Table 27: TNG tax regime**

| Tax | Rate | Base |
|-----|------|------|
| Corporate tax | 30% | Taxable income |
| Royalty tax | 3.35% | Sales |
| Excess profit tax | n/a yet | Income after corporate tax paid |
| Withholding tax | 15%<br>5-20% | Interest expenses<br>Other payments |
| Social tax | 21% for Kazakh nationals / 11% of for expatriates | Payroll |
| Property tax | 1% | Residual value of tangible and intangible assets |



50

**Project Zenith – Information Memorandum (confidential copy for _____)**

| VAT | 13 or 15% for domestic purchases and sales respectively  / 0% for export | Sales |
| Excise tax | According to tax code / 0% for oil, gas and condensate | Sales |
| Signing bonus | 0.05% | Value of newly discovered recoverable reserves |
| Transport tax | depends on total displacement, but not more than US$1,150 per car in 2007 | n/a |

*Source: TNG*

Pursuant to its subsoil use contract, TNG is required to calculate and pay excess profits tax if the defined internal rate of return exceeds 20%. For the purpose of calculating the excess profit tax, the internal rate of return is calculated on the basis of certain cash flows adjusted for rate of inflation. The taxable base for the excess profit tax is calculated as corporate taxable income less corporate income tax for the year. The internal rate of return from the Tolkyn field did not exceed the relevant threshold in 2006 and 2007.

**Table 28: TNG EPT Tax Scenarios**

| IRR, % | Excess profit tax rate, % |
|---|---|
| <=20% | 0% |
| >20% and <=22% | 4% |
| >22% and <=24% | 8% |
| >24% and <=26% | 12% |
| >26% and <=28% | 18% |
| >28% and <=30% | 24% |
| >30% | 30% |

*Source: TNG*

TNG's operations in the Tolkyn field are also subject to a royalty tax at a fixed rate of 3.35%.

**5.3.7 Forecasts**

Forecast production, OPEX and CAPEX for the Tolkyn field, as estimated by Miller and Lents Ltd., are given in the charts below.



51

Project Zenith – Information Memorandum (confidential copy for _____)

**Chart 26: Forecast Production in the Tolkyn Field in 2008-2024 (2P case)**



*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*

**Chart 27: OPEX Forecast in the Tolkyn Field in 2008-2024 (2P case)**



*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*



**Chart 28: CAPEX Forecast in the Tolkyn field in 2008-2024, US$ million**



*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*

## 5.4   LPG plant

### 5.4.1 Overview

To enhance value from gas produced at the Tolkyn and Borankol fields and to increase distribution options for products, in 2006 TNG entered into a joint venture arrangement with Vitol to construct a liquefied petroleum gas processing facility (the **"LPG plant"**). The LPG plant is located on the Borankol field, next to gas and condensate processing facilities. The plant's capacity is expected to be 7,135 mcm per day with a potential option to increase it by 30% up to 9,276 mcm per day.

The LPG plant is expected to be commissioned in the second quarter of 2009 with total CAPEX requirement of US$233 million. As of 1 July 2008, TNG had spent approximately US$193 million on the LPG plant. Management estimates that as of today 60% of the construction has been completed. A significant amount of the required equipment has been purchased and is expected to be installed within the next few months.

The useful life of the LPG plant is expected to be approximately 20 years, with no need for significant CAPEX over this period.

Information on the LPG production process is summarized in the chart below.

**Chart 29: LPG Production Process**



(1) *UKPG – gas processing facility*
*Source: TNG*



54

The LPG plant comprises the following key modules:

- Desulphurisation and Decarbonization Unit;
- Dehydration Unit;
- Condensation Unit;
- Sales Gas Compressor Unit;
- Fractionation Unit; and
- Product storage facilities.

The project's design engineer is Petrostar (Romania); the key supplier of equipment is Tractebel Gas Engineering (Germany). The design is being adapted to local Kazakh requirements by KASKo Petrostar, a related party of the Companies.

The table below shows the characteristics of gas that can be processed at the plant:

**Table 29: Gas Specifications**

| % Molar components | | Natural gas | Gas from condensate stabilisation |
|---|---|---|---|
| Methane | | 87.3830% | 74.9284% |
| Ethane | | 5.1826% | 13.2697% |
| Propane | | 1.9434% | 8.1599% |
| i-Butane | | 0.3282% | 0.3800% |
| n-Butane | | 0.5299% | 0.4460% |
| i-Pentane | | 0.1895% | 0.0440% |
| n- Pentane | | 0.1496% | 0.0250% |
| n-Hexane | | 0.2786% | 0.2530% |
| Nitrogen | | 3.0952% | 0.6219% |
| Carbon dioxide | | 0.9200% | 1.8700% |
| Water | | - | 0.0022% |
| **Total** | | **100%** | **100%** |
| | | | |
| Input | mcm/day | 7,000 | 135 |
| Pressure | bar | 60 | 60 |
| Temperature | $^0$C | 3-30 | 55 |

*Source: LPG 2007 feasibility study*

**5.4.2 Production**

The LPG plant will allow for the production of C3-C4 fractions, either individually or as a mixture, and C5+ fractions: Information on the products and planned production are given in the table below.

Renaissance
Capital

55

**Table 30: Production of LPG products**

| Products | Uses | Production, daily (tonnes / bbl)[1] | Production, per annum (th. tonnes / mbbls)[2] |
|---|---|---|---|
| $C_3$ fraction (propane) | Used as a home fuel and as a solvent; together with the $C_4$ fraction is used as a gasoline additive | 278.6 / 2,034 | 101.7 / 742.3 |
| $C_4$ fraction (butane) | Raw material in the production of butadiene and in pyrolysis reactions; when mixed with propane, it also is used as a liquefied gas for home consumption | 157.2 / 1,148 | 57.4 / 418.9 |
| $C_{5+}$ fraction | Source of raw materials in the petrochemical industry, also used in the production of gasoline and pharmaceuticals | 153.0 / 1,117 | 55.8 / 407.7 |

(1)   – assuming 7.135 mmcm of input gas

(2)   – assuming 365 days

*Source: LPG Plant 2007 Feasibility Study*

The shrinkage of Tolkyn gas processed at the LPG plant is 5.7%. Thus, after the extraction of LPG products from the gas, 6,727 mcm out of an original 7,135 mcm of daily input gas is left to be sold as commercial gas.

The Miller and Lents, Ltd. reserve report as of January 1, 2008, estimates the volumes of liquids contained in the Tolkyn field as follows:

- Proved undeveloped   – 7,276 mbbl;
- Probable                   – 1,170 mbbl; and
- Possible                    – 1,331 mbbl.

Based on these numbers the production profile for the LPG plant is as follows:



**Table 31: Forecast LPG Production Profile Based on Gas Reserves from the Tolkyn Field (2P numbers)**



*Note – the M&L 2009 production forecast should be reduced since LPG production is expected to start in the second quarter of 2009*
*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*

The amount of OPEX needed to support the above production is set out in the chart below.

**Chart 30: LPG OPEX Forecast**



*Source: Miller and Lents, Ltd. reserve report as of 1 January 2008*



57

### 5.4.3 Gas Supplies from Other Fields

Apart from gas produced at the Tolkyn and Borankol fields, the LPG plant will have the capacity to process gas produced from neighbouring fields when gas production from the Companies' fields begins to decline below 7 mmcm per day.

Management believes that the LPG plant will have a sufficient resource base to operate at close to maximum capacity for at least 16 years, i.e. from 2009 till 2025.

### 5.4.4 Other Considerations

General rules of Kazakh tax legislation apply to the LPG plant's operations.



# 6. Financial overview

## 6.1   Overview

This section deals with selected financial and operating data for Tristan Oil, KPM and TNG presented on combined and stand-alone basis. The combined financial statements include stand-alone financial statements of Tristan Oil, KPM and TNG after elimination of inter-company transactions among the three entities.

The Companies' and Tristan Oil's financial statements have been prepared in accordance with International Financial Reporting Standards ("IFRS"). Prior to 01 January 2007, the combined and individual financial statements of Tristan Oil, KPM and TNG were audited by Deloitte. Following the best practice to change auditors periodically, the Companies and Tristan Oil changed to KPMG as auditor for the year ended 31 December 2007 and thereafter.

In the course of preparing the financial statements for the year ended 31 December 2007 management decided that the finals for the year ended 31 December 2005 and 2006 should be restated to better reflect deferred tax items in accordance with IFRS. The restatement is not expected to affect EBITDA and the above items in the Income Statement. The reason for restatement is that in the past the actual rate of excess profit tax payable in each year had been used to calculate deferred excess profit tax. However, IFRS require deferred excess profit tax to be provided based on the expected dates of the reversals of the timing differences and the estimated rate of excess profit tax that is expected to apply on those dates. The results of the restatement are expected to be announced by the end of August 2008.

## 6.2   Combined Financial Statements

Below is an analysis of summary financial statements. For more details please refer to Appendix A on p. 75.

A summary of the combined balance sheet is given below.

**Table 32: Combined Balance Sheet Summary, US$ million**

| US$ mln | As of 31 December | | | As of 30 June |
|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 |
| Cash | 1 | 276 | 21 | 13 |
| Trade and other receivables | 105 | 240 | 214 | 291 |
| PP&E | 206 | 318 | 540 | 602 |
| Other assets | 26 | 29 | 135 | 132 |
| **Total assets** | **338** | **862** | **910** | **1,038** |
| Equity | 107 | 169 | 204 | 323 |
| Debt | 132 | 521 | 471 | 412 |
| Deferred tax liability | 61 | 98 | 183 | 189 |
| Other liabilities | 38 | 72 | 52 | 114 |
| **Total Debt and Equity** | **338** | **862** | **910** | **1,038** |

*Source: Combined IFRS financial statements*



The substantial increase in cash and debt in 2006 was caused by the issuance of senior secured notes (the "Notes") in December 2006. Proceeds from the Notes were used to repay TNG's debt of US$145 million to Kazcommerzbank in 2007, for working capital and general corporate expenses of the Companies, including capital expenditures.

The largest part of Companies' assets is represented by PP&E. Most trade receivables are those receivables from the two related parties in respect of sales of petroleum products.

A summary of the combined income statement is given below.

**Table 33: Combined Income Statement Summary, US$ million**

| US$ mln | As of 31 December | | | As of 30 June | |
|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2007 | 2008 |
| Average daily production (mboe) | 31.1 | 30.8 | 31.5 | 27.0 | 54.9 |
| **Sales** | **210** | **236** | **286** | **106** | **312** |
| Crude oil and condensate | 182 | 206 | 240 | 88 | 253 |
| Natural gas | 27 | 30 | 46 | 17 | 59 |
| Cost of Sales | 60 | 65 | 96 | 35 | 73 |
| **Gross Profit** | **149** | **172** | **190** | **71** | **239** |
| *Gross margin* | *71%* | *73%* | *66%* | *67%* | *76%* |
| Distribution expenses | 10 | 11 | 11 | 5 | 7 |
| Administrative expenses | 3 | 11 | 21 | 9 | 13 |
| **Operating profit** | **133** | **138** | **154** | **59** | **220** |
| *Operating margin* | *63%* | *59%* | *54%* | *56%* | *71%* |
| **Net income** | **72** | **58** | **100** | **16** | **119** |
| *Net margin* | *35%* | *25%* | *35%* | *15%* | *38%* |
| **EBITDA**[3] | **161** | **155** | **229** | **76** | **260** |
| *EBITDA margin* | *77%* | *66%* | *80%* | *72%* | *83%* |
| **Adjusted EBITDA**[4] | **161** | **188** | **212** | **81** | **268** |
| *Adjusted EBITDA margin* | *77%* | *80%* | *74%* | *77%* | *86%* |

*Source: Combined IFRS financial statements*

The growth in sales and EBITDA was caused by the growth in oil prices. The low EBITDA margin in 2006 as compared to other years was due to a penalty on early repayment of a bank loan (ca. US$13.39 mln), a loss from a change in the fair value of financial liabilities (ca. US$6.75 mln), and one-time expenses related to a bond issuance (ca. US$13 mln).

In the first half of 2008 the combined financial performance of Tristan Oil and the Companies was significantly better than first half 2007 figures and in absolute terms exceeded the respective results for the whole year of 2007.

---

[3] Earnings before interest, tax, depreciation and amortization

[4] EBITDA plus other adjustments related to (i) expense for the offering of the Notes (as defined in the "Financial overview" section on p. 65, (ii) expenses related to a prepayment penalty and cancellation fee paid as a result of the prepayment of TNG's credit facility with Kazcommerzbank  and (iii) the valuation of the Notes at fair value, which is above their stated principal value



**Table 34: Combined Income Statement – Analysis per boe**

| USD/boe | As of 31 December | | | As of 30 June | |
|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2007 | 2008 |
| Sales, $/boe | 19.4 | 22.0 | 25.7 | 22.7 | 31.6 |
| Oil and condensate, $/bbl | 44.5 | 53.7 | 64.5 | 52.4 | 101.0 |
| Gas, $/mcf | 0.7 | 0.7 | 1.0 | 1.0 | 1.3 |
| Avg. production cost, $/boe | 5.6 | 6.0 | 8.7 | 7.5 | 7.4 |
| Adjusted EBITDA, $/boe | 14.9 | 17.5 | 19.1 | 17.4 | 27.1 |

*Source: Combined IFRS financial statements*

## 6.3   Kazpolmunay Financial Statements

Below is given an analysis of summary financial statements, for more details please refer to Appendix A on p. 77.

The summary of the balance sheet is given below.

**Table 35: KPM Balance Sheet Summary, US$ million**

| | As of 31 December | | | As of 30 June |
|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 |
| Cash | 1 | 25 | 10 | 1 |
| Trade and other receivables | 38 | 63 | 83 | 116 |
| PP&E | 82 | 114 | 128 | 133 |
| Other assets | 1 | 2 | 10 | 11 |
| **Total assets** | **122** | **204** | **231** | **261** |
| Equity | 47 | 77 | 76 | 103 |
| Debt | 14 | 44 | 64 | 50 |
| Deferred tax liability | 31 | 48 | 58 | 58 |
| Other liabilities | 30 | 35 | 33 | 50 |
| **Total liabilities and equity** | **122** | **204** | **231** | **261** |

*Source: KPM IFRS financial statements*

The substantial increase in debt and cash in 2006 was due to a loan from Tristan Oil. KPM's considerable investment in production resulted in a steady growth of PP&E.

The summary of the income statement is given below.

Renaissance
Capital

61

**Table 36: KPM Income Statement Summary, US$ million**

| | As of 31 December | | | As of 30 June | |
|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2007 | 2008 |
| Average daily production (mboe) | 7.3 | 6.6 | 5.9 | 6.3 | 6.3 |
| **Sales** | **102** | **110** | **123** | **49** | **100** |
| Crude oil and condensate | 101 | 109 | 122 | 49 | 99 |
| Natural gas | 1 | 1 | 1 | 0 | 1 |
| Cost of Sales | 25 | 27 | 52 | 14 | 33 |
| **Gross Profit** | **77** | **83** | **71** | **35** | **67** |
| Gross margin | 75% | 75% | 58% | 72% | 67% |
| Distribution expenses | 13 | 13 | 13 | 6 | 8 |
| Administrative expenses | 2 | 5 | 9 | 4 | 6 |
| **Operating profit** | **62** | **66** | **50** | **26** | **54** |
| Operating margin | 60% | 60% | 41% | 54% | 54% |
| **Net income** | **23** | **30** | **23** | **11** | **28** |
| Net margin | 22% | 27% | 19% | 23% | 28% |
| **EBITDA** | **65** | **77** | **81** | **31** | **69** |
| EBITDA margin | 64% | 70% | 66% | 63% | 69% |
| **Adjusted EBITDA** | **65** | **77** | **81** | **31** | **69** |
| Adjusted EBITDA margin | 64% | 70% | 66% | 63% | 69% |

*Source: KPM IFRS financial statements*

KPM successfully halted declining production in the first six month of 2008. A majority of the sales (97% in 2007) are sales of crude oil for export. The growth in sales and EBITDA was caused by growth in oil prices.

**Table 37: KPM Cost of Sales, US$ million**

| | For the year ended 31 December | | | For six months ended 30 June | |
|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2007 | 2008 |
| Depreciation | 5.4 | 8.7 | 27.9 | 4.2 | 15.2 |
| Maintenance services | 2.3 | 4.9 | 5.1 | 1.4 | 4.4 |
| Royalty tax | 4.4 | 4.4 | 7.5 | 2.7 | 6.1 |
| Salaries and related costs | 0.8 | 1.4 | 2.2 | 1.0 | 1.9 |
| Material | 1.8 | 0.8 | 1.1 | 0.5 | 0.5 |
| Transportation | 1.9 | 1.9 | 1.4 | 1.0 | 0.6 |
| Security | 0.5 | 0.6 | 0.9 | 0.4 | 0.5 |
| Oil purchased for resale | 2.0 | 0.2 | - | - | - |
| Other | 6.2 | 4.2 | 5.7 | 2.7 | 3.9 |
| **Total Cost of Sales** | **25.3** | **27.1** | **51.8** | **13.9** | **33.1** |

*Source: KPM IFRS financial statements*

Major components of the cost of sales are depreciation (54% in 2007), royalty tax (14.5%), maintenance costs (10%) and payroll (4%). Major items under administrative expenses are salaries and related expenses (44% in 2007) as well as taxes and duties (17%).

**Renaissance**
Capital

62

**Table 38: KPM Income Statement – Analysis per boe**

| USD/boe | For the year ended 31 December | | | For six months ended 30 June | |
|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2007 | 2008 |
| Sales, $/boe | 39.4 | 50.2 | 58.3 | 48.2 | 87.3 |
| Oil and condensate, $/bbl | 44.5 | 53.2 | 62.4 | 52.7 | 98.7 |
| Gas, $/mcf | 0.6 | 0.8 | 1.3 | 1.04 | 1.0 |
| Av. production cost, $/boe | 9.7 | 12.3 | 24.6 | 13.6 | 29.0 |
| Adjusted EBITDA, $/boe | 25.1 | 35.0 | 38.6 | 30.1 | 60.6 |

*Source: IFRS financial statements*

The increase in sales per boe, effectively the average sales price, reflects the steady increase in oil prices from 2005 to date. The cost of sales per boe, effectively the cost of lifting, was relatively stable over the period. Growth in the sales price coupled with stable cost resulted in EBITDA growth.

## 6.4  Tolkynneftegaz Financial Statements

Below is given an analysis of summary financial statements, for more details please refer to Appendix A on p. 79.

The summary of the balance sheet is given below.

**Table 39: TNG Balance Sheet Summary, US$ million**

| | As of 31 December | | | As of 30 June |
|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 |
| Cash | 0 | 179 | 9 | 9 |
| Trade and other receivables | 72 | 168 | 132 | 176 |
| PP&E | 123 | 203 | 411 | 475 |
| Other assets | 26 | 27 | 50 | 45 |
| **Total assets** | **221** | **577** | **602** | **705** |
| Equity | 59 | 107 | 130 | 234 |
| Debt | 118 | 381 | 333 | 275 |
| Deferred tax liability | 30 | 51 | 125 | 131 |
| Other liabilities | 14 | 38 | 14 | 65 |
| **Total liabilities and equity** | **221** | **577** | **602** | **705** |

*Source: TNG IFRS financial statements*

The substantial increase in debt and cash in 2006 was caused by a loan from Tristan Oil. TNG's substantial investment in production resulted in a steady growth of PP&E.

The summary of the income statement is given below.



## Project Zenith – Information Memorandum (confidential copy for _____)

**Table 40: TNG income statement summary, US$ million**

| | As of 31 December | | | As of 30 June | |
|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2007 | 2008 |
| Average daily production (mboed) | 23.8 | 24.2 | 25.2 | 20.9 | 48.6 |
| **Sales** | **109** | **126** | **166** | **57** | **214** |
| Crude oil and condensate | 83 | 97 | 118 | 40 | 153 |
| Natural gas | 26 | 29 | 47 | 17 | 60 |
| Cost of Sales | 38 | 38 | 47 | 22 | 43 |
| **Gross Profit** | **72** | **88** | **118** | **35** | **171** |
| *Gross margin* | *66%* | *70%* | *71%* | *62%* | *80%* |
| Distribution expenses | 1 | 1 | 1 | 0 | 1 |
| Administrative expenses | 2 | 6 | 11 | 4 | 7 |
| **Operating profit** | **71** | **85** | **111** | **34** | **166** |
| *Operating margin* | *65%* | *67%* | *67%* | *59%* | *78%* |
| **Net income** | **49** | **48** | **58** | **10** | **104** |
| *Net margin* | *45%* | *38%* | *35%* | *17%* | *48%* |
| **EBITDA** | **96** | **98** | **132** | **46** | **191** |
| *EBITDA margin* | *88%* | *78%* | *80%* | *81%* | *89%* |
| **Adjusted EBITDA** | **96** | **111** | **132** | **46** | **191** |
| *Adjusted EBITDA margin* | *88%* | *88%* | *80%* | *81%* | *89%* |

*Source: TNG IFRS financial statements*

TNG substantially increased production in 2008 due to capital investments in drilling and the construction of a second pipeline with greater capacity to Borankol. Sales mostly represent revenue from sales of crude oil (72% of total sales in 2007 and 77% in 2006) and natural gas (28% of total sales in 2007 and 23% in 2006). TNG sells self-generated electricity (about 0.2% of revenue in 2007). The growth in sales and EBITDA was caused by increased production and growth in oil prices. Relatively low EBITDA margin in 2006 compared to other years was due to a penalty paid on early repayment of a bank loan (ca. US$13.39 mln)

**Table 41: TNG Cost of Sales, US$ million**

| | As of 31 December | | | As of 30 June | |
|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2007 | 2008 |
| Depreciation | 22.7 | 23.1 | 22.3 | 12.5 | 24.1 |
| Royalty tax | 3.5 | 4.2 | 5.5 | 1.9 | 7.1 |
| Salaries and related costs | 3.6 | 2.6 | 3.9 | 1.9 | 2.9 |
| Material | 3.7 | 1.6 | 5.1 | 0.6 | 1.9 |
| Transportation | 1.8 | 1.0 | 1.1 | 0.6 | 0.4 |
| Security | 0.5 | 0.6 | 1.0 | 0.4 | 0.7 |
| Gas purchased for resale | 0.2 | - | 1.3 | 0.6 | 0.9 |
| Other | 1.7 | 4.9 | 7.0 | 3.4 | 4.9 |
| **Total Cost of Sales** | **37.7** | **38.0** | **47.4** | **21.9** | **42.9** |

*Source: TNG IFRS financial statements*

Major components of the cost of sales are depreciation (48% in 2007 and 61% in 2006), royalty tax (12% and 11%, respectively), payroll (8% and 7%) and materials (11% and 4%). About half of administrative expenses are personnel-related expenses (salaries, training) and about half of the rest are taxes and duties.



64

**Table 42: TNG Income Statement Analysis per boe**

| | As of 31 December | | | As of 30 June | |
|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2007 | 2008 |
| Sales, $/boe | 12.8 | 14.5 | 18.0 | 15.3 | 24.1 |
| Sales of oil and condensate, $/bbl | 45.5 | 54.3 | 66.8 | 52.1 | 102.4 |
| Sales of gas, $/mcf | 0.7 | 0.7 | 1.1 | 1.0 | 1.4 |
| Av. production cost, $/boe | 4.4 | 4.4 | 5.2 | 5.9 | 4.8 |
| Adjusted EBITDA, $/boe | 11.3 | 12.8 | 14.4 | 12.4 | 21.5 |

*Source: TNG IFRS financial statements*

The increase in sales per boe, effectively the average sales price, reflects steady growth in oil prices from 2005 to date. The cost of sales per boe, effectively the cost of lifting, was relatively stable over the period. Growth in the sales price coupled with stable cost resulted in EBITDA growth.

## 6.5   Debt

### 6.5.1   Senior Secured Notes

*General*

Tristan Oil issued US$300 million aggregate principal amount of 10½% Senior Secured Notes due 2012 (the "**Notes**") on 20 December 2006 and issued an additional US$120 million aggregate amount of the Notes on 14 June 2007. The Notes were issued pursuant to an Indenture among Tristan Oil, KPM, TNG and Wells Fargo Bank, N.A., as trustee, dated 20 December 2006 (the "**Indenture**"). The Notes will mature on 1 January 2012.

Tristan Oil is a company that was formed solely to issue the Notes and any additional notes issued under the Indenture.

The net proceeds from the sale of the Notes were used to repay TNG's debt of US$145 million to Kazcommerzbank in 2007, for working capital and general corporate expenses of the Companies, including capital expenditures.

*Guarantors*

KPM and TNG are guarantors of the Notes. Under the Indenture, among other things, the guarantors must produce combined financial statements with Tristan Oil on a quarterly and annual basis and a reserve report on an annual basis.  The financial statements and reserve reports must be made available to the holders of the Notes and posted on Tristan Oil's website.

*Collateral*

The Notes are secured by the capital stock of Tristan Oil, KPM and TNG and by notes payable by Terra Raf, KPM and TNG.

*Covenants*

The Indenture governing the Notes contains covenants that, among other things, limit Tristan Oil's, KPM's and TNG's ability to:



- incur debt;
- pay dividends, redeem subordinated debt or make other restricted payments;
- transfer or sell assets;
- make certain investments or acquisitions;
- grant liens on their assets ;
- enter into certain transactions with affiliates (as described in Table 44 below); and
- merge, consolidate or transfer substantially all of their assets.

A description of the key covenants and consequences of covenant breach are given in table below.

**Table 43: Covenants and Consequences of Breach**

| | |
|---|---|
| **Transactions with Affiliates** | If Tristan Oil, KPM or TNG enter into any transaction with affiliates, they are required:<br>– If aggregate consideration is in excess of US$1.0 million, the transaction must be on an arm's length basis; and<br>– If aggregate consideration is in excess of US$3.0 million, to obtain a resolution of the Board certified by a majority of the disinterested members and at least one Independent Director; and<br>– If aggregate consideration is in excess of US$10.0 million, to provide an independent fairness opinion |
| **Change of Control Offer** | If Tristan Oil, KPM or TNG experiences a change of control, each holder of the Notes will have the right to require Tristan Oil to repurchase all or any part of the holder's Notes at a price equal to 101% of the aggregate principal amount thereof, plus accrued and unpaid interest, if any, and additional amounts, if any |
| **Asset Sale Offer** | If KPM or TNG sell certain assets and do not use the proceeds within 365 days as permitted under the indenture governing the Notes, Tristan Oil will be required to offer to purchase the Notes in an amount equal to the proceeds of such sale at a price equal to 100% of the aggregate principal amount thereof, plus accrued and unpaid interest, if any, and additional amounts, if any |
| **Excess Cash Flow Offer** | Within 90 days after the end of each fiscal year in which Excess Cash Flow is US$5 million or more, Tristan Oil must offer to repurchase a portion of the Notes at the price in cash equal to 100% of their principal amount, using 50% of Excess Cash Flow from the previous fiscal year. |

*Source: Indenture*

**6.5.2 Early Repayment**

The terms of the Notes include certain repayment options. At any time prior to 1 July 2009, Tristan Oil may redeem up to 35% of the aggregate principal amount of its Notes at a redemption price of 110.5% of the principal amount thereof plus accrued and unpaid interest with the proceeds of an initial public offering of common stock of KPM and TNG.

On or after 1 July 2009, Tristan Oil may redeem all or a part of its Notes at the redemption prices (expressed as percentage of the principal amount) set forth in the table below plus accrued and unpaid interest.

**Table 44: Redemption Price**

| Year | Percentage |
|---|---|
| 2009 | 105.250% |
| 2010 | 102.625% |
| 2011 and thereafter | 100% |

*Source: Indenture*



### 6.5.3   The Companies' Debt

Part of the proceeds from Notes were transferred from Tristan Oil to KPM and TNG in the form of loans maturing on 22 December 2011. The loans to KPM and TNG are granted at a fixed annual interest rate of 16% in 2007 per annum and 17.65% per annum in 2006 (before deduction of withholding taxes) and the amounts mature in December 2011. KPM and TNG have the right to make early repayment of their outstanding loan, in full or in part, with accrued interest but without penalty at any time and without prior notice.

**Table 45: Debt of the Companies as of 30 June 2008**

| Lender | Borrower | Nominal, US$ mln | Interest rate | Maturity |
|--------|----------|------------------|---------------|----------|
| Tristan Oil | KPM | 30 | 17.65% | 22 December 2011 |
| Tristan Oil | KPM | 20 | 16% | 22 December 2011 |
| **TOTAL KPM** | | **50** | | |
| Tristan Oil | TNG | 181 | 17.65% | 22 December 2011 |
| Tristan Oil | TNG | 94 | 16% | 22 December 2011 |
| **TOTAL TNG** | | **275** | | |
| **TOTAL** | | **325** | | |

*Source: Companies*

KPM and TNG withhold 15% of the interest expense paid to Tristan Oil as a withholding tax.

### 6.5.4   Implications of a Sale under the Indenture

Under the Indenture, any sale of all or substantially all of the properties or assets of KPM or TNG, or any or sale of more than 50% of the voting stock of KPM or TNG, may only occur as permitted by the provisions of the Indenture and would trigger certain obligations on the part of Tristan Oil, KPM and TNG.

Among other things, KPM and TNG may not sell all or substantially all of their properties or assets to another person unless (i) the person to which the assets is sold is a corporation organized and existing under the laws of the United States or any state of the United States or the District of Columbia, (ii) the person to which the assets is sold assumes all of the obligations of KPM and TNG as a guarantor of the Notes, and (iii) the person to which the assets is sold could incur at least $1.00 of additional debt pursuant to the Fixed Charge Coverage Ratio test to which Tristan Oil, KPM and TNG are subject under the Indenture.

Additionally, under the Indenture, any sale of all or substantially all of the properties or assets of KPM or TNG, or any or sale of more than 50% of the voting stock of KPM or TNG, constitutes a "**Change of Control**" under the Indenture.  The Indenture requires that upon the occurrence of a Change of Control, the Company must offer to each note holder to repurchase all or any part of their Notes at a purchase price equal to 101% of the aggregate outstanding principal amount of the Notes repurchased plus accrued and unpaid interest. After a Change of Control resulting from the sale of more than 50% of the voting stock of a Notes guarantor, the acquired guarantor (KPM and/or TNG) will remain a guarantor and will continue to be bound by the terms and provisions of the Indenture.

Renaissance
Capital

67

# 7. Overview of the Kazakh Oil and Gas Industry

**A Rapidly Developing Oil and Gas Industry with One of the World's Largest Proved Reserve Bases**

Kazakhstan is one of the main producing regions in the world, and is the second largest oil producer in the Former Soviet Union after Russia. Total production from the country's producing fields in 2007 amounted to 68.7 million tonnes, of which about 87% was exported. Kazakhstan's proved oil reserves rank it in the top 10 countries in the world. The majority of Kazakhstan's sizeable oil and gas reserves are located in the Caspian Sea region, which is home to countries (including Russia and Iran) that border the Caspian Sea. A part of Uzbekistan also is considered to be part of the Caspian region due to its proximity. To date, the two most significant oil producing countries in the Caspian Sea region have been Kazakhstan and Azerbaijan. It is expected that these countries will continue to lead the region in oil production in the near future, driven by production growth from existing fields and the development of recently discovered fields. Turkmenistan and Uzbekistan are the predominant gas producers in the Caspian Sea region but do not produce significant oil volumes relative to Kazakhstan and Azerbaijan. In addition, the areas of Russia and Iran near the Caspian Sea are not sources of substantial oil production for these countries. Russia, however, plays an important role in the region by providing a transportation corridor between the Caspian Sea and the Black Sea. Kazakhstan is one of the few oil-rich countries that still allows foreign investors to acquire assets and develop its oil-fields.

**Established Current Production and Significant Exploration Potential**

As of 31 December 2007, Kazakhstan ranked 9th in the world in proved oil reserves and 17th in proved gas reserves, with an estimated 39.8 billion barrels of proved oil reserves and 1.9 trillion cubic meters of natural gas reserves. Kazakhstan's sizeable proved gas reserves are comparable to those of Canada and Kuwait. Kazakhstan has the largest recoverable oil reserves in the Caspian Sea Region. Possible offshore hydrocarbon reserves (mostly in the Kazakh sector of the Caspian Sea) present huge exploration upside that could significantly expand Kazakhstan's current proved reserve base. For example, the recently discovered giant off-shore Kashagan Field is estimated to be the largest oil and gas field discovered in the past 40 years. The Ministry of Energy and Mineral Resources estimates Kazakhstan's prospective crude resources at from 88 and 125 billion barrels, around 60% of which are located offshore.

**Chart 31: Total Non-OPEC Oil Reserves (bln bbls)**     **Chart 32: Kazakhstan's Oil Production Outlook (mmboed)**



*Source: BP Statistical Review of World Energy, June 2008   Source: CERA, MEMR*



## Project Zenith – Information Memorandum (confidential copy for _____)

Between 2001 and 2007, Kazakhstan's oil production grew at a CAGR of approximately 10.1%. During 2007, the country produced around 1.4 million bopd. The government estimates that Kazakhstan will produce 1.6 million bopd by 2010, and 2.6 million bopd by 2015. It is expected that most of this growth will come from the Tengiz, Karachaganak and Kashagan fields.

Kazakhstan produced 83.6 million tonnes of oil and gas condensate in 2005, 88.3 million tonnes of oil and gas condensate in 2006 and 93.3 million tonnes of oil and gas condensate in 2007.

Kazakhstan has three major oil refineries supplying the north (Pavlodar), the west (Atyrau) and the south (Shymkent), with an estimated total refining capacity of 21.0 million tonnes per year, or approximately 427 thousand bopd. In 2007, the three refineries together processed a combined average of approximately 12 million tones per year, or 241 thousand bopd. The Pavlodar Refinery is supplied mainly by west Siberian oil; the Atyrau Refinery runs solely on domestic oil from western Kazakhstan and the Shymkent refinery generally uses oil from southern Kazakhstan. The Atyrau Refinery is undergoing modernization to provide some additional capacity and to allow the refinery to meet current European fuel standards.

### Actively Developing Gas Production

Kazakhstan is a net exporter of gas. Increases in its gas production are expected to come primarily from associated gas at the Tengiz, Karachaganak and Kashagan fields. Most of Kazakhstan's gas reserves are located to the west of the region near the Caspian Sea, with roughly 25% of proved reserves located in the Karachaganak field.

Gas production in Kazakhstan has increased significantly since 1999 when the government passed a law requiring subsoil users (primarily oil companies) to include gas utilization projects in their development plans.  As a result, by 2000, gas production had doubled in comparison with 1995, reaching 381.4 bcf, the highest level of production since the country declared its Independence in 1991. Production has since increased, reaching approximately 962 bcf in 2007.

### Major Oil and Gas Projects in Kazakhstan Are Attracting Oil Majors and Significant Investments

Since 2000, Kazakhstan has experienced significant economic growth. Two of the main catalysts for this growth have been economic reform and foreign investment, much of which has been concentrated in the energy sector. Foreign investment in the oil and gas sector in Kazakhstan has taken the form of joint ventures, production-sharing agreements and exploration/field concessions. Major projects in Kazakhstan include the Tengiz, Karachaganak and Kashagan fields.

**Chart 33: Oil Reserves Breakdown by Oilfields ('06)**

**Chart 34: Oil Production Breakdown by Oilfields ('06)**







*Source: Estimates based on Ministry of Energy Mineral Resources (MEMR), National Company Kazmunaigaz (KMG)*



69

## Project Zenith – Information Memorandum (confidential copy for _____)

Tengizchevroil LLP (TCO), a joint venture between Chevron Corporation, ExxonMobil Corporation, Lukarco Services B.V., and KazMunaiGas, was created in 1993 as a 40-year, $20 billion joint venture, with the aim of developing the Tengiz and Korolev fields.

The Tengiz field is one of the largest fields to be developed in the world in the last 25 years and is located on the south eastern part of the Pre Caspian basin on the north eastern edge of the Caspian Sea. According to current estimates, the Tengiz field has recoverable oil reserves of around 9.0 billion barrels. In 2007, total daily production from the TCO project averaged 305,000 barrels of crude oil, 460 million cubic feet of natural gas and 28,000 barrels of natural gas liquids. Average 2006 total daily production was 291,000 barrels of crude oil, 443 million cubic feet of natural gas and 25,000 barrels of natural gas liquids. Average 2005 total daily production was 296,000 barrels of crude oil, 479 million cubic feet of natural gas and 26,000 barrels of natural gas liquids.

The Karachaganak field is a large gas-oil-condensate field located in northwest Kazakhstan, with an area of about 280 square kilometres. In 1997, a foreign consortium signed a $7.0-$8.0 billion 40-year production sharing agreement to develop the field, with planned investment of $4.0 billion by 2006. The field holds an estimated 8.0 to 9.0 billion barrels of oil and gas condensate and 47.0 tcf of gas. During 2007, Karachaganak's total daily production averaged 225,000 barrels of liquids and 805 million cubic feet of natural gas.

The Kashagan field is located off the north shore of the Caspian Sea. In 1997, a consortium of companies consisting of Eni S.p.A, Royal Dutch Shell plc, Total S.A., ExxonMobil Corporation, Conoco Philips, and KazMunaiGas signed a 40-year production sharing agreement covering five structures: Kashagan, Kalamkas, Aktoty, Kairan and Kashagan SW. In June 2000, as a result of drilling and testing wells in East Kashagan-1, the Kashagan field appeared to be the largest oil and gas field discovery of the past 40 years. Eni alone plans to invest $10.0 billion during the first stage of exploration at the Kashagan field.

### Strategic Geographical Position and Rapidly Developing Infrastructure

**Map 14: Export-oriented Oil Sector**          **Map 15: Development of Export Infrastructure**





* KCP pipeline has been in operation from July 2006

*Source: MEMR, KazEnergy.*          *Source: MEMR, KazEnergy.*



## Project Zenith – Information Memorandum (confidential copy for _____)

| | |
|---|---|
| 1 | - Expansion of CPC (Caspian Pipeline Consortium) – projected capacity 67 mta (current 30) |
| 2 | - Construction of KK link (Kenkiyak – Kumkol) – projected capacity 20 mta (current N/A) |
| 3 | - Expansion of UAS (Uzentau-Atyrau-Samara) – projected capacity 25 mta (current 16) |
| 4 | - The 2nd phase of KCP (Kazakhstan Chinese Pipeline Atasu–Alashankou - projected capacity 20 mta (current 10) |
| 5 | - KCTS (Kazakhstan Caspian Transportation System) – Transcaspian link to BTC – projected capacity 56 mta (current N/A) |
| 6 | - Oil shipments by tankers (current 9) |
| | Maximum projected capacity will go from current 56 mta to maximum of 168 mta |

Kazakhstan's strategic geographical position between Russia and China allows it to serve the demands of the rapidly developing Chinese and Russian economies, as well as serve as the transportation and economic hub of Central Asia. An important aspect of increasing hydrocarbon production in Kazakhstan has been the development of transportation infrastructure. Exports of oil have grown significantly and most of Kazakhstan's oil is currently being delivered to foreign markets via pipelines through Russia to shipping points on the Black Sea. The opening of the Caspian Pipeline Consortium ("CPC") pipeline in 2001 substantially increased Kazakhstan's oil export capacity.

In 2007, out of total exports of the 60 million tonnes per year, or approximately 1.2 MMbopd, approximately 26 million tonnes of oil were shipped through the CPC pipeline and 16 million tonnes of oil were shipped through the Uzen-Atyrau-Samara (UAS) pipeline.

The CPC pipeline, which has been operational since 2001, represents a major export route. It extends 980 miles, originating in the Tengiz fields, running through Russia and terminating at the CPC marine terminal on the Black Sea near the Russia port of Novorossiysk. Its capacity currently is 560.0 mbopd. The CPC expansion project is expected to see capacity grown to at least 1.3 MMbopd and includes the construction of an additional pumping station, increasing the storage capacity of the existing reservoirs, as well as construction of additional loading facilities. Project costs are estimated at $1.5 billion.

The UAS pipeline transports oil from fields in the Atyrau and Mangystau regions to Russia. The pipeline system runs from Uzen in Southwest Kazakhstan to Atyrau, before crossing into Russia and linking with Russia's Transneft system at Samara. In June 2002, Kazakhstan signed a 15-year oil transit agreement with Russia. Under this agreement, Kazakhstan will export at least 16.9 million tonnes per year, or 340,000 bopd, of oil using the Russian pipeline system.

The 1,040-mile Baku-Tbilisi-Ceyhan pipeline delivers oil from Baku in Azerbaijan to a new marine terminal in the Turkish port of Ceyhan on the Mediterranean. It is the first direct pipeline link between the Caspian and the Mediterranean. It is the second longest oil pipeline in the world after the Druzhba pipeline. The Baku-Tbilisi-Ceyhan pipeline began operating in July 2006, and is designed to transport up to approximately 50 million tonnes, or 1.0 million bopd. BP is the largest stakeholder in the project with 30.1%. The Baku-Tbilisi-Ceyhan pipeline is expected to be largely dedicated to production from the Azerbaijani sector of the Caspian Sea, but to the extent there is available capacity, the pipeline may be used to transport Kazakh oil shipped across the Caspian Sea to Baku by tanker. Kazakhstan has plans to build a so-called "Kazakhstan Caspian Transportation System" linking Kazakh oil to the BTC pipeline, by building pipelines from Karabatan to Kuryk, and by developing tanker transportation system from Kuryk to Baku.

In December 2005, China and Kazakhstan began operating the 613-mile Atasu-Alashankou pipeline, a section of the Kazakhstan-China pipeline, which cost approximately $3.0 billion. The initial capacity of the Atasu-Alashankou pipeline is approximately 10.0 million tonnes, or 200,000 bopd per year, with a projected increase up to approximately 20.0 million tones per year, or 400,000 bopd.

Befroe the development of the UAS and CPC pipelines rail transportation was the primary export route for production from Kazakhstan. The rail infrastructure remains an alternative transportation option and transports up to 2.9 mta of oil.



# 8. Overview of the Kazakh Economy

**Overview of Kazakhstan**

Kazakhstan is located in Central Asia and is bordered by Russia to the north and west, China's Xinjiang-Uighur Autonomous Region to the east, the Kyrgyz Republic ("Kyrgyz"), the Republic of Uzbekistan ("Uzbekistan") and the Republic of Turkmenistan ("Turkmenistan") to the south and the Caspian Sea to the west. The capital, Astana, is located in central Kazakhstan, but Almaty, in the country's southeast, is the principal business and financial centre and is by far the largest city.

Kazakhstan covers an area of 2.7 million square kilometres (approximately the same size as Western Europe) and spans two time zones: from the Caspian Sea in the west to the Altai Mountains in the east. In terms of landmass, Kazakhstan is the 9th largest country in the world and the 2nd largest country after Russia in the Commonwealth of Independent States ("CIS").

Country Snapshot:
- Population 15.7 m
- Area 2.7 m sq km
- Literacy 99.5%
- 2007 Real GDP (USD at PPP ) USD 158.2 bln
- 2007 Real GDP per capita at PPP USD 10,760
- 3.2% of the world's proved oil reserves, 1.1% of the world's proved gas reserves
- Wide range of mineral resources , including coal, gold, chrome, copper, iron, uranium, and nickel
- Sovereign Ratings:   S&P: BBB; Moody's: Baa2; Fitch: BBB

*Source: EIU, CIA World Factbook, BP Statistical Review of World Energy, June 2008, Agency on Statistics of*

**Chart 35: Kazakhstan Real GDP Dynamics**   **Chart 36: Kazakhstan Real GDP per Capita**



*Source: Economic Intelligence Unit*   *Source: Economic Intelligence Unit*

From 2002-2007, real GDP in Kazakhstan (at PPP) grew at a compounded average rate of around 9.5%. This growth was driven mainly by high oil prices, strong domestic consumption and a well-developed banking system. GDP growth resulted in GDP per capita of $10,760 in 2007. Over this period, the general economic situation in Kazakhstan has improved, leading to an increased growth of imports. High oil prices have increased foreign exchange reserves, which are accumulated in the National Development Fund in order to reduce inflationary pressures on the country's economy.



72

## Project Zenith – Information Memorandum (confidential copy for _____)

Between 1993 and 2007 Kazakhstan attracted more than $68 billion of foreign direct investment, which is the highest per capita rate among the countries of the former Soviet Union.

**Chart 37: GDP Relative Size and Growth**          **Chart 38: Kazakhstan's FDI Dynamics**



*Source: MEMR, KazEnergy*                          *Source: National Bank of Kazakhstan*

The Kazakh economy has exhibited remarkable growth over the past 6 years, outperforming both its developed and emerging-market peers. Kazakhstan continues its transition from a resource-exporting country to a more Western, consumer-driven, diversified economy.

Considerable progress in structural reforms has been made since the early 1990s, including privatization, pension reform, the establishment of a strong framework for regulation and supervision of the banking sector, and progress in meeting WTO standards. Kazakhstan was the first CIS country to receive an "investment country" sovereign rating from the leading ratings agencies.

Rapid economic growth has helped stimulate employment and improve living standards. The unemployment rate fell from 13.7% in 1998 to 7.3% in 2007. Currently, annual per capita GDP and monthly wages in Kazakhstan are among the highest of the republics of the former Soviet Union.

**Renaissance**
Capital

73

# 9. Other Publicly Available Information

Other publicly available information with respect to Tristan Oil and the Companies including historical financial statements and reserve reports can be found on Tristan Oil's website: www.tristanoil.com.



74

# Appendices

## A.    Financial statements (US$)

### Combined financial statements

#### Income Statement

| | US$ | US$ | US$ | US$ | US$ |
|---|---|---|---|---|---|
| | Year ended 31 December 2005 | Year ended 31 December 2006 | Year ended 31 December 2007 | Six months ended 30 June 2007 | Six months ended 30 June 2008 |
| Sales | 209,552,082 | 236,197,597 | 286,399,361 | 105,638,500 | 311,960,017 |
| Cost of sales | (60,098,864) | (64,653,719) | (96,455,389) | (34,867,893) | (73,361,780) |
| **Gross Profit** | **149,453,218** | **171,543,878** | **189,943,972** | **70,770,607** | **238,598,237** |
| | | | | | |
| Other income | 1,704,517 | 3,513,132 | 4,342,029 | 2,556,272 | 1,659,934 |
| Distribution costs | (10,217,142) | (11,132,262) | (10,589,108) | (5,082,683) | (7,178,293) |
| Administrative expenses | (3,082,169) | (11,333,467) | (21,475,001) | (8,814,818) | (13,068,504) |
| Other operating expenses | (4,846,168) | (14,337,569) | (8,042,126) | (5,734) | (32,077) |
| **Operating Profit** | **133,012,256** | **138,253,712** | **154,179,766** | **59,423,644** | **219,979,297** |
| | | | | | |
| Financial income | 0 | 79,860 | 2,566,915 | 3,945,990 | 1,732,206 |
| Financial expenses | (3,406,344) | (5,037,444) | (6,377,908) | (11,865,377) | (15,971,117) |
| Change in fair value of financial liabilities | 0 | (6,750,000) | 23,550,000 | 0 | 0 |
| Provision expense | 0 | (13,391,592) | | 0 | - |
| Exchange gains | 145,214 | 4,382,217 | 897,296 | - | - |
| **Profit before tax** | **129,751,126** | **117,536,753** | **174,816,069** | **51,504,257** | **205,740,386** |
| | | | | | |
| Income tax expense | (57,443,691) | (59,630,770) | (74,418,333) | (35,355,060) | (86,810,633) |
| | | | | | |
| **Profit for the period** | **72,307,435** | **57,905,983** | **100,397,736** | **16,149,197** | **118,929,753** |

#### Balance Sheet

##### ASSETS

| | US$ | US$ | US$ | US$ |
|---|---|---|---|---|
| | As of 31 December 2005 | As of 31 December 2006 | As of 31 December 2007 | As of 30 June 2008 |
| *Non-current assets* | | | | |
| Intangible assets | 19,115,979 | 20,375,562 | 10,003,241 | 9,440,153 |
| Exploration and evaluation assets | - | - | 17,600,063 | 30,669,318 |
| Advances paid | - | - | 15,120,270 | 873,270 |
| Property, plant and equipment | 205,647,649 | 317,561,242 | 539,510,774 | 601,997,969 |
| Financial assets | - | - | 75,345,400 | 75,345,400 |
| **Total non-current assets** | **224,763,628** | **337,936,804** | **657,579,748** | **718,326,110** |
| | | | | |
| *Current assets* | | | | |
| Inventories | 7,324,359 | 8,289,203 | 16,988,989 | 15,472,091 |
| Trade and other receivables | 104,747,581 | 239,696,733 | 214,359,420 | 290,700,038 |
| Cash and cash equivalents | 1,184,867 | 275,606,948 | 20,740,908 | 13,243,235 |
| **Total current assets** | **113,236,807** | **523,592,884** | **252,089,317** | **319,415,364** |
| | | | | |
| **Total assets** | **338,020,435** | **861,529,688** | **909,669,065** | **1,037,741,474** |

##### LIABILITIES AND SHAREHOLDERS' EQUITY

| | US$ | US$ | US$ | US$ |
|---|---|---|---|---|
| | As of 31 December 2005 | As of 31 December 2006 | As of 31 December 2007 | As of 30 June 2008 |
| *Shareholders' equity* | | | | |
| Share capital | 123,257 | 5,123,257 | 128,257 | 128,257 |
| Additional paid-in capital | | | 1,307,681 | 1,307,681 |
| Retained earnings | 106,464,777 | 164,370,760 | 202,870,618 | 321,800,371 |
| **Total shareholders' equity** | **106,588,034** | **169,494,017** | **204,306,556** | **323,236,309** |
| | | | | |
| *Non-current liabilities* | | | | |
| Long-term loans | 77,390,688 | | | |
| Historical cost obligation | | | 3,736,910 | 9,518,142 |
| Long-term borrowings | 45,479,210 | 376,293,706 | 471,298,634 | 411,600,000 |
| Deferred tax liability | 61,455,357 | 98,332,522 | 182,903,166 | 188,926,517 |
| **Total non-current liabilities** | **184,325,255** | **474,626,228** | **657,938,710** | **610,044,659** |
| | | | | |
| *Current liabilities* | | | | |
| Trade and other payables | 20,695,533 | 34,834,923 | 20,219,258 | 23,514,423 |
| Tax payables | 17,423,221 | 24,101,124 | 27,204,541 | 80,946,083 |
| Short-term borrowings | 8,988,392 | 145,081,804 | | |
| Provisions | | 13,391,592 | | |
| **Total current liabilities** | **47,107,146** | **217,409,443** | **47,423,799** | **104,460,506** |
| | | | | |
| **Total liabilities and shareholders' equity** | **338,020,435** | **861,529,688** | **909,669,065** | **1,037,741,474** |



75

## Project Zenith – Information Memorandum (confidential copy for _____)

### Cash flow statement

| | US$ Year ended 31 December 2005 | US$ Year ended 31 December 2006 | US$ Year ended 31 December 2007 | US$ Six months ended 30 June 2007 | US$ Six months ended 30 June 2008 |
|---|---|---|---|---|---|
| **Profit for the period** | 72,307,435 | 57,905,983 | 100,397,736 | 16,149,197 | 118,929,753 |
| Income tax expense recognized in profit or loss | 57,443,691 | 59,630,770 | 74,418,333 | 35,355,060 | 86,810,633 |
| Depreciation of PP&E and amortization of intangible assets | 28,317,664 | 32,275,117 | 50,938,536 | 16,903,840 | 39,761,567 |
| Finance costs | 3,406,344 | 4,944,340 | 3,845,993 | 5,794,474 | 7,571,117 |
| Interest income | 0 | (79,859) | | (673,735) | (152,474) |
| Change in provision for doubtful debts | 683,776 | (809,038) | | | |
| Foreign exchange loss on long-term borrowings | | | (137,391) | 48,868 | |
| Gains/(loss) on disposals of property plant and equipment | 519,158 | 48,622 | (155,175) | 541,249 | |
| Change in fair value of financial liabilities | | 6,750,000 | (23,550,000) | (1,500,000) | 8,400,000 |
| Other operating expenses | | 13,009,006 | | | |
| Under provided income tax in prior period | | | (188,931) | | |
| Debt issue transaction costs | | | 6,070,903 | | |
| Provision expenses | | 13,391,592 | | | |
| Costs related to tack-on issue | | | 6,070,903 | | |
| **TOTAL** | **162,678,068** | **187,066,533** | **211,640,004** | **78,689,856** | **261,320,596** |
| | | | | | |
| *Movements in working capital* | | | | | |
| (Increase)/Decrease in trade and other receivables | (54,614,156) | (38,402,727) | (69,982,429) | 21,218,762 | (76,340,618) |
| Decrease/(Increase) in inventories | 5,143,747 | (964,844) | (1,695,224) | (9,467,393) | 1,516,898 |
| (Decrease)/increase in trade and other payables | 10,271,769 | 8,743,478 | (8,678,098) | 4,939,404 | 14,013,274 |
| **Cash generated from operations before income tax and interest** | **123,479,428** | **156,442,440** | **131,284,253** | **95,380,629** | **200,510,150** |
| Income tax paid | (14,626,162) | (18,748,513) | (25,059,057) | (13,378,654) | (31,982,716) |
| Interest paid | (16,889,693) | (23,796,735) | (60,297,019) | (26,885,283) | (30,007,751) |
| **Net cash generated by operating activities** | **91,963,573** | **113,897,192** | **45,928,177** | **55,116,692** | **138,519,683** |
| | | | | | |
| *Cash flow from investing activities* | | | | | |
| Interest received | - | 79,859 | 2,566,915 | 146,147 | 152,474 |
| Advances paid for non current assets | - | - | 63,998,882 | 4,828,287 | 14,247,001 |
| Acquisition of intangible assets and exploration and evaluation assets | - | - | | (1,504,730) | (13,117,142) |
| Payments for property, plant and equipment | (100,909,148) | (203,092,884) | (226,924,761) | (82,485,786) | (79,215,865) |
| Repayment of loans granted | (2,290,818) | (1,259,583) | 614,600 | 621,400 | - |
| Increase in intangible assets | | | (2,382,374) | - | - |
| Granting of loans | - | (6,000,000) | (70,000,000) | (70,000,000) | - |
| Proceeds from disposal of property, plant and equipment | 22,311 | 9,755 | 871,820 | 171,199 | 14,810 |
| **Net cash used in investing activities** | **(103,177,655)** | **(210,262,853)** | **(231,254,918)** | **(148,223,483)** | **(77,918,722)** |
| | | | | | |
| *Cash flow from financing activities* | | | | | |
| Repayment of borrowings | (13,187,687) | (12,617,498) | (145,081,804) | (145,081,804) | (68,098,634) |
| Dividends paid | - | - | (25,000,000) | (25,000,000) | |
| Share capital paid in | - | - | 5,000 | 5,000 | - |
| Settlement of early repayment penalty | | | (13,391,592) | (13,391,592) | |
| Proceeds from long-term borrowings | 25,211,823 | 383,405,240 | 113,929,097 | 113,929,097 | |
| **Net cash (used)/generated by financing activities** | **12,024,136** | **370,787,742** | **(69,539,299)** | **(69,539,299)** | **(68,098,634)** |
| | | | | | |
| Net (decrease)/increase in cash and cash equivalents | 810,054 | 274,422,081 | (254,866,040) | (162,646,090) | (7,497,673) |
| Cash and cash equivalents at beginning of the year | 374,813 | 1,184,867 | 275,606,948 | 275,606,948 | 20,740,908 |
| **Cash and cash equivalents at the end of the year** | **1,184,867** | **275,606,948** | **20,740,908** | **112,960,858** | **13,243,235** |



## Project Zenith – Information Memorandum (confidential copy for _____)

## KPM financial statements

### Income Statement

| | US$ Year ended 31 December 2005 | US$ Year ended 31 December 2006 | US$ Year ended 31 December 2007 | US$ Six months ended 30 June 2007 | US$ Six months ended 30 June 2008 |
|---|---|---|---|---|---|
| Sales | 109,351,000 | 125,901,234 | 165,571,719 | 57,190,896 | 213,927,546 |
| Cost of sales | (37,685,071) | (38,062,592) | (47,383,345) | (21,920,442) | (42,871,298) |
| **Gross Profit** | **71,665,929** | **87,838,642** | **118,188,374** | **35,270,454** | **171,056,248** |
| | | | | | |
| Other income | 5,093,277 | 5,095,578 | 7,531,906 | 2,628,319 | 2,812,283 |
| Distribution costs | (654,380) | (878,649) | (1,128,584) | (135,243) | (719,621) |
| Administrative expenses | (1,782,550) | (6,475,186) | (11,218,661) | (4,081,144) | (6,699,397) |
| Other expenses | (2,994,096) | (3,228,413) | (1,939,415) | - | (32,032) |
| **Operating Profit** | **71,328,630** | **85,257,544** | **111,433,620** | **33,682,386** | **166,417,481** |
| | | | | | |
| Financial income | - | - | 1,734,304 | 2,060,704 | 416,275 |
| Financial expense | (1,778,459) | (2,911,514) | (5,918,916) | (2,392,112) | (3,188,185) |
| Change in fair value of financial liabilities designated as at fair value through profit | | | | | |
| Penalty on early repayment of bank loan | | | - | - | - |
| Provision expense | - | (13,391,592) | - | - | - |
| Exchange (losses)/gains | 2,064,981 | 2,354,281 | (2,228,163) | - | - |
| **Profit before tax** | **71,615,152** | **71,308,719** | **105,020,845** | **33,350,978** | **163,645,571** |
| | | | | | |
| Income tax expense | (22,150,920) | (23,263,153) | (47,001,528) | (23,729,742) | (59,962,480) |
| | | | | | |
| **Profit for the year** | **49,464,232** | **48,045,566** | **58,019,317** | **9,621,236** | **103,683,091** |

### Balance Sheet

#### ASSETS

| | US$ As of 31 December 2005 | US$ As of 31 December 2006 | US$ As of 31 December 2007 | US$ As of 30 June 2008 |
|---|---|---|---|---|
| *Non-current assets* | | | | |
| Intangible assets | 19,115,979 | 20,375,562 | 5,057,473 | 5,057,859 |
| Exploration costs | - | - | 17,600,063 | 30,669,318 |
| Advances paid | - | - | 15,120,270 | 873,269 |
| Property, plant and equipment | 123,261,172 | 203,296,302 | 411,417,970 | 474,705,431 |
| Financial assets | | | | |
| **Total non-current assets** | **142,377,151** | **223,671,864** | **449,195,776** | **511,305,877** |
| | | | | |
| *Current assets* | | | | |
| Inventories | 5,573,363 | 6,462,783 | 11,535,832 | 8,966,471 |
| Trade and other receivables | 72,255,034 | 167,922,736 | 131,830,203 | 175,614,762 |
| Cash and cash equivalents | 442,866 | 179,346,796 | 9,436,065 | 9,060,534 |
| **Total current assets** | **78,271,263** | **353,732,315** | **152,802,100** | **193,641,767** |
| | | | | |
| **Total assets** | **220,648,414** | **577,404,179** | **601,997,876** | **704,947,644** |

#### LIABILITIES AND SHAREHOLDERS' EQUITY

| | US$ As of 31 December 2005 | US$ As of 31 December 2006 | US$ As of 31 December 2007 | US$ As of 30 June 2008 |
|---|---|---|---|---|
| *Shareholders' equity* | | | | |
| Share capital | 73,257 | 73,257 | 73,257 | 73,257 |
| Additional paid-in capital | - | - | 1,307,681 | 1,307,681 |
| Retained earnings | 59,309,507 | 107,355,073 | 128,476,512 | 232,159,603 |
| **Total shareholders' equity** | **59,382,764** | **107,428,330** | **129,857,450** | **233,540,541** |
| | | | | |
| *Non-current liabilities* | | | | |
| Long-term bank loans | 77,390,688 | - | - | - |
| Long-term borrowings | 31,228,631 | 236,293,127 | 328,848,055 | 275,000,000 |
| Historical cost obligation | - | - | 3,736,910 | 3,433,261 |
| Deferred tax liability | 30,487,631 | 50,828,183 | 124,894,753 | 130,916,225 |
| **Total non-current liabilities** | **139,106,950** | **287,121,310** | **457,479,718** | **409,349,486** |
| | | | | |
| *Current liabilities* | | | | |
| Trade and other payables | 8,790,411 | 18,964,238 | 6,533,989 | 14,946,417 |
| Tax payables | 4,379,897 | 5,416,905 | 8,126,719 | 47,111,200 |
| Short-term bank loans | 8,988,392 | 145,081,804 | - | - |
| Provisions | - | 13,391,592 | - | - |
| **Total current liabilities** | **22,158,700** | **182,854,539** | **14,660,708** | **62,057,617** |
| | | | | |
| **Total liabilities** | **161,265,650** | **469,975,849** | **472,140,426** | **471,407,103** |
| **Total liabilities and shareholders' equity** | **220,648,414** | **577,404,179** | **601,997,876** | **704,947,644** |



77

## Project Zenith – Information Memorandum (confidential copy for _____)

### Cash Flow Statement

| | US$ Year ended 31 December 2005 | US$ Year ended 31 December 2006 | US$ Year ended 31 December 2007 | US$ Six months ended 30 June 2007 | US$ Six months ended 30 June 2008 |
|---|---|---|---|---|---|
| **Profit for the year** | 49,464,232 | 48,045,566 | 58,019,317 | 9,621,236 | 103,683,091 |
| Income tax expense recognized in profit or loss | 22,150,920 | 23,263,153 | 47,001,528 | 23,729,742 | 59,962,480 |
| Depreciation of property, plant and equipment | 22,859,079 | 23,368,432 | 22,689,169 | 12,594,518 | 24,357,329 |
| Finance costs, net | 1,778,459 | 2,911,514 | 4,184,612 | 2,392,112 | 3,188,185 |
| Interest income | - | - | - | (283,255) | (55,812) |
| Foreign exchange loss on long-term borrowings | - | - | (137,391) | 48,868 | - |
| Under provided income tax in prior period | - | - | (188,931) | - | - |
| Change in provision for doubtful debts | 683,776 | (809,038) | - | - | - |
| Provision expense | - | 13,391,592 | - | - | - |
| (Gain)/loss on disposals of property, plant and equipment | 519,158 | 49,216 | (77,553) | 624,470 | - |
| **TOTAL** | **97,455,624** | **110,220,435** | **131,490,751** | **48,727,691** | **191,135,273** |
| *Movements in working capital* | | | | | |
| Decrease/(increase) in trade and other receivables | (43,988,797) | (15,739,513) | (50,031,183) | 13,025,286 | (43,784,561) |
| Decrease/(increase) in inventories | 6,505,867 | (889,420) | 1,931,513 | (8,065,774) | 2,569,361 |
| Increase in tax and trade and other payables | 4,845,902 | 12,867,408 | (6,308,636) | 6,522,887 | 12,410,955 |
| **Cash generated from operations before income tax and interest paid** | **64,818,596** | **106,458,910** | **77,082,445** | **60,210,090** | **162,331,028** |
| Income tax paid | - | (5,583,314) | (7,415,752) | (1,638,248) | (19,258,799) |
| Interest paid | (14,157,691) | (21,429,088) | (52,428,706) | (23,455,351) | (26,961,473) |
| **Net cash generated by operating activities** | **50,660,905** | **79,446,508** | **17,237,987** | **35,116,491** | **116,110,756** |
| *Cash flow from investing activities* | | | | | |
| Payments for property, plant and equipment | (71,373,685) | (163,056,027) | (186,900,966) | (61,361,415) | (63,886,214) |
| Advances paid for non-current assets | - | - | 63,998,882 | 4,828,287 | 14,247,001 |
| Interest received | - | - | 1,734,304 | 283,255 | 55,812 |
| Acquisition of intangible assets | (2,290,818) | (1,259,583) | (159,100) | (122,306) | (386) |
| Payments for exploration and evaluation assets | - | - | (2,122,874) | (1,377,240) | (13,069,255) |
| Proceeds from disposal of property, plant and equipment | 22,311 | 5,811 | 774,432 | 70,901 | 14,810 |
| **Net cash used in investing activities** | **(73,642,192)** | **(164,309,799)** | **(122,675,322)** | **(57,678,518)** | **(62,638,232)** |
| *Cash flow from financing activities* | | | | | |
| Repayment of borrowings | (2,002,943) | (12,617,498) | (145,081,804) | (145,081,804) | (53,848,055) |
| Settlement of early repayment penalty | - | - | (13,391,592) | (13,391,592) | - |
| Proceeds from long-term borrowings | 25,211,823 | 276,384,719 | 94,000,000 | 94,000,000 | - |
| **Net cash (used)/generated by financing activities** | **23,208,880** | **263,767,221** | **(64,473,396)** | **(64,473,396)** | **(53,848,055)** |
| Net (decrease)/increase in cash and cash equivalents | 227,593 | 178,903,930 | (169,910,731) | (87,035,423) | (375,531) |
| **Cash and cash equivalents at beginning of the year** | **215,273** | **442,866** | **179,346,796** | **179,346,796** | **9,436,065** |
| **Cash and cash equivalents at the end of the year** | **442,866** | **179,346,796** | **9,436,065** | **92,311,373** | **9,060,534** |



78

## Project Zenith – Information Memorandum (confidential copy for _____)

## TNG financial statements

### Income Statement

| | US$<br>Year ended<br>31 December 2005 | US$<br>Year ended<br>31 December 2006 | US$<br>Year ended<br>31 December 2007 | US$<br>Six months ended<br>30 June 2007 | US$<br>Six months ended<br>30 June 2008 |
|---|---|---|---|---|---|
| Sales | 102,401,371 | 110,406,792 | 122,911,283 | 49,142,312 | 99,920,904 |
| Cost of sales | (25,295,444) | (27,116,812) | (51,816,761) | (13,902,138) | (33,164,170) |
| **Gross Profit** | **77,105,927** | **83,289,980** | **71,094,522** | **35,240,174** | **66,756,734** |
| | | | | | |
| Other income | 620,314 | 2,120,978 | 803,439 | 1,774,065 | 969,108 |
| Distribution costs | (12,684,925) | (13,337,670) | (12,651,308) | (6,439,417) | (7,746,486) |
| Administrative expenses | (1,502,717) | (5,062,392) | (9,311,911) | (4,147,532) | (6,068,581) |
| Other expenses | (1,854,974) | (1,005,722) | (31,808) | (5,734) | (45) |
| **Operating Profit** | **61,683,625** | **66,005,174** | **49,902,934** | **26,421,556** | **53,910,730** |
| | | | | | |
| Financial income | 0 | 0 | 412,439 | 140,956 | 1,303,796 |
| Financial expense | (1,627,885) | (1,690,804) | (2,547,784) | (3,443,569) | (722,710) |
| Exchange gains | (1,919,766) | 2,027,936 | 3,125,459 | | |
| **Profit before tax** | **58,135,974** | **66,342,306** | **50,893,048** | **23,118,943** | **54,491,816** |
| | | | | | |
| Income tax expense | (35,292,771) | (36,367,617) | (27,416,805) | (11,625,318) | (26,848,152) |
| | | | | | |
| **Profit for the year** | **22,843,203** | **29,974,689** | **23,476,243** | **11,493,625** | **27,643,664** |

### Balance Sheet

#### ASSETS

| | US$<br>As of 31 December 2005 | US$<br>As of 31 December 2006 | US$<br>As of 31 December 2007 | US$<br>As of 30 June 2008 |
|---|---|---|---|---|
| *Non-current assets* | | | | |
| Intangible assets | | | 4,945,768 | 4,382,294 |
| Property, plant and equipment | 82,386,477 | 114,264,940 | 128,092,804 | 132,742,396 |
| **Total non-current assets** | **82,386,477** | **114,264,940** | **133,038,572** | **137,124,690** |
| | | | | |
| *Current assets* | | | | |
| Inventories | 1,750,996 | 1,826,420 | 5,453,157 | 6,505,620 |
| Trade and other receivables | 37,583,195 | 62,592,143 | 82,673,373 | 115,905,527 |
| Cash and cash equivalents | 742,001 | 25,159,985 | 9,662,243 | 1,082,945 |
| **Total current assets** | **40,076,192** | **89,578,548** | **97,788,773** | **123,494,092** |
| | | | | |
| **Total assets** | **122,462,669** | **203,843,488** | **230,827,345** | **260,618,782** |

#### LIABILITIES AND SHAREHOLDERS' EQUITY

| | US$<br>As of 31 December 2005 | US$<br>As of 31 December 2006 | US$<br>As of 31 December 2007 | US$<br>As of 30 June 2008 |
|---|---|---|---|---|
| *Shareholders' equity* | | | | |
| Share capital | 50,000 | 50,000 | 50,000 | 50,000 |
| Retained earnings | 47,155,270 | 77,129,959 | 75,606,202 | 103,249,866 |
| **Total shareholders' equity** | **47,205,270** | **77,179,959** | **75,656,202** | **103,299,866** |
| | | | | |
| *Non-current liabilities* | | | | |
| Long-term borrowings | 14,250,579 | 44,250,579 | 64,250,579 | 50,000,000 |
| Historical cost obligation | | | | 6,084,881 |
| Deferred tax liability | 30,967,726 | 47,504,339 | 58,008,413 | 58,010,291 |
| **Total non-current liabilities** | **45,218,305** | **91,754,918** | **122,258,992** | **114,095,172** |
| | | | | |
| *Current liabilities* | | | | |
| Trade and other payables | 16,995,770 | 16,224,392 | 13,834,329 | 9,388,861 |
| Tax payables | 13,043,324 | 18,684,219 | 19,077,822 | 33,834,883 |
| **Total current liabilities** | **30,039,094** | **34,908,611** | **32,912,151** | **43,223,744** |
| | | | | |
| **Total liabilities** | **75,257,399** | **126,663,529** | **155,171,143** | **157,318,916** |
| **Total liabilities and shareholders' equity** | **122,462,669** | **203,843,488** | **230,827,345** | **260,618,782** |

### Cash Flow Statement

| | US$<br>Year ended<br>31 December 2005 | US$<br>Year ended<br>31 December 2006 | US$<br>Year ended<br>31 December 2007 | US$<br>Six months ended<br>30 June 2007 | US$<br>Six months ended<br>30 June 2008 |
|---|---|---|---|---|---|
| Profit for the period | 22,843,203 | 29,974,689 | 23,476,243 | 11,493,625 | 27,643,664 |
| Income tax expense recognized in profit or loss | 35,292,771 | 36,367,617 | 27,416,805 | 11,625,318 | 26,848,152 |
| Depreciation and amortization of property, plant and equipment and intangible assets | 5,458,585 | 8,906,685 | 28,249,367 | 4,309,322 | 15,404,238 |
| Finance costs, net | 1,627,885 | 1,690,804 | 2,135,345 | 3,438,375 | 722,710 |
| Interest income | | | | (140,956) | (84,528) |
| Gain/loss on disposals of property, plant and equipment | - | (594) | (77,621) | (83,221) | |
| **TOTAL** | **65,222,444** | **76,939,201** | **81,200,139** | **30,642,463** | **70,534,236** |
| | | | | | |
| *Movements in working capital* | | | | | |
| (Increase) in trade and other receivables | (15,716,007) | (25,008,948) | (20,100,402) | 5,489,538 | (33,232,154) |
| (Increase) in inventories | (1,362,120) | (75,424) | (3,626,737) | (1,401,619) | (1,052,463) |
| (Decrease)/increase in trade and other payables | 10,516,515 | (1,871,300) | (1,190,874) | 2,371,894 | 2,274,117 |
| **Cash generated from operations before income tax and interest paid** | **58,660,832** | **49,983,529** | **56,282,126** | **37,102,276** | **38,523,736** |
| Income tax paid | (14,626,162) | (13,165,196) | (17,643,305) | (11,740,406) | (12,723,917) |
| Interest paid | (2,732,002) | (2,367,433) | (9,522,195) | (3,993,533) | (4,835,914) |
| **Net cash generated by operating activities** | **41,302,668** | **34,450,897** | **29,116,626** | **21,368,337** | **20,963,905** |
| | | | | | |
| *Cash flow from investing activities* | | | | | |
| Payments for property, plant and equipment | (29,535,463) | (40,036,857) | (40,023,795) | (21,124,371) | (15,329,651) |
| Payments for intangible assets | | | (100,400) | (5,184) | (47,501) |
| Interest received | | | 412,439 | 140,956 | 84,528 |
| Proceeds from disposal of property, plant and equipment | - | 3,944 | 97,388 | 100,298 | |
| **Net cash used in investing activities** | **(29,535,463)** | **(40,032,913)** | **(39,614,369)** | **(20,888,301)** | **(15,292,624)** |
| | | | | | |
| *Cash flow from financing activities* | | | | | |
| Repayment of borrowings | (11,184,744) | | | | (14,250,579) |
| Dividends paid | - | - | (25,000,000) | (25,000,000) | |
| Proceeds from long-term borrowings | | 30,000,000 | 20,000,000 | 20,000,000 | |
| **Net cash used in financing activities** | **(11,184,744)** | **30,000,000** | **(5,000,000)** | **(5,000,000)** | **(14,250,579)** |
| | | | | | |
| Net decrease in cash and cash equivalents | 582,461 | 24,417,984 | (15,497,742) | (4,519,964) | (8,579,298) |
| | | | | | |
| Cash and cash equivalents at beginning of the period | 159,540 | 742,001 | 25,159,985 | 25,159,985 | 9,662,243 |
| **Cash and cash equivalents at the end of the period** | **742,001** | **25,159,985** | **9,662,243** | **20,640,021** | **1,082,945** |



79

# B.    Upcoming Changes in Oil and Gas Taxation in Kazakhstan

A new tax regime is currently being discussed by the Kazakh Government, which is slated to be introduced in Kazakhstan by 1 January 2009.

This new tax regime is likely to significantly change the current tax system and may include changes to existing taxes as well as the introduction of new taxes for the oil & gas industry. Although the government has not yet finalized the new tax code, below we provide some analysis of potential changes to the tax system as per research reports by investment research analysts covering the oil & gas sector.

Anticipated changes in the tax code:

- As of 2009, PSAs will no longer be the basis for any new subsoil use contracts. Only some of the existing PSAs will be eligible for tax stability
- The Corporate Income Tax (CIT) will be reduced from 30% to 15%.
- The allowed net operating loss carry-forward period will be extended from 3 to 10 years for tax purposes. Deductions and exemptions, including depreciation rates, may be rescinded, especially for subsoil users
- The Royalty – currently at 2-6% of revenues – will be replaced by the Mineral Extraction Tax (MET). The MET is said to range from 4% to 20% for oil (depending on production volumes and field quality) and 15% for gas. The calculation mechanism is not yet clear.
- The Excess profit tax is likely to continue, but may be amended
- The Economic Export Rent tax on oil and gas condensate is expected to be replaced by the customs duty on the export of crude oil and gas condensate introduced in May 2008.



80

## C.   Glossary of Terms

| | |
|---|---|
| 1P | Proved reserves |
| 2P | Proved and probable reserves |
| 3P | Proved, probable and possible reserves |
| Adjusted EBITDA | EBITDA plus other adjustments related to (i) expense for the offering of the Notes, (ii) expenses related to a prepayment penalty and cancellation fee paid as a result of the prepayment of TNG's credit facility with Kazcommerzbank  and (iii) the valuation of the Bonds at fair value, which is above their stated principal value |
| bbl | Barrel |
| bcm | Billion cubic meters |
| boe | Barrel of oil equivalent |
| CAGR | Cumulative average growth rate |
| CAPEX | Capital expenditures |
| Companies, the | Kazpolmunay and Tolkynneftegas |
| CPI | Consumer price index |
| EBITDA | Earnings before interest, tax, depreciation and amortization |
| IFRS | International Financial Reporting Standards |
| KPM | Kazpolmunay |
| liquids | Oil, condensate and C3, C4 and C5+ products |
| LPG | Liquefied petroleum gas |
| mboe | Thousand boe |
| mboed | Thousand boe per day |
| mcm | Thousand cubic meters |
| MD&A | Management Discussion and Analysis section of financial statements |
| mcf | Thousand cubic feet |
| mln | Million |
| mmboe | Million boe |
| mmcf | Million cubic feet |
| mmcm | Million cubic meters |
| mta | Million tonnes per year |
| OPEX | Operating expenses |
| PP&E | Property, Plant and Equipment |
| sq. km. | Square kilometre |
| sq. m. | Square meter |
| th. | Thousand |
| TNG | Tolkynneftegas |
| Tristan Oil | Tristan Oil Ltd. |
| tonne | Metric ton (equals 1,000kg) |
| US$, $ | US Dollars |

Renaissance
Capital

## D.    Conversion Rates

Where applicable, the following conversion rates were used for translation of oil and gas volumes:

| | | |
|---|---|---|
| 1 tonne of oil and condensate | equals | 7.3 bbl of oil and condensate |
| 1 mcm of gas | equals | 35.3 mcf of gas |
| 1 mcm of gas | equals | 5.89 boe |
| 1 mcf of gas | equals | 0.167 boe |

Also, the following conversion rates were used in the Information Memorandum

| | | |
|---|---|---|
| 1 feet | equals | 0.305 meters |
| 1 acre | equals | 4,046.8 square meters |



82