**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD., <br><br> Petitioners, <br><br> v. <br><br> REPUBLIC OF KAZAKHSTAN, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14-cv-1638-ABJ |

**<u>NOTICE</u>**

On July 5, 2017, Respondent the Republic of Kazakhstan ("Kazakhstan") filed a notice

(ECF 54) advising that on or before July 12, 2017, it intended to file a response to the new,

substantive merits arguments raised in Petitioners' Response to Kazakhstan's Notice of

Supplemental Authority (ECF 53).  Per the Court's July 6, 2017 Minute Order, Kazakhstan will

reserve the filing of this response unless otherwise directed by the Court.


DATED:  July 12, 2017

Respectfully submitted,

*/s/ Matthew H. Kirtland*

Matthew H. Kirtland (D.C. Bar No. 456006)
matthew.kirtland@nortonrosefulbright.com
Kara P. Wheatley (D.C. Bar No. 975541)
kara.wheatley@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
799 9th Street N.W., Suite 1000
Washington, D.C. 20001
Tel:  202-662-0200
Fax:  202-662-4643

*Attorneys for Respondent Republic of Kazakhstan*

- 1 -