UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD.,

                Petitioners,

v.

REPUBLIC OF KAZAKHSTAN,

                Respondent.

Civil Action No. 14-1638 (ABJ)

## NOTICE OF PETITIONERS' MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 1610(c) AND 28 U.S.C. § 1963

For the reasons set forth in the accompanying Memorandum of Points and Authorities, Petitioners Anatolie Stati, Gabriel Stati, Ascom Group S.A., and Terra Raf Trans Traiding Ltd. ("Stati parties") hereby move this Court for an order (a) finding that, pursuant to 28 U.S.C. § 1610(c), a reasonable period of time has elapsed following the entry of judgment in this case to begin execution in aid of this Court's judgment in accordance with 28 U.S.C. § 1610(a); and (b) pursuant to 28 U.S.C. § 1963, permitting, for good cause, the Stati parties to register the Court's Judgment in any other judicial district of the United States.

Dated: April 23, 2018
       New York, New York

                                          Respectfully submitted,

                                          */s/ James E. Berger*

                                          James E. Berger (D.C. Bar No. 481408)
                                          jberger@kslaw.com

Charlene C. Sun (D.C. Bar No. 1027854)
 csun@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York, 10036
Tel: 212-556-2202
Fax: 212-556-2222

*Attorneys for Petitioner*