# **<u>Exhibit E</u>**



| | |
|---|---|
| **PROTOKOLL** | Aktbilaga 15 |
| vid föredragning | Mål nr Ö 613-17 |
| **DAG FÖR BESLUT** | |
| 2017-10-24 | |
| Stockholm | |

**JUSTITIERÅD**

Ella Nyström, Lars Edlund och Malin Bonthron

**JUSTITIESEKRETERARE (PROTOKOLLFÖRARE)**

Riikka Liljenfeldt

**PARTER**

**Klagande**

Republiken Kazakstan

Ministry of Justice

Orynbor Street 8

House of Ministries, 13 Entrance

010000, Astana, Left Bank

Kazakstan

Ombud: Advokat Alexander Foerster och jur.kand. Ludwig Metz

Mannheimer Swartling Advokatbyrå AB

Box 1711

111 87 Stockholm

Dok.Id 141026

| HÖGSTA DOMSTOLEN | Postadress | Telefon 08-561 666 00 | Expeditionstid |
|---|---|---|---|
| Riddarhustorget 8 | Box 2066 | Telefax 08-561 666 86 | 08:45–12:00 |
| | 103 12 Stockholm | E-post: hogsta.domstolen@dom.se | 13:15–15:00 |

**SAKEN**
Klagan över domvilla

**TIDIGARE AVGÖRANDE**
Svea hovrätts dom 2016-12-09 i mål T 2675-14

_____

Ärendet föredras.

Högsta domstolen fattar följande

**BESLUT**

Republiken Kazakstan har inte visat någon omständighet som utgör domvilla.

Högsta domstolen avslår Republiken Kazakstans klagan över domvilla.


Riikka Liljenfeldt


Föredraget 2017-10-23

Lämnat för expediering 2017-10-23



Ella Nyström

Case 1:14-cv-01638-ABJ-ZMF   Document 73-8   Filed 04/23/18   Page 4 of 5
Case 1:14-cv-01638-ABJ   Document 64   Filed 10/24/17   Page 5 of 6

*In-house translation, Lindahl*



**REPORT OF PROCEEDINGS**
at the case report
**DAY OF DECISION**
2017-10-24
Stockholm

File appendix 15
Case no. Ö 613-17

## JUSTICES OF THE SUPREME COURT

Ella Nyström, Lars Edlund and Malin Bonthron

## JUDGE REFEREE (RECORDING CLERK)

Riikka Liljenfeldt

## PARTIES

**Claimant**

The Republic of Kazakhstan

Ministry of Justice

Orynbor Street 8,

House of Ministries, 13 Entrance

010000, Astana, Left Bank

Kazakhstan

Counsel: Attorney-at-law Alexander Foerster and jur.kand. Ludwig Metz

Mannheimer Swartling Law firm

Box 1711

111 87 Stockholm

Dok.Id 140079

HÖGSTA DOMSTOLEN          Postadress              Telefon 08-561 666 00                  Expeditionstid
Riddarhustorget 8          Box 2066               Telefax 08-561 666 86                  08:45–12:00
                           103 12 Stockholm       E-post: hogsta.domstolen@dom.se        13:15–15:00
                                                  www.hogstadomstolen.se

THE SUPREME COURT

Case 1:14-cv-01638-ABJ-ZMF Document 73-8 Filed 04/23/18 Page 5 of 5
Case 1:14-cv-01638-ABJ Document 64 Filed 10/24/17 Page 6 of 6

Ö 613-17

THE MATTER

Request for extraordinary review

EARLIER DECISIONS

Svea Court of Appeal's judgment 2016-12-09 in case no T 2675-14



The case is reported.

The Supreme Court renders the following

DECISION

The Republic of Kazakhstan has not shown any circumstances that constitute grave procedural error.

The Supreme Court rejects the Republic of Kazakhstan's request for extraordinary review.

Riikka Liljenfeldt

Reported on 2017-10-23

Delivered for dispatch of judgments 2017-09-23

Ella Nyström

2