UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANATOLIE STATI; GABRIEL STATI;
ASCOM GROUP, S.A.; TERRA RAF TRANS
TRAIDING LTD.,

                Petitioners,

v.                                                        Civil Action No. 14-1638 (ABJ)

REPUBLIC OF KAZAKHSTAN,

                Respondent.

**PROPOSED ORDER**

      Upon review and consideration of Petitioners' motion for an order (i) pursuant to 28 U.S.C. § 1610(c), determining that a reasonable period of time has elapsed since the entry of Judgment in this case such that Petitioners may seek to attach Respondent's assets to aid in the execution of that Judgment; and (ii) permitting Petitioners to register the Judgment in other judicial districts in the United States pursuant to 28 U.S.C. § 1963, Respondent's Opposition thereto, and the entire record in this case, it is:

      **ORDERED** that Petitioners' motion is **GRANTED**;

      **ORDERED** under 28 U.S.C. § 1610(c) that a reasonable period of time has elapsed following entry of the Judgment in this case and that Petitioners are entitled to take any and all steps allowed by governing law to enforce and execute the Judgment; and

      **ORDERED** that the Court finds good cause to permit Petitioners to register the Judgment in any other judicial district of the United States.

**SO ORDERED** this __ day of _____, 2018.

                                                                                   _____
                                                                                    Hon. Amy Berman Jackson
                                                                                     United States District Judge